## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Kona Grill, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 20-0216690 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **15059 North Scottsdale Road** <br> **Suite 300** <br> **Scottsdale, AZ 85254** <br> Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Maricopa** <br> County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**    www.konagrill.com

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __7221__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                      Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

.    Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ■ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Kona Grill, Inc.**                                          Case number (if known) _____
         Name

███  **Request for Relief, Declaration, and Signatures**

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/30/2019
              MM / DD / YYYY

X _____          **Christopher J. Wells**
Signature of authorized representative of debtor          Printed name

Title   **Chief Restructuring Officer**

**18. Signature of attorney**

X _____          Date   4/30/2019
Signature of attorney for debtor                      MM / DD / YYYY

**James E. O'Neill**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**919 N. Market Street**
**17th Floor**
**Wilmington, DE 19899**
Number, Street, City, State & ZIP Code

Contact phone   **302-652-4100**      Email address   **joneill@pszjlaw.com**

**4042 DE**
Bar number and State

Fill in this information to identify your case:

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number (*if known*)                              Chapter  **11**

☐ Check if this an
   amended filing

## FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Kona Baltimore, Inc.** | | Relationship to you | **Affiliate** |
|---|---|---|---|---|
| District | **Delaware** | When | Case number, if known | |
| Debtor | **Kona Grill International Holdings, Inc.** | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | Case number, if known | |
| Debtor | **Kona Grill International, Inc.** | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | Case number, if known | |
| Debtor | **Kona Grill Puerto Rico, Inc.** | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | Case number, if known | |
| Debtor | **Kona Macadamia, Inc.** | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | Case number, if known | |
| Debtor | **Kona Restaurant Holdings, Inc.** | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | Case number, if known | |
| Debtor | **Kona Sushi, Inc.** | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | Case number, if known | |
| Debtor | **Kona Texas Restaurants, Inc.** | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | Case number, if known | |

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## District of Delaware

In re __Kona Grill, Inc.__ _____  Case No. _____

_____ Debtor(s)  Chapter __11__

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __001-34082__.

2. The following financial data is the latest available information and refers to the debtor's condition on __12/31/2018__.

| | | | |
|---|---|---|---|
| a. Total assets | | $ | 53,613,000.00 |
| b. Total debts (including debts listed in 2.c., below) | | $ | 74,049,000.00 |

c. Debt securities held by more than 500 holders:

Approximate number of holders:

| | | | | | |
|---|---|---|---|---|---|
| secured ☐ unsecured ☐ subordinated ☐ | $ | N/A | N/A |
| secured ☐ unsecured ☐ subordinated ☐ | $ | N/A | N/A |
| secured ☐ unsecured ☐ subordinated ☐ | $ | N/A | N/A |
| secured ☐ unsecured ☐ subordinated ☐ | $ | N/A | N/A |
| secured ☐ unsecured ☐ subordinated ☐ | $ | N/A | N/A |

| | | |
|---|---|---|
| d. Number of shares of preferred stock | 2,000,000 shares authorized; none issued | N/A |
| e. Number of shares common stock | 30,000,000 shares authorized; 13,380,025 shares issued and 13,263,825 shares outstanding | |

Comments, if any: **Treasury stock, at cost, 116,200 shares**

3. Brief description of Debtor's business:
**Kona Grill, Inc. owns and operates restaurants serving contemporary American favorites, sushi, and alcoholic beverages throughout the United States and Puerto Rico.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: **(1) Berke Bakay; (2) Nanyan "Alex" Zheng; (3) Renaissance Technologies, LLC; and (4) James R. Jundt**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## SECRETARY'S CERTIFICATE

### OF

### KONA GRILL, INC.

### April 30, 2019

The undersigned hereby certifies that she is the duly elected and qualified acting Secretary of the Board of Kona Grill, Inc., a Delaware corporation (the "Company"), and further certifies in such capacity that attached hereto as **Exhibit A** is a true, complete and correct copy of resolutions of the board of directors of the Company. Such resolutions have not been amended, modified or rescinded since their adoption and remain in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned has executed this Officer's Certificate as of the date first set forth above.

Christi Hing
**Christi Hing**
Secretary

## EXHIBIT A

**Resolutions of Board of Directors of**

**Kona Grill, Inc.**

The members of the Board of Directors (the "Board") of Kona Grill, Inc., a Delaware corporation (the "Company"), adopt the following resolutions.

WHEREAS, the Board, acting pursuant to the laws of the State of Delaware, has considered the financial and operational aspects of the Company's business;

WHEREAS, the Board has reviewed the historical performance of the Company, the market for the Company's products and services, and the current and long-term liabilities of the Company;

WHEREAS, the Board has, over the last several months, reviewed the materials presented to it by the management of and the advisors to the Company regarding the possible need to undertake a financial and operational restructuring of the Company;

WHEREAS, the Board has analyzed each of the financial and strategic alternatives available to it, including those available on a consensual basis with the principal stakeholders of the Company, and the impact of the foregoing on the Company's business and its stakeholders;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, stockholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

RESOLVED, that the officers of the Company (each, an "Authorized Officer") be, and each of them hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, which include, but is not limited to, selling all or substantially all of the Company's assets or prosecuting a chapter 11 plan, with a view to the successful prosecution of such case;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized and empowered to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZ&J") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain Piper Jaffray ("Piper Jaffray") as Investment Banker to represent and assist the Company in handling the marketing and sale of its assets in the

3

chapter 11 case, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy petition, and to cause to be filed an appropriate application for authority to retain the services of Piper Jaffray;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to hire Jonathan Tibus as the Company's chief executive officer ("CEO") and Chris Wells as the Company's chief restructuring officer ("CRO") and they shall be authorized to utilize the employees of Alvarez & Marsal ("A&M") to assist them in the execution of his day to day duties as CRO. The CEO, CRO, and A&M will lead the Company restructuring efforts along with the Company's advisors, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy petition, and to cause to be filed an appropriate application for authority to hire the CEO, CRO, and A&M;

RESOLVED, that the Authorized Officers of the Company be, and hereby are, authorized and empowered to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case;

RESOLVED that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company, to obtain post-petition financing and use of cash collateral according to the terms of the Credit Agreement entered into with Key Bank National Association ("Key Bank"), subject to the approval of the Bankruptcy Court, and any orders of the Bankruptcy Court with respect thereto, and in connection therewith, Authorized Officers are hereby authorized and directed to execute any appropriate agreements and related ancillary documents;

RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects; and

RESOLVED, that the foregoing resolutions be filed with the records of the meetings of the Board.

| Fill in this information to identify the case: |
| --- |

Debtor name     **Kona Grill, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

███ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐      *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐      *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐      *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐      *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐      *Schedule H: Codebtors* (Official Form 206H)
☐      *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐      *Amended Schedule* _____
☑      *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑      Other document that requires a declaration    **Certification of Creditor Matrix, Corporate Ownership Statement, List of Equity Holders** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4 / 30 / 19          X _____
                                      Signature of individual signing on behalf of debtor

                                      Christopher J. Wells
                                      Printed name

                                      Chief Restructuring Officer
                                      Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| Debtor name | **Kona Grill, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (on a Consolidated Basis)                    12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **Fashion Show Mall, LLC**<br>**Attn:   Drew Nieman and/or Law/Lease Admin Dept.**<br>**c/o Fashion Show**<br>**Attn:   Law/Lease Admin Dept.**<br>**110 N. Wacker Dr.**<br>**Chicago, IL 60606** | Drew Nieman<br>**Email:**<br>**drew.nieman@cbre.com or**<br>**sara.spicklemire@cbre.com**<br><br>312.935.1968 | **Litigation** | **Contingent Unliquidated Disputed** | | | **Undetermined** |
| 2 | **The Irvine Company LLC**<br>**Attn:   Blake Windal and/or General Counsel Retail Properties**<br>**101 Innovation**<br>**Irvince, CA 92617** | Blake Windal<br>**Email:**<br>**bwindal@irvinecompany.com**<br><br>949.789.9180 | **Litigation** | **Contingent Unliquidated Disputed** | | | **Undetermined** |
| 3 | **JFC**<br>**Attn:   Jason Koyama**<br>**7101 E. Slauson Ave.**<br>**Los Angeles, CA 90040** | Jason Koyama<br>**Email:**<br>jkoyama@jfc.com<br><br>323.721.6100 | **Trade Payable** | | | | $572,375.79 |
| 4 | **Dolphin Mall Associates, LLC**<br>**Attn:   Michele Walton**<br>**c/o Taubman**<br>**200 E Long Lake Rd.**<br>**Ste. 300**<br>**Bloomfield Hills, MI 48304-2324** | Michele Walton<br>**Email:**<br>**mwalton@taubman.com**<br><br>248.258.7225 | **Lease Termination Settlement** | | | | $500,000.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5 | Scottsdale Quarter Reit Attn: Joshua Lindimore 180 E. Broad St., 21st Floor Columbus, OH 43215 | Joshua Lindimore Email: Joshua.lindimore@washingtonprime.com 614.887.5671 | Trade Payable | | | | $326,847.94 |
| 6 | Taubman Cherry Creek LP Attn: Michele Walton c/o Taubman 200 E Long Lake Rd. Ste. 300 Bloomfield Hills, MI 48304-2324 | Michele Walton Email: mwalton@taubman.com 248.258.7225 | Trade Payable | | | | $177,514.03 |
| 7 | Edward Don & Company Attn: Frederica Campbell 9801 Adam Don Parkway Woodridge, IL 60517 | Frederica Campbell, Credit Manager Email: fredericacampbell@don.com 708.442.9400 | Trade Payable | | | | $163,451.97 |
| 8 | TRG IMP LLC Attn: Michele Walton c/o Taubman 200 E Long Lake Rd., Ste. 300 Bloomfield Hills, MI 48304-2324 | Michele Walton Email: mwalton@taubman.com 248.258.7225 | Trade Payable | | | | $155,390.62 |
| 9 | Masion LLP Attn: Doug Holod 3300 Wells Fargo Center 90 South 7th Street Minneapolis, MN 55402-4140 | Doug Holod Email: doug.holod@masion.com 612.672.8200 | Trade Payable | | | | $143,051.18 |
| 10 | TWC Chandler Attn: Guy Mercurio c/o Macerich 11411 N. Tatum Blvd. Phoenix, AZ 85028 | Guy Mercurio Email: Guy.Mercurio@macerich.com 214.373.5222 | Trade Payable | | | | $138,913.29 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

DOCS_LA:321532.1 50045/001

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 11 | Country Club Plaza JV LLC<br>Attn:  Michele Walton<br>c/o Taubman<br>200 E. Long Lake<br>Suite 300<br>Bloomfield Hills, MI 48304-2324 | Michele Walton<br>Email:<br>mwalton@taubman.com<br><br>248.258.7225 | Trade Payable | | | | $136,679.61 |
| 12 | Bear Stearns Com Mg Sec Inc Mg Pt Ct Series 2005 – Pwr 7 Remic I<br>Attn:  Angelina Scarcelli<br>c/o Colliers International<br>3960 Howard Hughes Pkwy., Ste. 150<br>Las Vegas, NV 89169 | Angelina Scarcelli<br>Email:<br>Angelina.Scarcelli@colliers.com<br><br>702.836.3768 | Trade Payable | | | | $132,729.57 |
| 13 | Continental Atrium Corporation<br>Attn:  Larry Helfman<br>2780 Skypark Dr., Ste. 325<br>Torrance, CA 90505 | Larry Helfman<br>Email:<br>lah@helfmanlaw.com<br><br>310.640.1520 | Lease Termination Settlement | | | | $125,000.00 |
| 14 | TB Mall at UTC, LLC<br>Attn:  Michele Walton<br>c/o Taubman<br>200 E Long Lake Rd., Ste. 300<br>Bloomfield Hills, MI 48304-2324 | Michele Walton<br>Email:<br>mwalton@taubman.com<br><br>248.258.7225 | Trade Payable | | | | $121,392.50 |
| 15 | Spgii Domain, LP<br>c/o Simon Property Group<br>Attn:  Debra Burns and/or Legal Dept.<br>225 W. Washington St.<br>Indianapolis, IN 46204 | Debra Burns<br>Email:<br>dburns@simon.com<br><br>317.263.7134 | Trade Payable | | | | $120,166.68 |
| 16 | Aramark<br>Attn:  Misti Jones<br>1515 E. Hadley St.,<br>Suite 100<br>Phoenix, AZ 85034 | Misti Jones,<br>Accounts Receivable<br>Email:<br>Jones-Misti@aramark.com<br><br>602.254.6222 | Trade Payable | | | | $118,987.90 |

DOCS_LA:321532.1 50045/001

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17 | **ICRE Reit Holdings** Attn: Jennifer Roberts c/o LPC Commercial Services, Inc. 4601 N. Fairfax Dr., Ste. 1115 Arlington, VA 22203 | **Jennifer Roberts** Email: jroberts@lpc.com 703.351.0000 | **Trade Payable** | | | | $111,755.79 |
| 18 | **Baybrook JV 1 LLC** Attn: Sherri Braddberry 110 N. Wacker Dr. Chicago, IL 60606 | **Sherri Braddberry** Email: sherri.bradberry@gg p.com 312.960.5859 | **Trade Payable** | | | | $104,202.72 |
| 19 | **Lincolnshire Propco, LLC** Attn: Amy Levin c/o Next Property Management 5215 Old Orchard Rd., Ste. 880 Skokie, IL 60077 | **Amy Levin** Email: alevin@nextrealty.co m 847.881.2000 | **Trade Payable** | | | | $99,483.12 |
| 20 | **HG Galleria LLC** Attn: Barb Deritter and/or Legal Dept. c/o HG Galleria I, II, III, LP 225 W. Washington St. Indianapolis, IN 46204 | **Barb Deritter and/or Legal Dept.** Email: bderiter@simon.com 317.263.7949 | **Trade Payable** | | | | $97,146.38 |
| 21 | **Crawfish, LLC** Attn: Steve Sumell c/o Trade Mark Property 1701 River Run, Ste. 500 Ft. Worth, TX 76107 | **Steve Sumell** Email: ssumell@trademarkp roperty.com 817.870.1122 | **Trade Payable** | | | | $92,531.42 |
| 22 | **Rich Taubman Associates** Attn: Michele Walton 200 E. Long Lake Rd., Ste. 300 Bloomfield Hills, MI 48304-2324 | **Michele Walton** Email: mwalton@taubman.c om 248.258.7225 | **Trade Payable** | | | | $88,491.89 |
| 23 | **Hawaiian Fresh Seafood** Attn: Frank Porcelli 2290 Alahao Place, Unit 100 Honolulu, HI 96819 | **Frank Porcelli** Email: frank@hawaiianfresh eafood.com 800.845.8862 | **Trade Payable** | | | | $87,212.35 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 24 | **Banyan Street/Gap 1 East Pratt Holdings LLC** Attn:   Zac Gruber 80 SW 8th St., Ste. 2200 Miami, FL 33130 | **Zac Gruber** Email: zgruber@banyanstre et.com 305.722.9400 | **Trade Payable** | | | | $85,780.14 |
| 25 | **TWLDC Holdings, LP** Attn:   Robin Parker 3 Waterway Square Place c/o Howard Hughes Corp. 1790 Hughes Landing, Ste. 600 The Woodlands, TX 77380 | **Robin Parker** Email: robin.parker@howar dhughes.com 281.475.2111 | **Trade Payable** | | | | $81,293.52 |
| 26 | **Plaza Internacional Puerto Rico LLC** Attn:   Michele Walton c/o Taubman 200 E. Long Lake Rd., Ste. 300 Bloomfield Hills, MI 48304-2324 | **Michele Walton** Email: mwalton@taubman.c om 248.258.7225 | **Trade Payable** | | | | $80,384.74 |
| 27 | **CBL-T-C, LLC dba Coolsprings Mall, LLC** **CBL Center** Attn:   Debbie Bell 2030 Hamilton Place Blvd., Suite 500 Chattanooga, TN 37421 | **Debbie Bell** Email: Debbie.bell@cblprop erties.com 423.855.0001 | **Trade Payable** | | | | $79,518.48 |
| 28 | **Excel Trust, L.P.** Attn:   Debra Brigher, Legal Dept. c/o Shopcore Properties Two Liberty Place, Ste. 3325 50 S. 16th St. Philadelphia, PA 19102 | **Debra Brigher, Legal Dept.** Email: legal@shopcore.com 215.330.4201 | **Trade Payable** | | | | $76,498.91 |
| 29 | **Freshpoint** Attn:   Brenden St. John 711 North Orlando Ave., Ste. 201 Maitland, FL 32751 | **Brenden St. John** Email: Brenden.stjohn@fres hpoint.com 404.831.2185 | **Trade Payable** | | | | $72,343.41 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

DOCS_LA:321532.1 50045/001

| | Debtor | Kona Grill, Inc. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|---|

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30 | True World Foods Attn: Keiko Moreno 24 Link Drive Rockleigh, NJ 07647 | Keiko Moreno Email: k.moreno@trueworld foods.com 201.750.0024 | Trade Payable | | | | $62,482.07 |

DOCS_LA:321532.1 50045/001

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| KONA GRILL, INC., | Case No. 19-_____ ( ___ ) |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer of the above-captioned Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

■ None [*check if applicable*]

      Name:
      Address:

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KONA GRILL, INC., | Case No. 19-_____ (___) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case:

| Name and Last Known Address or Place of Business of Holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Nanyan "Alex" Zheng AKA Ahwanova Limited 9/F Plateno Group Plaza No. 300 Xinjiaoxi Road Haizu District Guangzhou 510310 China | | 2,651,261 | |
| Berke Bakay c/o BBS Capital Management, LP 5524 E Estrid Ave. Scottsdale, AZ 85254 | | 1,975,599 | |
| Renaissance Technologies, LLC 800 third Avenue New York, NY 10022 | | 858,959 | |
| James R. Jundt PO Box 5770 Carefree, AZ 85377-5770 | | 717,711 | |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KONA GRILL, INC., | Case No. 19-____ (___) |
| Debtor. | |

## CERTIFICATION OF CREDITOR MATRIX

Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above captioned debtor and its affiliated debtors in possession (collectively, the "Debtors")[1] hereby certify that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtors' creditors. To the best of the Debtors' knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Kona Grill, Inc. (6690); Kona Restaurant Holdings, Inc. (6703); Kona Sushi, Inc. (4253); Kona Macadamia, Inc. (2438); Kona Texas Restaurants, Inc. (4089); Kona Grill International Holdings, Inc. (1841); Kona Baltimore, Inc. (9163); Kona Grill International, Inc. (7911); and Kona Grill Puerto Rico, Inc. (7641). The headquarters and service address for the above-captioned Debtors is 15059 North Scottsdale Road, Suite 300, Scottsdale, Arizona 85254.