# EXHIBIT A

**(Rejected Contracts)**

## CONTRACTS TO BE REJECTED[1]

| Non-Debtor Counterparty | Notice Address | Contract Description | Rejection Effective Date |
|---|---|---|---|
| Cintas Baton Rouge | P.O. Box 650838<br>Dallas, TX 75265-0838 | Facility Services Rental Service Agreement | 04/30/2019 |
| Leaf Capital Funding, LLC | 1720A Crete Street<br>Moberly, MO 65270 | Lease Agreement | 04/30/2019 |
| Resource Point Of Sale LLC | 1765 N. Elston Avenue, Suite 201<br>Attn: Brittany Markwart<br>Chicago, IL 60642 | Master Services Agreement | 04/30/2019 |
| Service Management Group LLC | 1737 McGee Street<br>Attn: Andy Fromm<br>Kansas City, MO 64108 | Master Services Agreement | 04/30/2019 |
| Greenleaf Compaction, Inc. | 222 Mill Street, SU 333<br>Tempe, AZ 85281 | 6CY Vertical Compactor<br>(1914 Galleria Blvd Franklin, TN 37067) | 04/30/2019 |
| JB&A Holdings, LLC | 1101 W. Waterloo Road<br>Edmond, OK 73025 | Consulting Agreement | 04/30/2019 |
| Snagajob | 4851 Lake Brook Drive<br>Glen Allen, VA 23060 | Sales Order | 04/30/2019 |

---

[1] If the Debtors are required to remove a Rejected Contract from **Exhibit A**, the Debtors will promptly provide notice to the affected Counterparty of the Debtors' intention not to reject such Rejected Contract.