# EXHIBIT B

**(Rejected Leases)**

## UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASES TO BE REJECTED

| Non-Debtor Counterparty | Notice Address(es) | Leased Premises Address / Store No. | Lease Description | Rejection Effective Date |
|---|---|---|---|---|
| 1776 WILSON 2014, LLC | c/o Invesco Real Estate Company<br>Three Galleria Tower, Suite 500<br>13155 Noel Road<br>Dallas, TX 75240<br><br>Lincoln Property Company<br>4601 N. Fairfax Drive, Suite 1115<br>Arlington, VA 22203<br>Attn: Jennifer Roberts<br><br>DLA Piper LLP (US)<br>500 Eighth St NW<br>Washington, DC 20004<br>Attn: Jeffrey R. Keitelman | Store No. 140 | Real property lease dated 10/28/2014 | 04/30/2019 |
| 3 WATERWAY HOLDINGS, LLC | c/o Howard Hughes Corp<br>1790 Hughes Landing, Ste 600<br>The Woodlands, TX 77380<br><br>3 Waterway Square Place<br>c/o Howard Hughes Corp<br>One Galleria Tower, 22nd Floor<br>13355 Noel Rd, Ste 950<br>Dallas, TX 75240<br>Attn: General Counsel | Store No. 130 | Real property lease dated 3/12/2013 | 04/30/2019 |

| Non-Debtor Counterparty | Notice Address(es) | Leased Premises Address / Store No. | Lease Description | Rejection Effective Date |
|---|---|---|---|---|
| BAYBROOK HOLDING, LLC | c/o Baybrook Lifestyle Center 110 N Wacker Dr Chicago, IL 60606 Attn: Law/Lease Administration Dept | Store No. 144 | Real property lease dated 10/14/2014 | 04/30/2019 |
| CFNX Lincolnshire | Next Property Management 5215 Old Orchard Rd, Ste 880 Skokie, IL 60077 | Store No. 112 | Real property lease dated 1/26/2006 | 04/30/2019 |
| COOLSPRINGS MALL, LLC | c/o CBL & Associates Management, Inc. CBL Center, Suite 500 2030 Hamilton Place Blvd Chattanooga, TN 37421 Attn: Legal Officer | Store No. 147 | Real property lease dated 1/26/2015 | 04/30/2019 |
| CRAWFISH, LLC | Trademark Property Company Attn: Steve Sumell/Sr. VP Property Mgmt 1701 River Run, Suite 500 Ft. Worth, TX 76107 | Store No. 118 | Real property lease dated 3/2/2001 | 04/30/2019 |
| CRP CYPRESS WEST 7TH, L.L.C. | 8343 Douglas Ave, Suite 200 Dallas, TX 75225 Attn: Dir of Asset Management CRP Cypress West, LLC 8343 Douglas Ave. Suite 200 Dallas, TX 75225 Attn: General Counsel | Store No. 131 | Real property lease dated 3/16/2013 | 04/30/2019 |

| Non-Debtor Counterparty | Notice Address(es) | Leased Premises Address / Store No. | Lease Description | Rejection Effective Date |
|---|---|---|---|---|
| DOLPHIN MALL ASSOCIATES LLC | 200 East Long Lake Road PO Box 200 Bloomfield Hills, MI 48303 | Store No. 137 | Real property lease dated 11/7/2013 | 04/30/2019 |
| EXCEL WVB LLC a | ShopCor Properties Attn: Legal Two Liberty Place, Ste 3325 50 S 16th St Philadelphia, PA 19102 | Store No. 124 | Real property lease dated 9/4/2007 | 04/30/2019 |
| FAIRFAX COMPANY OF VIRGINIA L.L.C. | 200 East Long Lake Road PO Box 200 Bloomfield Hills, MI 48303 | Store No. 139 | Real property lease dated 5/7/2014 | 04/30/2019 |
| FASHION SHOW MALL LLC | c/o Fashion Show 110 N Wacker Dr Chicago, IL 60606 Attn: Law/Lease Administration Dept<br><br>Fashion Show 3200 Las Vegas Blvd Las Vegas, NV 89109 Attn: General Manager | Store No. 146 | Real property lease dated 10/14/2014 | 04/30/2019 |
| HG GALLERIA I, II, III, L.P. | 225 W Washington St Indianapolis, IN 46204 Attn: Legal Dept | Store No. 113 | Real property lease dated 2/22/2006 | 04/30/2019 |

| Non-Debtor Counterparty | Notice Address(es) | Leased Premises Address / Store No. | Lease Description | Rejection Effective Date |
|---|---|---|---|---|
| High Street Buildings LLC and Tourbillion High Street LLC | SKB PM I, LLC<br>Attn: Patricia Ruziska<br>5415 High St, Ste 260<br>Phoenix, AZ 85054 | Store No. 123 | Real property lease dated 4/16/2007 | 04/30/2019 |
| RICH-TAUBMAN ASSOCIATES | 200 E Long Lake Rd<br>P.O. Box 200<br>Bloomfield Hills, MI 48303-0200 | Store No. 121 | Real property lease dated 10/10/2006 | 04/30/2019 |
| SPIGL DOMAIN, L.P. | 225 W Washington St<br>Indianapolis, IN 46204<br>Attn: Legal Dept | Store No. 116 | Real property lease dated 2/22/2006 | 04/30/2019 |
| THE IRVINE COMPANY LLC | Attn: General Counsel, Retail Properties<br>101 Innovation<br>Irvine, CA 92617<br><br>Attn: Accounting Department<br>101 Innovation<br>Irvine, CA 92617 | Store No. 142 | Real property lease dated 2/9/2015 | 04/30/2019 |
| TRG IMP LLC | 200 East Long Lake Road<br>PO Box 200<br>Bloomfield Hills, MI 48303 | Store No. 150 | Real property lease dated 10/27/2015 | 04/30/2019 |

| Non-Debtor Counterparty | Notice Address(es) | Leased Premises Address / Store No. | Lease Description | Rejection Effective Date |
|---|---|---|---|---|
| TWC Chandler LLC | 3111 W Chandler Blvd Suite 2018 Chandler, AZ 85225<br><br>11411 N Tataum Blvd Phoenix, AZ 85028 Attn: Leasing Dept | Store No. 102 | Real property lease dated 1/17/2001 | 04/30/2019 |