IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KONA GRILL, INC., et al.,[1] | ) | Case No.: 19-10953 (___) |
| | ) | Joint Administration Requested |
| Debtors. | ) | |
| | ) | |

**ORDER AUTHORIZING THE DEBTORS (A) TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365, (B) ABANDON ANY REMAINING PERSONAL PROPERTY LOCATED AT THE LEASED PREMISES, AND (C) FIXING A BAR DATE FOR CLAIMS OF COUNTERPARTIES**

Upon consideration of the motion (the "Motion")[2] of the the above-captioned debtors and debtors-in-possession (the "Debtors") for entry of an order, pursuant to section 365 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Debtors to reject those unexpired leases set forth in **Exhibit A** hereto (the "Rejected Leases"), to abandon any remaining personal property located at the Leased Premises, and fixing a bar date for filing of claims of the Counterparties to the Rejected Leases; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefore, IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include:  Kona Grill, Inc. (6690); Kona Restaurant Holdings, Inc. (6703); Kona Sushi, Inc. (4253); Kona Macadamia, Inc. (2438); Kona Texas Restaurants, Inc. (4089); Kona Grill International Holdings, Inc. (1841); Kona Baltimore, Inc. (9163); Kona Grill International, Inc. (7911); and Kona Grill Puerto Rico, Inc. (7641).  The headquarters and service address for the above-captioned Debtors is 15059 North Scottsdale Road, Suite 300, Scottsdale, Arizona 85254.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

2.      The Rejected Contracts listed on **Exhibit A** attached hereto are deemed rejected effective as of the date indicated on **Exhibit A** attached hereto.

3.      The Rejected Leases listed on **Exhibit B** attached hereto are deemed rejected effective as of the date indicated on **Exhibit B** attached hereto.

4.      The Debtors are authorized to abandon any Remaining Personal Property located in the Leased Premises underlying the Rejected Leases pursuant to 11 U.S.C. § 554(a).

5.      Within three (3) business days after entry of this Order, the Debtors will serve this Order on the Counterparty to each Rejected Contract and Lease.

6.      The Counterparty to the Rejected Contract or Rejected Lease must file a claim under section 502 of the Bankruptcy Code or other claims in connection with such Rejected Lease or the rejection, breach or termination of such Rejected Lease on the later of (a) thirty (30) days after entry of this Order, or (b) the general claims bar date to be established by subsequent order of the Court, failing which such claim or claims by the Counterparty shall be forever barred.

7.      The Debtors and any other party-in-interest reserve all rights to contest any such rejection damage claim and to contest the characterization of each Rejected Contract and Rejected Lease, as executory or not, and to contest whether such Rejected Contact and Rejected Lease may have terminated prior to the Petition Date, or otherwise.

8.      The Debtors do not waive any claims that they may have against the Counterparty to any Rejected Contract and Rejected Lease, whether or not such claims are related to such Rejected Contract and Rejected Lease.

9.    Notwithstanding the possible applicability of Rules 6004(g), 7062, or 9014 of the Federal Rules of Bankruptcy Procedure, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10.    The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

11.    This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation, implementation, or enforcement of this Order.

Dated: _____, 20179        _____

                                                                UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT A**

**(Rejected Contracts)**

## CONTRACTS TO BE REJECTED

## CONTRACTS TO BE REJECTED[1]

| Non-Debtor Counterparty | Notice Address | Contract Description | Rejection Effective Date |
|---|---|---|---|
| Cintas Baton Rouge | P.O. Box 650838<br>Dallas, TX 75265-0838 | Facility Services Rental Service Agreement | 04/30/2019 |
| Leaf Capital Funding, LLC | 1720A Crete Street<br>Moberly, MO 65270 | Lease Agreement | 04/30/2019 |
| Resource Point Of Sale LLC | 1765 N. Elston Avenue, Suite 201<br>Attn: Brittany Markwart<br>Chicago, IL 60642 | Master Services Agreement | 04/30/2019 |
| Service Management Group LLC | 1737 McGee Street<br>Attn: Andy Fromm<br>Kansas City, MO 64108 | Master Services Agreement | 04/30/2019 |
| Greenleaf Compaction, Inc. | 222 Mill Street, SU 333<br>Tempe, AZ 85281 | 6CY Vertical Compactor<br>(1914 Galleria Blvd Franklin, TN 37067) | 04/30/2019 |
| JB&A Holdings, LLC | 1101 W. Waterloo Road<br>Edmond, OK 73025 | Consulting Agreement | 04/30/2019 |
| Snagajob | 4851 Lake Brook Drive<br>Glen Allen, VA 23060 | Sales Order | 04/30/2019 |

---

[1] If the Debtors are required to remove a Rejected Contract from **Exhibit A**, the Debtors will promptly provide notice to the affected Counterparty of the Debtors' intention not to reject such Rejected Contract.

DOCS_SF:100986.1

## **EXHIBIT B**

**(Rejected Leases)**

## UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASES TO BE REJECTED

| Non-Debtor Counterparty | Notice Address(es) | Leased Premises Address / Store No. | Lease Description | Rejection Effective Date |
|---|---|---|---|---|
| 1776 WILSON 2014, LLC | c/o Invesco Real Estate Company Three Galleria Tower, Suite 500 13155 Noel Road Dallas, TX 75240<br><br>Lincoln Property Company 4601 N. Fairfax Drive, Suite 1115 Arlington, VA 22203 Attn: Jennifer Roberts<br><br>DLA Piper LLP (US) 500 Eighth St NW Washington, DC 20004 Attn: Jeffrey R. Keitelman | Store No. 140 | Real property lease dated 10/28/2014 | |
| 3 WATERWAY HOLDINGS, LLC | c/o Howard Hughes Corp 1790 Hughes Landing, Ste 600 The Woodlands, TX 77380<br><br>3 Waterway Square Place c/o Howard Hughes Corp One Galleria Tower, 22nd Floor 13355 Noel Rd, Ste 950 Dallas, TX 75240 Attn: General Counsel | Store No. 130 | Real property lease dated 3/12/2013 | |

DOCS_SF:100986.1

| Non-Debtor Counterparty | Notice Address(es) | Leased Premises Address / Store No. | Lease Description | Rejection Effective Date |
|---|---|---|---|---|
| BAYBROOK HOLDING, LLC | c/o Baybrook Lifestyle Center 110 N Wacker Dr Chicago, IL 60606 Attn: Law/Lease Administration Dept | Store No. 144 | Real property lease dated 10/14/2014 | |
| CFNX Lincolnshire | Next Property Management 5215 Old Orchard Rd, Ste 880 Skokie, IL 60077 | Store No. 112 | Real property lease dated 1/26/2006 | |
| COOLSPRINGS MALL, LLC | c/o CBL & Associates Management, Inc. CBL Center, Suite 500 2030 Hamilton Place Blvd Chattanooga, TN 37421 Attn: Legal Officer | Store No. 147 | Real property lease dated 1/26/2015 | |
| CRAWFISH, LLC | Trademark Property Company Attn: Steve Sumell/Sr. VP Property Mgmt 1701 River Run, Suite 500 Ft. Worth, TX 76107 | Store No. 118 | Real property lease dated 3/2/2001 | |
| CRP CYPRESS WEST 7TH, L.L.C. | 8343 Douglas Ave, Suite 200 Dallas, TX 75225 Attn: Dir of Asset Management CRP Cypress West, LLC 8343 Douglas Ave. Suite 200 Dallas, TX 75225 Attn: General Counsel | Store No. 131 | Real property lease dated 3/16/2013 | |

| Non-Debtor Counterparty | Notice Address(es) | Leased Premises Address / Store No. | Lease Description | Rejection Effective Date |
|---|---|---|---|---|
| DOLPHIN MALL ASSOCIATES LLC | 200 East Long Lake Road PO Box 200 Bloomfield Hills, MI 48303 | Store No. 137 | Real property lease dated 11/7/2013 | |
| EXCEL WVB LLC a | ShopCor Properties Attn: Legal Two Liberty Place, Ste 3325 50 S 16th St Philadelphia, PA 19102 | Store No. 124 | Real property lease dated 9/4/2007 | |
| FAIRFAX COMPANY OF VIRGINIA L.L.C. | 200 East Long Lake Road PO Box 200 Bloomfield Hills, MI 48303 | Store No. 139 | Real property lease dated 5/7/2014 | |
| FASHION SHOW MALL LLC | c/o Fashion Show 110 N Wacker Dr Chicago, IL 60606 Attn: Law/Lease Administration Dept<br><br>Fashion Show 3200 Las Vegas Blvd Las Vegas, NV 89109 Attn: General Manager | Store No. 146 | Real property lease dated 10/14/2014 | |
| HG GALLERIA I, II, III, L.P. | 225 W Washington St Indianapolis, IN 46204 Attn: Legal Dept | Store No. 113 | Real property lease dated 2/22/2006 | |

| Non-Debtor Counterparty | Notice Address(es) | Leased Premises Address / Store No. | Lease Description | Rejection Effective Date |
|---|---|---|---|---|
| High Street Buildings LLC and Tourbillion High Street LLC | SKB PM I, LLC Attn: Patricia Ruziska 5415 High St, Ste 260 Phoenix, AZ 85054 | Store No. 123 | Real property lease dated 4/16/2007 | |
| RICH-TAUBMAN ASSOCIATES | 200 E Long Lake Rd P.O. Box 200 Bloomfield Hills, MI 48303-0200 | Store No. 121 | Real property lease dated 10/10/2006 | |
| SPIGL DOMAIN, L.P. | 225 W Washington St Indianapolis, IN 46204 Attn: Legal Dept | Store No. 116 | Real property lease dated 2/22/2006 | |
| THE IRVINE COMPANY LLC | Attn: General Counsel, Retail Properties 101 Innovation Irvine, CA 92617 Attn: Accounting Department 101 Innovation Irvine, CA 92617 | Store No. 142 | Real property lease dated 2/9/2015 | |
| TRG IMP LLC | 200 East Long Lake Road PO Box 200 Bloomfield Hills, MI 48303 | Store No. 150 | Real property lease dated 10/27/2015 | |

| Non-Debtor Counterparty | Notice Address(es) | Leased Premises Address / Store No. | Lease Description | Rejection Effective Date |
|---|---|---|---|---|
| TWC Chandler LLC | 3111W Chandler Blvd Suite 2018 Chandler, AZ 85225<br><br>11411 N Tataum Blvd Phoenix, AZ 85028 Attn: Leasing Dept | Store No. 102 | Real property lease dated 1/17/2001 | |