# EXHIBIT A

## Bank Accounts

DOCS_LA:320608.7

**PRIMARY ACCOUNTS**

| ACCOUNT HOLDER (DEBTOR) | INSTITUTION | LOCATION | LAST FOUR DIGITS OF ACCOUNT NO. | TYPE OF ACCOUNT |
|---|---|---|---|---|
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | SCOTTSDALE, AZ | -9811 | OPERATING ACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | SCOTTSDALE, AZ | -0072 | ACCOUNTS PAYABLE |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | SCOTTSDALE, AZ | -9829 | PAYROLL ACCOUNT |

**SUBACCOUNTS UNDER ACCOUNT NO. -9811**

| ACCOUNT HOLDER (DEBTOR) | INSTITUTION | RESTAURANT LOCATION | LAST FOUR DIGITS OF ACCOUNT NO. | TYPE OF ACCOUNT |
|---|---|---|---|---|
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #101 – SCOTTSDALE, AZ | -7414 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #102 - CHANDLER, AZ | -7422 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #103 – KANSAS CITY, MO | -7430 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #105- LAS VEGAS, NV | -7448 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #106 - DENVER, CO | -7455 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #107 – OMAHA, NE | -7463 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #108 – CARMEL, IN | -7471 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #110 – SAN ANTONIO, TX | -7489 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #111 – DALLAS, TX | -7497 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #112 -LINCOLNSHIRE, IL | -7505 | ZBA-SUBACCOUNT |

| ACCOUNT HOLDER (DEBTOR) | INSTITUTION | RESTAURANT LOCATION | LAST FOUR DIGITS OF ACCOUNT NO. | TYPE OF ACCOUNT |
|---|---|---|---|---|
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #113 – HOUSTON, TX | -7513 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #114 – OAKBROOK, IL | -7521 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #116 – AUSTIN, TX | -7539 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #117 – TROY, MI | -7547 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #118 – BATON ROUGE, LA | -7554 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #120 – GILBERT, AZ | -7562 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #121 – STAMFORD, CT | -7570 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #122 – EDEN PRAIRIE, MN | -7588 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #124 – GLEN ALLEN, VA | -7604 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #126 – ISELIN, NJ | -7612 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #127 – BALTIMORE, MD | -7620 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #128 – TAMPA, FL | -7638 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #129 – MERIDIAN, ID | -7646 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #132 – EL PASO, TX | -7679 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #133 – COLUMBUS, OH | -7687 | ZBA-SUBACCOUNT |

| ACCOUNT HOLDER (DEBTOR) | INSTITUTION | RESTAURANT LOCATION | LAST FOUR DIGITS OF ACCOUNT NO. | TYPE OF ACCOUNT |
|---|---|---|---|---|
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #134 – ALPHARETTA, GA | -7695 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #135 – SARASOTA, FL | -7703 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #136 – SAN JUAN, PR | -2372 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #138 – PLANO, TX | -7729 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #140 – ARLINGTON, VA | -7745 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #141 – CINCINNATI, OH | -7752 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #143 – SAN ANTONIO, TX | -2315 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #144 – FRIENDSWOOD, TX | -2323 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #145 – MINNETONKA, MN | -2331 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #147 – FRANKLIN, TN | -2356 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #148 – HUNTSVILLE, AL | -2364 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #150 – HONOLULU, HI | -7778 | ZBA-SUBACCOUNT |
| KONA RESTAURANT HOLDINGS, INC. | WELLS FARGO BANK, N.A. | #154 – SCOTTSDALE, AZ | -7786 | ZBA-SUBACCOUNT |

**Merchant Accounts - TSYS**

| ACCOUNT HOLDER (DEBTOR) | INSTITUTION | RESTAURANT LOCATION | LAST FOUR DIGITS OF ACCOUNT NO. | TYPE OF ACCOUNT |
|---|---|---|---|---|
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #101 – SCOTTSDALE, AZ | -4538 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #102 – CHANDLER, AZ | -4538 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #103 – KANSAS CITY, MO | -9815 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #105- LAS VEGAS, NV | -9802 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #106 – DENVER, CO | -9792 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #107 – OMAHA, NE | -3879 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #108 – CARMEL, IN | -4344 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #110 – SAN ANTONIO, TX | -4331 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #111 – DALLAS, TX | -4328 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #112 -LINCOLNSHIRE, IL | -4315 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #113 – HOUSTON, TX | -4302 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #114 – OAKBROOK, IL | -4292 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #116 – AUSTIN, TX | -4289 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #117 – TROY, MI | -4276 | MERCHANT |

| ACCOUNT HOLDER (DEBTOR) | INSTITUTION | RESTAURANT LOCATION | LAST FOUR DIGITS OF ACCOUNT NO. | TYPE OF ACCOUNT |
|---|---|---|---|---|
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #118 – BATON ROUGE, LA | -4263 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #120 – GILBERT, AZ | -4250 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #121 – STAMFORD, CT | -4661 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #122 – EDEN PRAIRIE, MN | -4205 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #124 – GLEN ALLEN, VA | -4221 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #126 – ISELIN, NJ | -4218 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #127 – BALTIMORE, MD | -4247 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #128 – TAMPA, FL | -4195 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #129 – MERIDIAN, ID | -2292 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #132 – EL PASO, TX | -1772 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #133 – COLUMBUS, OH | -8385 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #134 – ALPHARETTA, GA | -6311 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #135 – SARASOTA, FL | -6308 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #138 – PLANO, TX | -3507 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #140 – ARLINGTON, VA | -3510 | MERCHANT |

| ACCOUNT HOLDER (DEBTOR) | INSTITUTION | RESTAURANT LOCATION | LAST FOUR DIGITS OF ACCOUNT NO. | TYPE OF ACCOUNT |
|---|---|---|---|---|
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #141 – CINCINNATI, OH | -6273 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #143 – SAN ANTONIO, TX | -4247 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #144 – FRIENDSWOOD, TX | -8310 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #145 – MINNETONKA, MN | -8819 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #147 – FRANKLIN, TN | -2530 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #148 – HUNTSVILLE, AL | -3206 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #150 – HONOLULU, HI | -3982 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | TOTAL SYSTEMS SERVICES, INC. | #154 – SCOTTSDALE, AZ | -8832 | MERCHANT |

**Merchant Accounts – AMEX**

| ACCOUNT HOLDER (DEBTOR) | INSTITUTION | RESTAURANT LOCATION | LAST FOUR DIGITS OF ACCOUNT NO. | TYPE OF ACCOUNT |
|---|---|---|---|---|
| KONA RESTAURANT HOLDINGS, INC. | AMEX | #101 – SCOTTSDALE, AZ | -7448 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | AMEX | #102 - CHANDLER, AZ | -3259 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | AMEX | #103 – KANSAS CITY, MO | -1891 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | AMEX | #105- LAS VEGAS, NV | -9528 | MERCHANT |

| ACCOUNT HOLDER (DEBTOR) | INSTITUTION | RESTAURANT LOCATION | LAST FOUR DIGITS OF ACCOUNT NO. | TYPE OF ACCOUNT |
|---|---|---|---|---|
| KONA RESTAURANT HOLDINGS, INC. | AMEX | #106 – DENVER, CO | -3260 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | AMEX | #107 – OMAHA, NE | -0829 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | AMEX | #108 – CARMEL, IN | -4251 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | AMEX | #110 – SAN ANTONIO, TX | -9937 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | AMEX | #111 – DALLAS, TX | -4722 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | AMEX | #112 – LINCOLNSHIRE, IL | -6940 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | AMEX | #113 – HOUSTON, TX | -8096 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | AMEX | #114 – OAKBROOK, IL | -5627 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | AMEX | #116 – AUSTIN, TX | -2834 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | AMEX | #117 – TROY, MI | -9921 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | AMEX | #118 – BATON ROUGE, LA | -1250 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | AMEX | #120 – GILBERT, AZ | -4248 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | AMEX | #121 – STAMFORD, CT | -5991 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | AMEX | #122 – EDEN PRAIRIE, MN | -7559 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | AMEX | #124 – GLEN ALLEN, VA | -5857 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | AMEX | #126 – ISELIN, NJ | -3699 | MERCHANT |

| Account Holder (Debtor) | Institution | Restaurant Location | Last Four Digits of Account No. | Type of Account |
|---|---|---|---|---|
| Kona Restaurant Holdings, Inc. | AMEX | #127 – Baltimore, MD | -0355 | Merchant |
| Kona Restaurant Holdings, Inc. | AMEX | #128 – Tampa, FL | -2586 | Merchant |
| Kona Restaurant Holdings, Inc. | AMEX | #129 – Meridian, ID | -3319 | Merchant |
| Kona Restaurant Holdings, Inc. | AMEX | #132 – El Paso, TX | -3783 | Merchant |
| Kona Restaurant Holdings, Inc. | AMEX | #133 – Columbus, OH | -6131 | Merchant |
| Kona Restaurant Holdings, Inc. | AMEX | #134 – Alpharetta, GA | -0579 | Merchant |
| Kona Restaurant Holdings, Inc. | AMEX | #135 – Sarasota, FL | -5891 | Merchant |
| Kona Restaurant Holdings, Inc. | AMEX | #138 – Plano, TX | -2565 | Merchant |
| Kona Restaurant Holdings, Inc. | AMEX | #140 – Arlington, VA | -1834 | Merchant |
| Kona Restaurant Holdings, Inc. | AMEX | #141 – Cincinnati, OH | -4384 | Merchant |
| Kona Restaurant Holdings, Inc. | AMEX | #143 – San Antonio, TX | -3354 | Merchant |
| Kona Restaurant Holdings, Inc. | AMEX | #144 – Friendswood, TX | -0354 | Merchant |
| Kona Restaurant Holdings, Inc. | AMEX | #145 – Minnetonka, MN | -1203 | Merchant |
| Kona Restaurant Holdings, Inc. | AMEX | #147 – Franklin, TN | -2641 | Merchant |
| Kona Restaurant Holdings, Inc. | AMEX | #148 – Huntsville, AL | -2828 | Merchant |

| ACCOUNT HOLDER (DEBTOR) | INSTITUTION | RESTAURANT LOCATION | LAST FOUR DIGITS OF ACCOUNT NO. | TYPE OF ACCOUNT |
|---|---|---|---|---|
| KONA RESTAURANT HOLDINGS, INC. | AMEX | #150 – HONOLULU, HI | -8782 | MERCHANT |
| KONA RESTAURANT HOLDINGS, INC. | AMEX | #154 – SCOTTSDALE, AZ | -1914 | MERCHANT |

### MERCHANT ACCOUNT – GLOBAL PAYMENTS (PUERTO RICO)

| ACCOUNT HOLDER (DEBTOR) | INSTITUTION | RESTAURANT LOCATION | LAST FOUR DIGITS OF ACCOUNT NO. | TYPE OF ACCOUNT |
|---|---|---|---|---|
| KONA RESTAURANT HOLDINGS, INC. | GLOBAL PAYMENTS, INC. | #136 – SAN JUAN, PR | -96950 | MERCHANT |