# EXHIBIT B

## Cash Management System Flow Chart



