# EXHIBIT C

## Utility Services List

## Utility Services List

| Utility Provider/Address | Account Numbers | Service Provided | Average Monthly Expenditure | Proposed Adequate Assurance |
|---|---|---|---|---|
| All States Mall Services II<br>P.O. Box 94258<br>Las Vegas, NV 89193 | 13-0624070 | Trash | $1,083.33 | $541.67 |
| All States Services<br>P.O. Box 94258<br>Las Vegas, NV 89193 | 09-0228720 | Trash | $1,043.23 | $521.61 |
| American Water & Energy Savers<br>4431 North Dixie Highway<br>Boca Raton, FL 33431 | 647259 | Sewer/Water | $1,508.50 | $754.25 |
| Apex Billing Solutions<br>P.O. Box 84077<br>Columbus, GA 31908-4077 | 1357683 | Sewer/Water | $316.59 | $158.30 |
| Arizona Public Service<br>P.O. BOX 2906<br>Phoenix, AZ 85062-2906 | 8740228809 | Sewer/Water | $8,277.85 | $4,138.93 |
| Atmos Energy/790311<br>P.O. Box 78108<br>Phoenix, AZ 85062-8108 | 3027857122<br>4010666501 | Natural Gas | $2,221.96 | $1,110.98 |
| BGE<br>P.O. Box 1475<br>Baltimore, MD 21203 | 2473481000 | Natural Gas | $1,233.61 | $616.80 |
| CenterPoint Energy Minnegasco/4671<br>P.O. Box 4981<br>Houston, TX 77210-4981 | 6400928076-5<br>8123089-8 | Natural Gas | $3,704.23 | $1,852.11 |
| City of Eden Prairie, MN<br>8080 Mitchell Rd Ste 200-C<br>Eden Prairie, MN 55344 | 0141310050 | Sewer/Water | $838.01 | $419.00 |
| City of Plano, TX<br>P.O. Box 861990<br>Plano, TX 75086 | 329874 | Irrigation / Sewer / Water | $1,598.80 | $799.40 |
| City of Tampa Utilities<br>P.O. Box 30191<br>Tampa, FL 33630-3191 | 2117654 | Sewer/Water | $1,879.36 | $939.68 |
| City of Troy, MI<br>P.O. Box 554743<br>Detroit, MI 48255-4743 | 2100820 | Sewer/Water | $5,864.62 | $84.31 |
| Columbia Gas of Ohio<br>P.O. Box 742510<br>Cincinnati, OH 45274-2510 | 19565576 001 000 9 | Natural Gas | $2,255.66 | $1,027.83 |

| Utility Provider/Address | Account Numbers | Service Provided | Average Monthly Expenditure | Proposed Adequate Assurance |
|---|---|---|---|---|
| Commonwealth Edison<br>440 S Lasale St<br>Chicago, IL 60605 | 2439115056 | Electric | $4,283.15 | $2,141.57 |
| Constellation NewEnergy/4640<br>14217 Collections Center Dr<br>Chicago, IL 60693 | 7976634<br>8759205 | Electric | $7,618.33 | $3,809.16 |
| Consumers Energy<br>1 Energy Plaza Dr<br>Jackson, MI 49201 | 1000 0593 1314 | Natural Gas | $2,051.08 | $1,025.54 |
| Cox Communications<br>P.O. Box 53249<br>Phoenix, AZ 85072-3249 | 001 8501 241303201<br>001 8501 237453501 | Telephone / Internet | $509.45 | $254.73 |
| CPS Energy<br>P.O. Box 2678<br>San Antonio, TX 78289-0001 | 300-1542-318<br>300-3846-031 | Electric / Natural Gas | $5,980.20 | $2,990.10 |
| Cybertrails<br>1919 W Lone Cactus Dr<br>Phoenix, AZ 85027 | Kona Grill | Internet | $8,449.94 | $4,224.97 |
| Direct TV<br>P.O. Box 5006<br>Carol Stream, IL 60197-5006 | 045369614 | Cable | $7,771.06 | $3,885.53 |
| Direct TV Puerto Rico<br>P.O. Box 71413 S Closed Captions<br>San Juan, PR 00936 | 104504686 | Cable | $273.74 | $136.87 |
| DTE Energy<br>P.O. Box 2859<br>Detroit, MI 48260-0001 | 9100 252 9150 1 | Electric | $2,294.11 | $1,147.05 |
| Duke Energy<br>P.O. Box 1326<br>Charlotte, NC 28201-1326 | 1490-3832-01-1 | Natural Gas | $3,057.11 | $1,528.55 |
| El Paso Disposal - District 5110<br>P.O. Box 660177<br>Dallas, TX 75266-0177 | 5110-146211-035 | Trash | $813.35 | $406.68 |
| El Paso Electric<br>P.O. Box 650801<br>Dallas, TX 75265-0801 | 3892699202 | Electric | $6,054.87 | $3,027.43 |
| Elizabeth Town Gas<br>P.O. Box 11811<br>Newark, NJ 07101-8111 | 3017316212 | Natural Gas | $1,844.13 | $922.06 |
| Flagg Creek Water Reclamation District<br>7001 N Frontage Road<br>Burr Ridge, IL 60527 | 102080-000 | Sewer | $449.58 | $224.79 |

| Utility Provider/Address | Account Numbers | Service Provided | Average Monthly Expenditure | Proposed Adequate Assurance |
|---|---|---|---|---|
| Florida Power & Light Company (FPL)<br>700 Universe Blvd<br>Juno Beach, FL 33408 | 89391-47255 | Electric | $4,364.71 | $0.00 |
| Granite Telecommunications, LLC<br>P.O. Box 983119<br>Boston, MA 02298-3119 | 03309083 | Telephone / Internet | $7,154.50 | $3,577.25 |
| Grey Forest Utilities<br>P.O. Box 258<br>Helotes, TX 78023 | 13001-1022535600 | Natural Gas | $2,416.24 | $1,208.12 |
| Hotwire Business Solutions<br>P.O. Box 1187<br>Bala Cynwyd, PA 19004 | 11720999 | Internet | $432.63 | $216.32 |
| Huntsville Utilities, AL<br>112 Spragins Street<br>Huntsville, AL 35801 | 221010205905<br>221010207606<br>221010207607 | Electric / Natural Gas | $7,634.87 | $0.00 |
| Idaho Power<br>P.O. Box 70<br>Boise, ID 83707 | 0030304548<br>0030304573 | Electric | $3,138.51 | $1,569.25 |
| Infinite Energy Inc-Gas<br>P.O. Box 791263<br>Baltimore, MD 21279-1263 | 7710907542<br>7835870061 | Natural Gas | $2,427.08 | $1,213.54 |
| Interconn Resources, Inc.<br>P.O. Box 1337<br>Houston, TX 77251 | 211013260503<br>211013260768 | Natural Gas | $1,675.74 | $837.87 |
| Intermountain Gas Company<br>P.O. Box 64<br>Boise, ID 83732 | 228 381 3000 7 | Natural Gas | $1,759.83 | $879.92 |
| International Environmental Management<br>P.O. Box 4648<br>Carol Stream, IL 60197-4648 | 20-48484-03002<br>20-48683-43003<br>20-48810-33001<br>20-48839-43006 | Trash | $7,832.23 | $3,916.12 |
| Johnson Controls (Tyco)<br>10405 Crosspoint Blvd<br>Indianapolis, IN 46256 | 01400 131006491 | Alarm System | $4,000.00 | $2,000.00 |
| Kansas City Power & Light (KCP&L)<br>P.O. Box 219330<br>Kansas City, MO 64121-9330 | 6687230847 | Electric | $6,541.89 | $3,270.94 |

| Utility Provider/Address | Account Numbers | Service Provided | Average Monthly Expenditure | Proposed Adequate Assurance |
|---|---|---|---|---|
| KC Water Services<br>P.O. Box 807045<br>Kansas City, MO 64180-7045 | 000177310 0189253 1 | Sewer / Water | $3,107.77 | $1,553.88 |
| Keter Environmental Services, Inc<br>P.O. Box 417468<br>Boston, MA 02241-7468 | 1073198<br>1084153<br>152964376<br>153064499<br>2000032<br>3100062 | Trash | $9,088.74 | $4,544.37 |
| Metropolitan Utilities Distric/2166/3600<br>P.O. Box 3600<br>Omaha, NE 68103-0600 | 112000323540 | Natural Gas / Sewer / Water | $3,219.52 | $1,609.76 |
| Middlesex Water Company<br>P.O. Box 826538<br>Philadelphia, PA 19182-6538 | 3449300000<br>4449300000 | Water | $1,418.25 | $709.12 |
| Network Solutions<br>12808 Gran Bay Parkway<br>Jacksonville, FL 32258 | Kona Grill | Internet | $8.89 | $4.45 |
| Nevada Power<br>P.O. Box 30086<br>Reno, NV 89520-3086 | 30001920409195460128<br>30001920409195560301 | Electric | $4,251.30 | $2,125.65 |
| Nextivia, Inc.<br>P.O. Box 207330<br>Dallas, TX 75320-7330 | 1960666 | Internet | $144.16 | $72.08 |
| Nicor Gas/2020/0632/5407<br>P.O. Box 0632<br>Aurora, IL 60507-0632 | 4044686141 7 | Natural gas | $1,259.23 | $629.61 |
| Olympic IV Mall Services<br>P.O. Box 96383<br>Las Vegas, NV 89193 | 38-0029400 | Trash | $1,725.52 | $862.76 |
| Omaha Public Power District<br>P.O. Box 3995<br>Omaha, NE 68103-0995 | 5056318903 | Electric | $4,509.52 | $2,254.76 |
| Paetec<br>P.O. Box 9001013<br>Louisville, KY 40290-1013 | 200176556 | Telephone / Internet | $30,946.69 | $15,473.35 |
| Papillion Sanitation - District 3050<br>10810 S 144Th St<br>Omaha, NE 68138 | 3050-30096407-001 | Trash | $914.12 | $457.06 |

| Utility Provider/Address | Account Numbers | Service Provided | Average Monthly Expenditure | Proposed Adequate Assurance |
|---|---|---|---|---|
| PSE&G-Public Service Elec & Gas Co<br>P.O. Box 14444<br>New Brunswick, NJ 08906-4444 | 42 254 035 05 | Electric | $7,501.33 | $3,750.67 |
| Republic Services #794<br>P.O. Box 78829<br>Phoenix, AZ 85062-8829 | 3-0615-0055822 | Trash | $962.52 | $481.26 |
| Republic Services #859<br>P.O. Box 78829<br>Phoenix, AZ 85062-8829 | 3-0859-0044804 | Trash | $1,831.72 | $915.86 |
| Salt River Project/80062<br>P.O. Box 80062<br>Prescott, AZ 86304-8062 | 174-672-009 | Electric | $5,632.22 | $0.00 |
| San Antonio Water System<br>P.O. Box 2990<br>San Antonio, TX 78299-2990 | 001008218-0728256-0002 | Sewer / Water | $1,929.40 | $964.70 |
| San Juan Gas<br>P.O. Box 9021632<br>San Juan, PR 00902-1632 | 11242 | Natural Gas | $5,588.14 | $1,794.07 |
| Sawnee EMC<br>P.O. Box 2252 Id 1204<br>Birmingham, AL 35246-1204 | 2400252000 | Electric | $3,754.88 | $1,877.44 |
| SDQ Fee LLC<br>L-3707<br>Columbus, OH 43260-3707 | 15345WK10040 | Water | $190.82 | $95.41 |
| SLM Waste & Recycling SE<br>P.O. Box 782678<br>Philadelphia, PA 19178-2678 | #0126 - 511 Rt 1 S. | Trash | $1,275.17 | $637.58 |
| Southwest Gas Corporation<br>P.O. Box 98890<br>Las Vegas, NV 89150-0101 | 211-6089194-002<br>421-0303444-002<br>421-2138619-023<br>421-7596290-002 | Natural Gas | $4,625.76 | $2,312.88 |
| Spire (Formerly Missouri Gas Energy)<br>700 Market St<br>St Louis, MO 63101 | 8457741111 | Natural Gas | $1,512.05 | $756.02 |
| Teco Tampa Electric Company<br>P.O. Box 31318<br>Tampa, FL 33631-3318 | 211013260271 | Electric | $6,515.76 | $0.00 |
| Teco: Peoples Gas<br>P.O. Box 31017<br>Tampa, FL 33631-3017 | 211013260503<br>211013260768 | Natural Gas | $957.66 | $0.00 |

DOCS_LA:321150.6

| Utility Provider/Address | Account Numbers | Service Provided | Average Monthly Expenditure | Proposed Adequate Assurance |
|---|---|---|---|---|
| Texas Gas Service<br>P.O. Box 269042<br>Oklahoma City, OK 73126-9042 | 911023891 2383486 36 | Natural Gas | $1,063.15 | $531.58 |
| Town of Gilbert, AZ<br>P.O. Box 52653<br>Phoenix, AZ 85072-2653 | 07304061<br>07304062 | Sewer / Water | $1,634.74 | $817.37 |
| Town of Woodbridge<br>P.O. Box 5004<br>Woodbridge, NJ 07095 | 40769120-0 | Sewer | $1,985.39 | $0.00 |
| Tringali Sanitation, Inc. - MI<br>33373 Dequindre<br>Troy, MI 48083-4696 | COM000781 | Trash | $2,118.57 | $1,059.29 |
| Vectren Energy Delivery/6248<br>P.O. Box 6248<br>Indianapolis, IN 46206-6248 | 02-620393200-5764867 2 | Natural Gas | $2,044.34 | $1,022.17 |
| Village of Oak Brook, IL<br>26018 Network Pl<br>Chicago, IL 60673-1260 | 9057175 | Water | $1,182.83 | $591.42 |
| Waste Management - 4648<br>P.O. Box 4648<br>Carol Stream, IL 60197-4648 | 6-97189-63003<br>8-24051-23007 | Trash | $4,217.04 | $2,108.52 |
| XCEL Energy:Northern States Power Co.<br>@ Xcel Energy<br>P.O. Box 9477<br>Minneapolis, MN 55484-9477 | 51-9299249-9 | Electric | $7,285.91 | $3,642.96 |
| XCEL Energy:Public Service Company of CO<br>@ Xcel Energy Remit Processing<br>P.O. Box 9477 (2200)<br>Minneapolis, MN 55484-9477 | 53-0011710127-1<br>53-2083553-4<br>53-7358518-9 | Electric / Natural Gas | $5,540.75 | $0.00 |