# EXHIBIT A

## List of Policies

| Policy Type | Insurer | Policy Number | Policy Term |
|---|---|---|---|
| Auto Liability | Liberty Mutual | AS6-691-460737-039 | 04/01/2019-04/01/2020 |
| EPL & Fiduciary Liability | Chubb Insurance | 8224-2458 | 10/01/2018-10/01/2019 |
| ERISA Fidelity Liability | Chubb Insurance | 8258-1863 | 04/01/2019-04/01/2020 |
| Primary D&O Liability | Beazley | V24B16180101 | 10/01/2018-10/01/2019 |
| Excess D&O Liability | Argo Group US | MLX4209453-0 | 10/01/2018-10/01/2019 |
| Excess D&O Liability | RLI Insurance | EPG0021427 | 03/20/2019-03/20/2020 |
| Excess D&O Liability | Sompo | DOX30000882000 | 12/01/2018-10/01/2019 |
| General Liability | Liberty Mutual | TB7-691-460737-029 | 04/01/2019-04/01/2020 |
| Umbrella Liability | Liberty Mutual | TH7-Z91-460737-069 | 04/01/2019-04/01/2020 |
| Liquor Liability | Liberty Mutual | TO2-691-460737-049 | 04/01/2019-04/01/2020 |
| Personal Property (Puerto Rico) | Universal Insurance | UC - 5720594701 | 04/01/2019-04/01/2020 |
| Personal Property (U.S.) | Liberty Mutual | YAC-L9L-460737-059 | 04/01/2019-04/01/2020 |
| Workers' Compensation Liability | Liberty Mutual | WC7-691-460737-019 | 04/01/2019-04/01/2020 |