# EXHIBIT B

## Liberty Mutual Premium Installments

## Kona Grill, Inc.
### Monthly Installment Schedule
### 2019-2020 Program

| | Full Premium | 4/19/2019 | 5/1/2019 | 6/1/2019 | 7/1/2019 | 8/1/2019 | 9/1/2019 | 10/1/2019 | 11/1/2019 | 12/1/2019 | 1/1/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Risk Management Fee** Lockton Companies - KC | $ 80,000.00 | $ 20,000.00 | | | $ 20,000.00 | | | $ 20,000.00 | | | $ 20,000.00 |
| **Property** Liberty Mutual YAC-191-460737-059 | | | | | | | | | | | |
| Premium | 151,935.00 | 37,983.75 | 14,243.91 | 14,243.91 | 14,243.91 | 14,243.91 | 14,243.91 | 14,243.91 | 14,243.91 | 14,243.91 | |
| Less Commission | (22,790.25) | (5,697.56) | (2,136.59) | (2,136.59) | (2,136.59) | (2,136.59) | (2,136.59) | (2,136.59) | (2,136.59) | (2,136.59) | |
| Taxes, Assessments, & Surcharges | 282.00 | 282.00 | | | | | | | | | |
| Total | 129,426.75 | 32,568.19 | 12,107.32 | 12,107.32 | 12,107.32 | 12,107.32 | 12,107.32 | 12,107.32 | 12,107.32 | 12,107.32 | |
| **General Liability** Liberty Mutual TB7-691-460737-029 | | | | | | | | | | | |
| Premium | 205,741.00 | 51,435.25 | 19,288.22 | 19,288.22 | 19,288.22 | 19,288.22 | 19,288.22 | 19,288.22 | 19,288.22 | 19,288.22 | |
| Less Commission | (30,861.15) | (7,715.29) | (2,893.23) | (2,893.23) | (2,893.23) | (2,893.23) | (2,893.23) | (2,893.23) | (2,893.23) | (2,893.23) | |
| Taxes, Assessments, & Surcharges | 175.00 | 175.00 | | | | | | | | | |
| Claims Review Fee | 4,200.00 | | 525.00 | 525.00 | 525.00 | 525.00 | 525.00 | 525.00 | 525.00 | 525.00 | |
| Total | 179,254.85 | 43,894.96 | 16,919.99 | 16,919.99 | 16,919.99 | 16,919.99 | 16,919.99 | 16,919.99 | 16,919.99 | 16,919.99 | |
| **Liquor Liability** Liberty Mutual TO2-691-460737-049 | | | | | | | | | | | |
| Premium | 110,935.00 | 27,733.75 | 10,400.16 | 10,400.16 | 10,400.16 | 10,400.16 | 10,400.16 | 10,400.16 | 10,400.16 | 10,400.16 | |
| Less Commission | (16,640.25) | (4,160.06) | (1,560.02) | (1,560.02) | (1,560.02) | (1,560.02) | (1,560.02) | (1,560.02) | (1,560.02) | (1,560.02) | |
| Taxes, Assessments, & Surcharges | - | - | | | | | | | | | |
| Total | 94,294.75 | 23,573.69 | 8,840.13 | 8,840.13 | 8,840.13 | 8,840.13 | 8,840.13 | 8,840.13 | 8,840.13 | 8,840.13 | |
| **Workers Compensation** Liberty Mutual WC7-691-460737-019 | | | | | | | | | | | |
| Premium | 524,975.00 | 131,243.75 | 49,216.41 | 49,216.41 | 49,216.41 | 49,216.41 | 49,216.41 | 49,216.41 | 49,216.41 | 49,216.41 | |
| TRIA Premium | Included | Included | Included | Included | Included | Included | Included | Included | Included | Included | |
| Less Commission | (26,248.75) | (6,562.19) | (2,460.82) | (2,460.82) | (2,460.82) | (2,460.82) | (2,460.82) | (2,460.82) | (2,460.82) | (2,460.82) | |
| Taxes, Assessments, & Surcharges | 5,541.00 | 5,541.00 | | | | | | | | | |
| Total | 504,267.25 | 130,222.56 | 46,755.59 | 46,755.59 | 46,755.59 | 46,755.59 | 46,755.59 | 46,755.59 | 46,755.59 | 46,755.59 | |
| **Auto** Liberty Mutual AS5-691-460737-039 | | | | | | | | | | | |
| Premium | 13,985.00 | 3,496.25 | 1,311.09 | 1,311.09 | 1,311.09 | 1,311.09 | 1,311.09 | 1,311.09 | 1,311.09 | 1,311.09 | |
| Less Commission | (2,097.75) | (524.44) | (196.66) | (196.66) | (196.66) | (196.66) | (196.66) | (196.66) | (196.66) | (196.66) | |
| Taxes, Assessments, & Surcharges | - | - | | | | | | | | | |
| Total | 11,887.25 | 2,971.81 | 1,114.43 | 1,114.43 | 1,114.43 | 1,114.43 | 1,114.43 | 1,114.43 | 1,114.43 | 1,114.43 | |
| **Umbrella** Liberty Mutual TH7-291-460737-069 | | | | | | | | | | | |
| Premium | 53,969.00 | 53,969.00 | | | | | | | | | |
| Less Commission | (8,095.35) | (8,095.35) | | | | | | | | | |
| Total | 45,873.65 | 45,873.65 | | | | | | | | | |
| **Puerto Rico Property** Universal - DIRECT BILL | | | | | | | | | | | |
| Premium | 20,903.00 | 20,903.00 | | | | | | | | | |
| **Kona Total** | $ 1,045,004.50 | $ 299,104.86 | $ 85,737.45 | $ 85,737.45 | $ 105,737.45 | $ 85,737.45 | $ 85,737.45 | $ 105,737.45 | $ 85,737.45 | $ 85,737.45 | $ 20,000.00 |

*Kona PR Property policy not included in final calculations- direct billed/ paid.