**EXHIBIT D**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KONA GRILL, INC., et al.,[1] | ) | Case No.: 19-10953 (___) |
| | ) | Joint Administration Requested |
| Debtors. | ) | |
| | ) | |

**INTERIM ORDER UNDER SECTIONS 105, 361, 362, 364, 1107 AND 1108 OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 6003 (A) AUTHORIZING THE DEBTORS TO: (I) MAINTAIN AND RENEW EXISTING INSURANCE POLICIES; (II) CONTINUE INSURANCE PREMIUM FINANCING PROGRAMS, (III) PAY INSURANCE PREMIUM FINANCING OBLIGATIONS ARISING THEREUNDER, AND (B) AUTHORIZING FINANCIAL INSTITUTIONS TO HONOR ALL OBLIGATIONS RELATED THERETO**

This matter came before the Court on the *Motion of the Debtors for Order Under Sections 105, 361, 362, 363, 364, 1107 and 1108 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003 (A) Authorizing Debtors to (I) Maintain and Renew Existing Insurance Policies; (II) Continue Insurance Premium Financing Programs; (III) Pay Insurance Premium Financing Obligations Arising Thereunder, and (B) Authorizing Financial Institutions to Honor All Obligations Related Thereto* (the "Motion"). The Court finds that the relief requested in the Motion is in the best interests of the Debtors,[2] their estates and creditors and

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers include:  Kona Grill, Inc. (6690); Kona Restaurant Holdings, Inc. (6703); Kona Sushi, Inc. (4253); Kona Macadamia, Inc. (2438); Kona Texas Restaurants, Inc. (4089); Kona Grill International Holdings, Inc. (1841); Kona Baltimore, Inc. (9163); Kona Grill International, Inc. (7911); and Kona Grill Puerto Rico, Inc. (7641).  The headquarters and service address for the above-captioned Debtors is 15059 North Scottsdale Road, Suite 300, Scottsdale, Arizona 85254.

[2]  Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

other parties in interest and that, in light of the record of the hearing on the Motion, and after due

deliberation thereon and sufficient cause appearing therefor it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Motion is GRANTED, on an interim basis as set forth herein.

2.      The Debtors are authorized to maintain their existing insurance policies in

the ordinary course of business (including, but not limited to, paying prepetition deductibles,

premiums, fees and other expenses), to renew the same as they expire and to pay the insurance

policy premiums and fees relating to the Policies as such become due.

3.      The Debtors are authorized to continue their insurance premium financing

programs and make any payments that come due under the PFA and grant liens in favor of the

lender thereunder as set forth in the PFA.

4.      The Debtors' liquor license bonds as set forth in the Motion may be

enforced by the applicable taxing authorities so that the Debtors may continue to sell alcohol in

these jurisdictions.

5.      Without further order of this Court, the Debtors are authorized, but not

directed, to renew, revise, extend, supplement, change or enter into additional or new insurance

policies as needed in their business judgment, in the ordinary course of business.

6.      The Debtors' applicable banks and other financial institutions are hereby

authorized to receive, process, honor and pay all checks presented for payment and to honor all

fund transfer requests made by the Debtors related to the Policies.

7. Nothing in this Order or the Motion shall be deemed to constitute postpetition assumption or adoption of any agreement or contract pursuant to section 365 of the Bankruptcy Code.

8. The Court finds and determines that the requirements of Bankruptcy Rule 6003 are satisfied and that the relief requested by the Motion is necessary to avoid immediate and irreparable harm.

9. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry hereof.

10. The Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of the Motion or this Order.

11. The Debtors, their employees and agents are authorized to take or refrain from taking such acts as are necessary and appropriate to implement and effectuate the relief granted herein.

12. A final hearing on the relief sought in the Motion shall be conducted on May __, 2019 at _____ (ET). Any objections to the Motion and to entry of a final order must be filed on or before May _____, 2019 at 4:00 p.m. (ET) (the "Objection Deadline") and served so that it is received and by the following parties on or before the Objection Deadline: (i) the Debtors, Kona Grill, Inc., 15059 N. Scottsdale Rd., Suite 300, Scottsdale, AZ 85254, Attn: Christopher J. Wells; (ii) proposed counsel for the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801, Attn: James E. O'Neill (joneill@pszjlaw.com); (iii) counsel to any statutory committee appointed in these cases; (iv)

counsel for the Debtors' prepetition and postpetition secured lenders, Buchanan Ingersoll & Rooney PC, 919 North Market Street, Suite 990, Wilmington, DE 19801-1054 Attn: Mary F. Caloway, (mary.caloway@bipc.com); and (v) the Office of The United States Trustee, Attn: Jaclyn Weissgerber, (jaclyn.weissgerber@usdoj.gov), 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801

Dated: _____, 2019

                                                   _____
                                                  UNITED STATES BANKRUPTCY JUDGE