IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KONA GRILL, INC., et al.,[1] | ) | Case No.: 19-10953 (CSS) |
| | ) | Joint Administration Requested |
| Debtors. | ) | |
| | ) | |

## NOTICE OF HEARING ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that, on April 30, 2019 (the "Petition Date"), Kona Grill, Inc., Kona Restaurant Holdings, Inc., Kona Sushi, Inc., Kona Macadmia, Inc., Kona Texas Restaurants, Inc., Kona Grill International Holdings, Inc., Kona Baltimore, Inc., Kona Grill International, Inc. and Kona Grill Puerto Rico, Inc., the debtors and debtors-in-possession (the "Debtors") in the above-captioned chapter 11 cases, each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtors are continuing to operate their businesses and manage their affairs as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, together with their chapter 11 petitions, the Debtors also filed the following applications and motions (collectively, the "First Day Motions"). A hearing to consider the First Day Motions (the "First Day Hearing") will be held on **May 2, 2019 at 10:00 a.m. (prevailing Eastern Time)**, before the Honorable Christopher S. Sontchi at

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Kona Grill, Inc. (6690); Kona Restaurant Holdings, Inc. (6703); Kona Sushi, Inc. (4253); Kona Macadamia, Inc. (2438); Kona Texas Restaurants, Inc. (4089); Kona Grill International Holdings, Inc. (1841); Kona Baltimore, Inc. (9163); Kona Grill International, Inc. (7911); and Kona Grill Puerto Rico, Inc. (7641). The headquarters and service address for the above-captioned Debtors is 15059 North Scottsdale Road, Suite 300, Scottsdale, Arizona 85254.

the United States Bankruptcy Court for the District of Delaware (the "Court"), located at 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

**First Day Declaration**

1. Declaration of Christopher J. Wells in Support of First Day Motions [Filed 5/1/19] (Docket No. 16)

**First Day Administrative and Procedural Motions**

2. Debtors' Motion for Order Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only [Filed 4/30/19] (Docket No. 3)

3. Debtors' Motion for Order (I) Authorizing the Debtors to File (A) Consolidated List of Creditors and (B) Consolidated List of Debtors' Top Thirty Unsecured Creditors; (II) Waiving the Right to File a List of Equity Security Holders; and (III) Granting Related Relief [Filed 5/1/19] (Docket No. 5)

4. Debtors' Application for Entry of an Order Pursuant to 28 U.S.C. § 156(c) (I) Approving the Retention and Appointment of Epiq Corporate Restructuring, LLC as the Claims and Noticing Agent to the Debtors, Effective *Nunc Pro Tunc* to the Petition Date and (II) Granting Related Relief [Filed 5/1/19] (Docket No. 6)

**First Day Motions Pertaining to Operations and Related Issues**

5. Debtors' Motion for Entry of an Interim and Final Order Authorizing the Debtors to (I) Pay and/or Honor Prepetition Wages, Salaries, Employee Benefits, and Other Compensation and Pay Third Party and Contract Workers; (II) Remit Withholding Obligations and Deductions; (III) Maintain Employee Compensation and Benefits Programs and Pay Related Administrative Obligations; and (IV) Have Applicable Banks and Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Certain Fund Transfer Requests [Filed 5/1/19] (Docket No. 7)

6. Debtors' Motion for Interim and Final Order Under Sections 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code Authorizing (I) Maintenance of Existing Bank Accounts; (II) Continuance of Existing Cash Management System, Bank Accounts, Checks and Related Forms; (III) Continued Performance of Intercompany Transactions; (IV) Limited Waiver of Section 345(b) Deposit and Investment Requirements and (V) Granting Related Relief [Filed 5/1/19] (Docket No. 8)

7. Debtors' Motion Pursuant to Sections 105(A), 507(A)(8), and 541(D) of the Bankruptcy Code for an Interim and Final Order Authorizing the Payment of

        Prepetition Sales, Use and Franchise and Income Taxes; and Similar Taxes and Fees [Filed 5/1/19] (Docket No. 9)

8.    Motion of the Debtors for Interim and Final Orders (A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (C) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (D) Granting Related Relief [Filed 5/1/19] (Docket No. 10)

9.    Motion of the Debtors for Interim and Final Orders Under Sections 105, 361, 362, 63, 364, 1107 and 1108 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003 (A) Authorizing the Debtors to (I) Maintain and Renew Existing Insurance Policies; (II) Continue Insurance Premium Financing Programs, (III) Pay Insurance Premium Financing Obligations Arising Thereunder, and (B) Authorizing Financial Institutions to Honor all Obligations Related Thereto [Filed 5/1/19] (Docket No. 11)

10.   Debtors' Motion tor Entry of an Order Authorizing the Debtors to Honor Certain Prepetition Obligations to Customers and to Otherwise Continue Certain Customer Programs in the Ordinary Course of Business [Filed 5/1/19] (Docket No. 12)

11.   Debtors' Motion for Entry of an Interim and Final Order Authorizing Payment of Allowed 11 U.S.C. § 503(b)(9) Claims [Filed 5/1/19] (Docket No. 13)

12.   Motion for Entry of an Interim and Final Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims Arising Under (A) The Perishable Agricultural Commodities Act and (B) The Packers and Stockyards Act, and (II) Granting Certain Related Relief [Filed 5/1/19] (Docket No. 14)

**First Day Motion Pertaining to Financing and Cash Collateral**

13.   Motion of Debtors for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and Rule 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing Incurrence by the Debtors of Postpetition Senior Secured Indebtedness, (II) Authorizing the Use of Cash Collateral by the Debtors, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing [Filed 5/1/19] (Docket No. 15)

    **PLEASE TAKE FURTHER NOTICE** that copies of the First Day Motions can be obtained by contacting the undersigned proposed counsel, through the Court's website at www.deb.uscourts.gov, referencing Case No. 19-10953 (CSS), by contacting the Debtors'

claims agent at konagrill@epiqglobal.com, by accessing the website of the Debtors' claims agent at https://dm.epiq11.com/KonaGrill, or by calling (855) 424-7676 (or (503) 597-7718 (International)).

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day Motions may be made at the First Day Hearing.

Dated: May 1, 2019

                                            PACHULSKI STANG ZIEHL & JONES LLP

                                            */s/ James E. O'Neill*
                                            Jeremy V. Richards (CA Bar No. 102300)
                                            James E. O'Neill (DE Bar No. 4042)
                                            John W. Lucas (CA Bar No. 271038)
                                            919 N. Market Street, 17th Floor
                                            P.O. Box 8705
                                            Wilmington, DE  19899-8705 (Courier 19801)
                                            Telephone:  (302) 652-4100
                                            Facsimile: (302) 652-4400
                                            E-mail:  jrichards@pszjlaw.com
                                                       joneill@pszjlaw.com
                                                       jlucas@pszjlaw.com

                                            *Proposed Attorneys for Debtors and Debtors in Possession*