IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| KONA GRILL, INC., et al.,[1] ) | Case No.: 19-10953 (CSS) |
| ) | (Jointly Administered) |
| Debtors.   ) | |
| ) | **Re: Docket Nos. 5 and 52** |

**NOTICE OF ENTRY OF ORDER REGARDING DEBTORS' MOTION FOR ORDER: (I) AUTHORIZING THE DEBTORS TO FILE (A) CONSOLIDATED LIST OF CREDITORS AND (B) CONSOLIDATED LIST OF DEBTORS' TOP THIRTY UNSECURED CREDITORS; (II) WAIVING THE RIGHT TO FILE A LIST OF EQUITY SECURITY HOLDERS; AND (III) GRANTING RELATED RELIEF**

TO:    (a) the Office of the United States Trustee; (b) Key Bank National Association and Zions Bank, (c) parties asserting liens against the Debtors' assets, (d) the Debtors' thirty largest unsecured creditors on a consolidated basis; and (e) any party requesting special notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on April 30, 2019, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtors presented certain first-day motions at a hearing before the Honorable Christopher S. Sontchi at the Bankruptcy Court on May 2, 2019. The Bankruptcy Court entered relief on the *Debtors' Motion for Order: (I) Authorizing the Debtors to File (A) Consolidated List of Creditors and (B) Consolidated List of Debtors' Top Thirty Unsecured Creditors; (II) Waiving the Right to File a List of Equity Security*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Kona Grill, Inc. (6690); Kona Restaurant Holdings, Inc. (6703); Kona Sushi, Inc. (4253); Kona Macadamia, Inc. (2438); Kona Texas Restaurants, Inc. (4089); Kona Grill International Holdings, Inc. (1841); Kona Baltimore, Inc. (9163); Kona Grill International, Inc. (7911); and Kona Grill Puerto Rico, Inc. (7641). The headquarters and service address for the above-captioned Debtors is 15059 North Scottsdale Road, Suite 300, Scottsdale, Arizona 85254.

*Holders; and (III) Granting Related Relief* [Docket No. 5], attached hereto as **Exhibit 1**, and entered the *Order: (I) Authorizing the Debtors to File (A) Consolidated List of Creditors and (B) Consolidated List of Debtors' Top Thirty Unsecured Creditors; (II) Waiving the Right to File a List of Equity Security Holders; and (III) Granting Related Relief* [Docket No. 52], attached hereto as **Exhibit 2**.

Dated: May 2, 2019

                                                          PACHULSKI STANG ZIEHL & JONES LLP

                                                          */s/ James E. O'Neill*
                                                          Jeremy V. Richards (CA Bar No. 102300)
                                                          James E. O'Neill (DE Bar No. 4042)
                                                          John W. Lucas (CA Bar No. 271038)
                                                          919 N. Market Street, 17th Floor
                                                          P.O. Box 8705
                                                          Wilmington, DE  19899-8705 (Courier 19801)
                                                          Telephone:  (302) 652-4100
                                                          Facsimile: (302) 652-4400
                                                          E-mail:   jrichards@pszjlaw.com
                                                                       joneill@pszjlaw.com
                                                                       jlucas@pszjlaw.com

                                                          *Proposed Attorneys for Debtors and Debtors in Possession*