

2019 MAY 13 AM 8: 52

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE:  CASE NO. 19-10956 | : | PROCEEDINGS UNDER |
| | : | CHAPTER 11 |
| KONA MACADAMIA, INC. | : | |
| (DEBTOR) | : | |
| | : | |
| | : | |
| | : | MAY 8, 2019 |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES & PLEADINGS

Berdon, Young & Margolis, P.C., hereby appears on behalf of KONA MACADAMIA, INC., and requests that pursuant to 11 U.S.C. Section 1109(b) and Bankruptcy Rules 2002(g), (I), 2015(c), and 3017(a) that Berdon, Young & Margolis, P.C., receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plans, disclosure statements, proposed orders, confirmed copies of orders and any other documents or instruments (the "Documents") filed in the above-captioned bankruptcy proceeding. All such documents should be served upon the following:

> STUART A. MARGOLIS, ESQ.
> Berdon, Young & Margolis, P.C.
> 350 Orange Street, 2nd Floor
> New Haven, CT 06511
> E-mail: stuart.margolis@bymlaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified herein, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex, telecopy, or otherwise, such affects the alleged Debtor(s) or the property of the alleged Debtor(s).

BY _____
STUART A. MARGOLIS
Fed Bar No.: ct08803
Her Attorney
Berdon, Young & Margolis, P.C.
350 Orange Street, 2nd Floor
New Haven, CT  06511
Tel:  (203) 772-3740
Fax: (203) 492-4444