IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KONA GRILL, INC., et al.,[1] | ) | Case No.: 19-10953 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**Deadline for Objections to Sale and Cure: July 15, 2019 at 4:00p.m. (Eastern time)**
**Deadline for Submitting Bids: July 18, 2019 at 4:00 p.m. (Eastern time)**
**Auction Date: July 23, 2019 at 10:00 a.m. (Eastern time)**
**Sale Hearing Date: July 25, 2019 at 2:00 p.m. (Eastern time)**

## NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED

**PLEASE TAKE NOTICE** that on April 30, 2019 (the "Petition Date"), the above-captioned debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under title 11 of the United States Code (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that on May 14, 2019, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion for Entry of an Order (I)(A) Authorizing Entry into the Asset Purchase Agreement with Respect to the Sale of Substantially all of the Debtors' Assets; (B) Approving Bid Procedures for the Sale of Substantially All of the Assets of Debtors; (C) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (D) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts and Leases, Including Notice of Proposed*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include Kona Grill, Inc. (6690); Kona Restaurant Holdings, Inc. (6703); Kona Sushi, Inc. (4253); Kona Macadamia, Inc. (2438); Kona Texas Restaurants, Inc. (4089); Kona Grill International Holdings, Inc. (1841); Kona Baltimore, Inc. (9163); Kona Grill International, Inc. (7911); and Kona Grill Puerto Rico, Inc. (7641). The headquarters and service address for the above-captioned Debtors is 15059 North Scottsdale Road, Suite 300, Scottsdale, Arizona 85254.

*Cure Amounts; (E) Approving Certain Break-up Fee Provision; (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims and Encumbrances, Claims, Encumbrances and Interests and (B) the Assumption and Assignment of Certain Contracts and Leases; and (III) Granting Related Relief* (the "Motion").[2]  On May 29, 2019, the Court entered an order (the "Bid Procedures Order") granting the Motion in part and approving the bid procedures annexed hereto (the "Bid Procedures") to be used in connection with the auction (the "Auction") of the Debtors' assets described in the Motion (the "Assets") pursuant to the asset purchase agreement annexed as Exhibit C to the Motion (the "Purchase Agreement").  Pursuant to the Motion, the Debtors seek, *inter alia*, the Bankruptcy Court's approval of the sale of substantially all of its assets (the "Assets") to Williston Holding Company, Inc. (the "Stalking Horse Purchaser"), or to the other successful purchaser(s) (the "Successful Bidder") of the Assets at an auction, free and clear of liens, claims, encumbrances and other interests.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing for **July 25, 2019 at 2:00 p.m. (Eastern Time)** (the "Sale Hearing") to consider approval of the winning bid(s) and confirm the results at the Auction for the Assets, pursuant to the Motion, before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that you are a party to an executory contract(s) or unexpired lease(s) that has been designated for assumption by the Debtors and

---

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion.

assignment to the Stalking Horse Purchaser, or alternatively, to the Successful Bidder (each an "Designated Contracts and Leases").  A list of the Designated Contracts and Leases is set forth on **Exhibit A and Exhibit B** hereto, along with the amount that must be paid to cure any defaults existing under such executory contracts (the "Cure Amount"), based upon the Debtors' books and records, which the Debtors asserts is owed to cure any defaults existing under the Designated Contracts and Leases as of the Petition Date.[3]

PLEASE TAKE FURTHER NOTICE that a Successful Bidder, as applicable, may subsequently elect to exclude any agreement or agreements from the list of Designated Contracts and Leases at any time prior to the closing of the sale of the Assets, including the potential exclusion of the Designated Contracts and Leases listed on **Exhibit A and Exhibit B** hereto.  Cure Amounts, if any, shall only be paid with respect to Designated Contracts and Leases that are actually assumed pursuant to the closing of the sale of the assets in accordance with the Purchase Agreement, or the purchase agreement of the Successful Bidder.  In the event that a Successful Bidder elects to exclude any Designated Contracts and Leases, the affected counterparties will be separately notified of any such election.

PLEASE TAKE FURTHER NOTICE that if you disagree with the Cure Amount shown for the Designated Contracts and Leases on **Exhibit A and Exhibit B**, or if you object to the assumption and assignment of your Designated Contract or Lease on any grounds, you must file an objection in writing with the United States Bankruptcy Court for the District of Delaware,

---

[3] Your receipt of this notice does not constitute an admission by the Debtors that your agreement actually constitutes an executory contract or unexpired lease under section 365 of the Bankruptcy Code, and the Debtors expressly reserve the right to challenge the status of any agreement.

824 Market Street, Wilmington, Delaware 19801, on or before **July 15, 2019, at 4:00**

**p.m.(Eastern Time**).  In addition, any objection must set forth the specific default or defaults

alleged, set forth any such other ground for objection, and set forth any Cure Amount as alleged

by you, including such documentation and records as supports your asserted cure amount.

   **PLEASE TAKE FURTHER NOTICE** that any objection to any of the relief to

be requested at the Sale Hearing must be in writing, state the basis of such objection with

specificity, and shall be filed with the Court and shall be served on (i) counsel to the Debtor and

Debtor-in-Possession, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor,

P.O. Box 8705, Wilmington, DE  19899-8705 (Courier 19801), Attn:  John W. Lucas and James

E. O'Neill; (ii) counsel to the Official Committee of Unsecured Creditors, Kelley Drye & Warren

LLP, 101 Park Avenue, New York, NY 10178, Attn: James S. Carr and Jason R. Adams, Bayard,

P.A., 600 North King Street, Suite 400, P.O. Box 25130, Wilmington, DE 19899, Attn: Justin R.

Alberto and Erin R. Fay; (iii) the Office of the United States Trustee, J. Caleb Boggs Federal

Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Jaclyn

Weissgerber; and (iv) counsel to the Stalking Horse Purchaser, Gray Plant Mooty, 500 IDS Center,

80 South Eighth Street, Minneapolis, MN 55402 (Attn: Phillip Bohl) and Austria Legal, LLC,

1007 North Orange Street, 4th Floor, Wilmington, DE 19801 (Attn: Matthew Austria), so as to be

received by **July 15, 2019 at 4:00 p.m. (Eastern Time)**.

   **PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT TIMELY**

**FILE AND SERVE AN OBJECTION OR OBJECTIONS AS STATED ABOVE, THE**

**COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT**

**FURTHER NOTICE.  ANY NON-DEBTOR PARTY TO ANY ASSUMED EXECUTORY CONTRACT WHO DOES NOT FILE A TIMELY OBJECTION TO THE CURE AMOUNTS FOR SUCH DESIGNATED CONTRACTS AND LEASES IS DEEMED TO HAVE CONSENTED TO SUCH CURE AMOUNTS, AND ANY NON-DEBTOR PARTY TO ANY DESIGNATED CONTRACTS AND LEASES WHO DOES NOT FILE A TIMELY OBJECTION ON OTHER GROUNDS IS DEEMED TO HAVE CONSENTED TO SUCH ASSIGNMENT AND ASSUMPTION.**

Dated:   May 31, 2019                    PACHULSKI STANG ZIEHL & JONES LLP

                                         */s/ James E. O'Neill*
                                         Jeremy V. Richards (CA Bar No. 102300)
                                         James E. O'Neill (DE Bar No. 4042)
                                         John W. Lucas (CA Bar No. 271038)
                                         919 N. Market Street, 17th Floor
                                         Wilmington, DE 91899
                                         Tel:  (302) 652-4100
                                         Fax: (302) 652-4400
                                         E-mail:  jrichards@pszjlaw.com
                                                  joneill@pszjlaw.com
                                                  jlucas@pszjlaw.com

                                         Attorneys for Debtors and Debtors in Possession

# **EXHIBIT A**

(Designated Contracts)

# Exhibit A

| COUNTERPARTY | ADDRESS | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST | CURE AMOUNT ($) |
|---|---|---|---|
| 2416000 ONTARIO LIMITED (TORONTO FRANCHISEE) | ATTN: VIC DE ZEN 100 ZENWAY BLVD VAUGHN, ONT L4H2Y7 CANADA | FRANCHISE AGREEMENT RE: CANADA DATED 4/11/2017 | $0.00 |
| ADM MARKETING | 1415 W. MAGNOLIA BLVD BURBANK, CA 91506 USA | SERVICES AGREEMENT FOR OPERATIONS | $0.00 |
| ADP | 4125 HOPYARD ROAD ATTN: GENERAL MANAGER, NAT'L SVC CNTR PLEASANTON, CA 94588 USA | 401(K) PLAN RECORDKEEPING DATED 12/1/2006 | $15,205.08 |
| AIRECOM, INC. | 6171 HUNTLEY ROAD, STE E COLUMBUS, OH 43229 USA | SERVICES AGREEMENT FOR REPAIR SERVICE RE: COLUMBUS, OH - HVAC REPAIR SERVICE DATED 3/14/2018 | $4,628.76 |
| AIRGAS, INC. | ATTN: DAVID FAIR 3101 STAFFOD DR CHARLOTTE, NC 28208 USA | SERVICES AGREEMENT FOR CO2 DATED 10/3/2018 | $21,007.07 |
| ALLWARE COMPUTER SERVICES, INC. | DBA COMPEAT RESTAURANT MGMT SYSTEMS 11500 ALTERRA PKWY STE 130 AUSTIN, TX 78758 USA | SERVICES AGREEMENT FOR SOFTWARE DATED 9/20/2018 | $13,292.22 |

| COUNTERPARTY | ADDRESS | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST | CURE AMOUNT ($) |
|---|---|---|---|
| ALSCO | 175 S WEST TEMPLE, STE 510 ATTN  CORPORATE ACCOUNTS MANAGER SALT LAKE CITY, UT 84101 USA | SERVICES AGREEMENT FOR LINEN RENTAL DATED 8/25/2015 | $31,108.89 |
| AMERICAN EXPRESS | PO BOX 360001 FT LAUDERDALE, FL 33336-0001 USA | SERVICES AGREEMENT | $0.00 |
| AMERIPRIDE | PO BOX 728 BEMIDJI, MN 56619-0728 USA | SERVICES AGREEMENT AGREEMENT FOR LINENS STAMFORD, CT | $3,467.88 |
| ARAMARK UNIFORM SERVICES | PO BOX 731676 DALLAS, TX 75373-1676 USA | SERVICES AGREEMENT FOR LINENS DATED 9/19/2013 | $124,399.00 |
| ATLANTIC CONSULTING INTERNATIONAL | 6 CENTRAL AVE TENAFLY, NJ 07670 USA | SERVICES AGREEMENT FOR CONSULTING DATED 3/1/2017 | $4,400.00 |
| AVIS RENT A CAR SYSTEMS, INC | 7876 COLLECTIONS CENTER DR. CHICAGO, IL 60693 USA | SERVICES AGREEMENT FOR CAR RENTAL DATED 5/1/2016 | $0.00 |
| BIGART-ECOSYSTEMS LLC DBA WISETAIL | BIGART - ECOSYSTEMS, LLC 5301 RIATA PARK CT F AUSTIN, TX 78727 USA | SERVICES AGREEMENT FOR SOFTWARE DATED 4/29/2019 | $3,160.00 |
| BLUE CROSS BLUE SHIELD OF AZ | PO BOX 81049 PHOENIX, AZ 85069 USA | SERVICES AGREEMENT DATED 1/1/2019 | $0.00 |

| COUNTERPARTY | ADDRESS | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST | CURE AMOUNT ($) |
|---|---|---|---|
| CADILLACE UNIFORM & LINEN SUPPLY LLC | IND MINILLAS 221 AVE LAUREL BAYAMON,  00959-1908 Puerto Rico | SERVICES AGREEMENT FOR LINEN RENTAL -PUERTO RICO | $4,794.32 |
| CAREERPLUG LLC | 2525 WALLINGWOOD DR, STE 601 AUSTIN, TX 78746 USA | SERVICES AGREEMENT FOR SOFTWARE DATED 5/15/2018 | $27,345.00 |
| CASHSTAR INC. | 25 PEARL ST 2ND FLOOR PORTLAND, ME 04101 USA | SERVICES AGREEMENT DATED 9/26/2015 | $0.00 |
| CHINA MIST | 7435 E. TIERRA BUENA LANE SCOTTSDALE, AZ 85260 USA | SERVICES AGREEMENT FOR COGS FOOD BEVERAGE-TROY DATED 12/31/2018 | $3,099.48 |
| CLOUDIT | ATTN: KYLE GROVE 920 E MADISON ST PHOENIX, AZ 85034 USA | NETWORK AND HELP DESK SERVICES DATED 4/15/2019 | $0.00 |
| COCA COLA USA | ATTN: SCOTT WOODBURN ONE COCA COLA PLAZA ATLANTA, GA 30313 USA | BEVERAGE & MARKETING CONTRACT | $3,139.25 |
| COCA-COLA PUERTO RICO BOTTLING | PO BOX 51985 TOA BAJA, PR 00950-1985 USA | EQUIPMENT LEASE DATED 6/1/2017 - Missing Contract | $5,889.37 |
| COMCAST | PO BOX 660618 DALLAS, TX 75266-0618 USA | SERVICES AGREEMENT | $506.68 |
| CONCUR TECHNOLOGIES | 62157 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 USA | SERVICES AGREEMENT FOR TRAVEL AND EXPENSE SOFTWARE DATED 1/1/2018 | $810.20 |

| COUNTERPARTY | ADDRESS | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST | CURE AMOUNT ($) |
|---|---|---|---|
| CONSOLIDATED CONCEPTS, INC./SUNDELL & ASSOCIATES | ATTN: ANDY SUNDELL 3530 W. PICKET LINE FLAGSTAFF, AZ 86005 USA | SERVICES AGREEMENT FOR DISTRIBUTION - FOOD & SUPPLIES DATED 9/15/2018 | $0.00 |
| CONSTELLATION NEWENERGY, INC. | 1221 LAMAR STREET SUITE 750 ATTN: CONTRACTS ADMINISTRATION HOUSTON, TX 77010 USA | AGREEMENT FOR ELECTRIC RE: TROY DATED 3/16/2018 | $6,785.75 |
| CONTINENTAL STOCK TRANSFER | CONTINENTAL STOCK TRANSFER & TRUST CO ONE STATE STREET PLAZA, 30TH FLOOR NEW YORK, NY 10004 USA | SERVICES AGREEMENT FOR PROFESSIONAL FEES DATED 10/1/2012 | $2,744.91 |
| DIRECT TV | ATTN: MARK SALAK PO BOX 5006 CAROL STREAM, IL 60197-5006 USA | SERVICES AGREEMENT FOR SATELLITE TV SERVICE DATED 4/29/2016 | $25,694.84 |
| DISTRIBUTION MARKET ADVANTAGE (DMA) | 1515 WOODFIELD RD, SUITE 600, SCHAMBURG, IL 60703 USA | FOOD SERVICE DISTRIBUTION AGREEMENT DATED 9/1/2017 | $199,916.97 |
| DMX, INC/MOOD | ATTN: JESSICA REYES PO BOX 602777 CHARLOTTE, NC 28260-2777 USA | SERVICES AGREEMENT FOR MUSIC SERVICE | $4,727.17 |

| COUNTERPARTY | ADDRESS | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST | CURE AMOUNT ($) |
|---|---|---|---|
| DOOR DASH | ATTN: BRIAN SOMMERS<br>116 NEW MONTGOMERY STREET<br>SAN FRANCISCO, CA 94105<br>USA | SERVICES AGREEMENT FOR FOOD DELIVERY SERVICE DATED 2/28/2017 | $0.00 |
| EASY ICE, LLC | PO BOX 879<br>MARQUETTE, MI 49855<br>USA | EQUIPMENT LEASE - BATON ROUGE DATED 2/22/2019 | $2,034.68 |
| ECOLAB - CA REMIT (CHEMICAL) | ATTN: RON BLACIC<br>7272 E INDIAN SCHOOL RD, STE 104<br>SCOTTSDALE, AZ 85251<br>USA | GENERAL CONRTACT  DATED 10/1/2015 - 138 EQUIPMENT LEASE AGREEMENTS FOR VARIOUS LOCATIONS | $105,123.23 |
| Ecolab Mfg Inc Puerto Rico | ATTN: MIGUEL SERRANO<br>LUCHETTII IND PARK<br>ROAD #28<br>BAYAMON, PR 00960<br>USA | DISH MACHINE LEASES RE: SAN JUAN PUERTO RICO DATED 2/6/2015 | $8,235.83 |
| ECOVA INC | ATTN: SETH NESBIT<br>1313 N ATLANTIC, STE 5000<br>SPOKANE, WA 99201<br>USA | SERVICES AGREEMENT FOR SOFTWARE DATED 3/15/2019 | $1,185.08 |
| EDWARD DON & COMPANY | 9801 ADAM DON PKWY<br>WOODBRIDGE, IL 60517<br>USA | SERVICES AGREEMENT FOR PAPER SUPPLY DATED 9/21/2013 | $193,802.88 |
| EGNYTE, INC. | 1350 W MIDDLEFIELD ROAD<br>MOUNTAIN VIEW, CA 94043<br>USA | SERVICES AGREEMENT FOR FILE STORAGE AND SHARING SERVICES DATED 4/29/2018 | $136.40 |
| EYEMED VISION CARE | PO BOX 632530<br>CINCINNATI, OH 45263-2530<br>USA | SERVICES AGREEMENT DATED 1/1/2019 | $1,187.15 |

| COUNTERPARTY | ADDRESS | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST | CURE AMOUNT ($) |
|---|---|---|---|
| F&B MANAGEMENT ARIZONA CORP | ATTN: MARK BIANCHI 7201 E. CAMELBACK RD #222 SCOTTSDALE, AZ 85251 USA | SERVICES AGREEMENT DATED 4/9/2019 | $9,642.49 |
| FOOD SERVICES OF AMERICA BOISE | PO BOX 25119 SCOTTSDALE, AZ 85255-0178 USA | SERVICES AGREEMENT | $11,790.10 |
| FRED'S HVAC SERVICES | ATTN: CHRIS 6596 S 118TH ST OMAHA, NE 68137 USA | SERVICES AGREEMENT FOR R&M - HVAC DATED 6/5/2018 | $854.93 |
| FRESH CONCEPTS PRODUCE | 25109 JEFFERSON AVE STE 305 MURIRIETA, CA 92562 USA | SERVICES AGREEMENT | $0.00 |
| GARDA CL WEST INC. | 3209 MOMENTUM PLACE CHICAGO, IL 60609 USA | ARMORED CAR COURIER SERVCES DATED 7/11/2018 | $30,072.82 |
| GENERAL PARTS | 11311 HAPSHIRE AVE S BLOOMINGTON, MN 55438 USA | PLANNED MAINTENANCE AGREEMENT FOR REFRIGERATION, HVAC AND COOKING EQUIPMENT | $25,133.68 |
| GFS KENOSHA | PO BOX 88029 CHICAGO, IL 60680-1029 USA | SERVICES AGREEMENT FOR FOOD DISTRIBUTOR RE: VENDOR UNDER DMA CONTRACT | $19,849.35 |
| GRANITE TELECOMMUNICATIONS, LLC | PO BOX 983119 BOSTON, MA 02298-3119 USA | SERVICES AGREEMENT | $4,915.27 |
| GRUBHUB EL PASO | 111 W WASHINGTON ST #2100 CHICAGO, IL 60602 USA | SERVICES AGREEMENT FOR OPERATIONS | $0.00 |

| COUNTERPARTY | ADDRESS | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST | CURE AMOUNT ($) |
|---|---|---|---|
| GRUBHUB KANSAS CITY | 111 W WASHINGTON ST #2100<br>CHICAGO, IL 60602<br>USA | SERVICES AGREEMENT FOR DELIVERY SERVICE | $0.00 |
| GRUBSOUTH HUNTSVILLE | 109 JEFFERSON ST N #12<br>HUNTSVILLE, AL 35801<br>USA | SERVICES AGREEMENT FOR DELIVERY SERVICE | $0.00 |
| HARFORD REFRIGERATION CO., INC. | ATTN: E. MICHAEL ZIMMER, JR<br>7915 PHILADELPHIA RD<br>BALTIMORE, MD 21237<br>USA | SERVICES AGREEMENT FOR R&M - HVAC DATED 7/1/2018 | $9,339.95 |
| HOTSCHEDULES, INC. | ATTN: GREG GILLINS<br>3440 PRESTON RIDGE RD. #650<br>ALPHARETTA, GA 30005<br>USA | SERVICES AGREEMENT FOR SOFTWARE DATED 10/1/2017 | $5,363.90 |
| HOTWIRE BUSINESS SOLUTIONS LTD | PO BOX 57330<br>PHILADELPHIA, PA 19111-7330<br>USA | SERVICES AGREEMENT DATED 10/1/2018 | $978.04 |
| INCORP SERVICES, INC. | ATTN: JESSICA MENDEZ<br>3773 HOWARD HUGHES PKWY<br>STE 500 S<br>LAS VEGAS, NV 89169-6014<br>USA | SERVICES AGREEMENT FOR REGISTERED AGENT SERVICES DATED 10/1/2017 | $0.00 |
| INFINITE ENERGY | ATTN: CE ONDRAS<br>7001 SW 24TH AVE<br>GAINSVILLE, FL 32607<br>USA | NATURAL GAS  RE: ALPHARETTA DATED 8/1/2017 | $0.00 |

| COUNTERPARTY | ADDRESS | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST | CURE AMOUNT ($) |
|---|---|---|---|
| INNOVATIVE MEDIA | 8360 E RAINTREE DR #230 SCOTTSDALE, AZ 85281 USA | SERVICES AGREEMENT FOR ADVERTISING DATED 7/1/2018 | $0.00 |
| INTERDYN BMI | 2277 West Hwy 36, Suite 300 Roseville, MN 55113 USA | GREATPLAINS SOFTWARE - LICENSES | $143.75 |
| INTERSTATE GAS SUPPLY, INC | ATTN: COMMERCIAL & INDUSTRIAL SALES 6100 EMERALD PARKWAY DUBLIN, OH 43016 USA | AGREEMENT FOR NATURAL GAS RE: OAKBROOK DATED 5/1/2019 | $0.00 |
| INTERSTATE GAS SUPPLY, INC | ATTN: COMMERCIAL & INDUSTRIAL SALES 6100 EMERALD PARKWAY DUBLIN, OH 43016 USA | AGREEMENT FOR NATURAL GAS RE: OAKBROOK DATED 5/1/2019 | $0.00 |
| INTERSTATE GAS SUPPLY, INC | ATTN: COMMERCIAL & INDUSTRIAL SALES 6100 EMERALD PARKWAY DUBLIN, OH 43016 USA | AGREEMENT FOR NATURAL GAS RE: OAKBROOK DATED 5/1/2019 | $0.00 |
| INTERSTATE GAS SUPPLY, INC | ATTN: COMMERCIAL & INDUSTRIAL SALES 6100 EMERALD PARKWAY DUBLIN, OH 43016 USA | AGREEMENT FOR NATURAL GAS RE: OAKBROOK DATED 5/1/2019 | $0.00 |
| INTERSTATE GAS SUPPLY, INC | ATTN: COMMERCIAL & INDUSTRIAL SALES 6100 EMERALD PARKWAY DUBLIN, OH 43016 USA | AGREEMENT FOR NATURAL GAS RE: OAKBROOK DATED 5/1/2019 | $0.00 |

| COUNTERPARTY | ADDRESS | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST | CURE AMOUNT ($) |
|---|---|---|---|
| IPFS CORPORATION | 301 WEST 11TH ST., 4TH FLOOR PO BOX 419090 KANSAS CITY, MO 64141-6090 USA | PREMIUM FINANCE AGREEMENT FOR D&O POLICY DATED 11/1/2018 | $0.00 |
| KEEN | ATTN: MATTHEW BORDWIN KEEN-SUMMIT CAPITAL PARTNERS, LLC 1 HUNTINGTON QUADRANGLE, SUITE 2C04 MELVILLE, NY 11747 USA | LEASE RESTRUCTURING DATED 4/25/2019 | $0.00 |
| LASER OPTIONS | ATTN: KARL LILLIE 3758 E GROVE STREET PHOENIX, AZ 85040 USA | COPIER LEASES & TONER  RE: CORP | $649.64 |
| LOCKTON | 444 W 47TH ST, STE 900 KANSAS CITY, MO 64112-1906 USA | AUTO POLICY DATED 4/1/2018 | $0.00 |
| LOCKTON - FEE AGREEMENT | 444 W 47TH ST, STE 900 KANSAS CITY, MO 64112-1906 USA | FEE SERVICES AGREEMENT DATED 4/1/2018 | $0.00 |
| MAINES PAPER AND FOOD SERVICE | ATTN: TERRI DEANE 101 BROOME CORPORATE PARKWAY CONKLIN, NY 13748 USA | SERVICES AGREEMENT DATED 9/1/2017 | $21,241.01 |
| NCR CORPORATION | ATTN: CHUCK MAGEE PO BOX 198755 ATLANTA, GA 30384-8755 USA | SERVICES AGREEMENT FOR ANTI-VIRUS SOFTWARE FOR ALOHA SERVER AND TERMINALS DATED 1/1/2019 | $9,708.50 |

| COUNTERPARTY | ADDRESS | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST | CURE AMOUNT ($) |
|---|---|---|---|
| NELLA MEDIA GROUP (NRG) | ATTN: MIKE WILEY<br>36 N HOTEL ST<br>SUITE A-105, LOT 13-A<br>HONOLULU, HI 96817<br>USA | ADVERTISING AGREEMENT RE: WAIKIKI LOCATION DATED 2/1/2019 | $0.00 |
| NEOPOST | ATTN: DANILE CHILVERS<br>NEOFUNDS & MAILFINANCE<br>LEASE AGREEMENT<br>478 WHEELERS FARM ROAD<br>MILTON, CT 06461<br>USA | EQUIPMENT LEASE AGREEMENT FOR IS-350 GREEN MAILING SOLUTION DATED 12/12/2020 | $1,562.89 |
| NEXUSTEK | 1919 W LONE CACTUS DR<br>PHOENIX, AZ 85027<br>USA | SERVICES AGREEMENT DATED 3/12/2015 | $0.00 |
| NUCO2, INC. | ATTN: RODNEY HUSBANDS<br>2800 SE MARKET PLACE<br>STUART, FL 34997<br>USA | CO2 AND TANK/GENERATOR RENTAL AGREEMENT RE: BALTIMORE, DALLAS & TAMPA DATED 12/21/2018 | $16,588.06 |
| OPEN TABLE | 1 MONTGOMERY ST<br>SAN FRANCISCO, CA 94104<br>USA | SERVICES AGREEMENT RE: ONLINE RESERVATION SYSTEM RE: MINNETONKA, NASHVILLE, AND WAIKIKI DATED 4/18/2016 | $0.00 |
| PACIFIC OFFICE AUTOMATION | PO BOX 41602<br>PHILADELPHIA, PA 19101-1602<br>USA | DOCUMENT MANAGEMENT SOFTWARE AGREEMENT DATED 9/27/2017 | $6,952.91 |
| PAYCOM PAYROLL LLC | 7501 W MEMORIAL RD<br>OKLAHOMA CITY, OK 73142<br>USA | SERVICES AGREEMENT FOR PAYROLL DATED 8/31/2018 | $45.00 |
| PAYTRONIX SYSTEMS INC | 80 BRIDGE ST<br>NEWTON, MA 02458<br>USA | SERVICES AGREEMENT FOR OPERATIONS SOFTWARE DATED 7/1/2018 | $250.00 |

| COUNTERPARTY | ADDRESS | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST | CURE AMOUNT ($) |
|---|---|---|---|
| POSTMATES | 690 5TH STREET<br>SAN FRANCISCO, CA 94107<br>USA | FOOD DELIVERY AGREEMENT | $0.00 |
| R. A. LEVINE COMPANY | PO BOX 501<br>WEST HAVEN, CT 06516<br>USA | SERVICES AGREEMENT FOR R&M - HVAC  - STAMFORD, CT  DATED 7/1/2018 | $1,053.56 |
| RAS AL KHAIMAH HOSPITALITY GROUP (HAKAYA COLLECTION) LLC | ATTN: AL SEEF<br>KG RESTAURANTS LLC<br>PO BOX 73692<br>DUBAI<br>UAE | FRANCHISE AGREEMENT RE: UAE DATED 11/27/2017 | $0.00 |
| REPUTATION.COM, INC | ATTN: CHRIS SUNDERMEIER<br>1400A SEAPORT BLVD, STE #401<br>REDWOOD CITY, CA 94063<br>USA | SERVICES AGREEMENT FOR MANAGEMENT PLATFORM FOR SOCIAL MEDIA DATED 4/1/2018 | $1,288.00 |
| Research Data Group | 3450 3rd St.<br>#3-F<br>SAN FRANCISCO, CA 94124<br>USA | SERVICES AGREEMENT FOR SEC EDGAR AND XBRL SERVICES DATED 6/30/2015 | $968.67 |
| RESTAURANT REVOLUTION TECHNOLOGIES, INC. | ATTN: DAVID SCHOFIELD<br>1042 N EL CAMINO REAL ST STE 500<br>ENCINITAS, CA 92024<br>USA | SERVICES AGREEMENT FOR PROFEE - G&A -  CONSULT-SCOTTSDALE   DATED 12/22/2018 | $15,300.00 |
| TDN2K, LLC | 17304 PRESTON ROAD STE 430<br>DALLAS, TX 75252<br>USA | SERVICES AGREEMENT FOR PEOPLE REPORT - HR DATA TOOL DATED 5/30/2018 | $0.00 |

| COUNTERPARTY | ADDRESS | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST | CURE AMOUNT ($) |
|---|---|---|---|
| TEVORA BUSINESS SOLUTIONS INC. | ATTN: NAZY FOULADIRAD ONE SPECTRUM POINTE DR STE 200 LAKE FORREST, CA 92630 USA | SERVICES AGREEMENT AGREEMENT FOR AUDIT RE: PCI AUDITOR DATED 1/1/2019 | $19,814.95 |
| THOMAS & THORNGREN INC. | 1 VANTAGE WAY STE A-105 NASHVILLE, TN 37228 USA | SERVICES AGREEMENT FOR UNEMPLOYMENT COST CONTROL DATED 7/3/2018 | $1,000.00 |
| TRAITIFY | 101 NORTH HAVEN ST, STE 203 BALTIMORE, MD 21224 USA | SERVICES AGREEMENT FOR 60,000 PERSONALITY ASSESSMENTS  DATED 10/15/2017 | $0.00 |
| TRANE U.S. INC. | ATTN: CHANCE BROFFIT 10300 SPRINGFIELD PIKE CINCINNATI, OH 75215-1118 USA | SERVICES AGREEMENT FOR REPAIR SERVICE RE: HVAC REPAIR SERVICE - CINCINNATI DATED 6/1/2018 | $8,487.91 |
| TSYS | ONE TYSYS WAY COLUMBUS, GA 31901 USA | SERVICES AGREEMENT | $0.00 |
| TYCO | ATTN: JOSH KRIER 2588 FIRE MESA AVE STE 140 LAS VEGAS, NV 89128 USA | SECURTIY EQUIPMENT AND ALARM MONITORING AGREEMENT | $2,723.31 |
| UBER EATS | PORTIER LLC ATTN: LEGAL, ELIZABETH MEYERDIRK 160 GREENTREE DRIVE, SUITE 101 DOVER, DE 19904 USA | FOOD DELIVERY AGREEMENT DATED 5/30/2017 | $0.00 |

| COUNTERPARTY | ADDRESS | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST | CURE AMOUNT ($) |
|---|---|---|---|
| VALLEY CITY LINEN | 10 DIAMOND AVE SE<br>GRAND RAPIDS, MI 49506<br>USA | UNIFORM AND GARMENT RENTAL SERVICE AGREEMENT [●] | $7,239.37 |
| VASEY COMMERCIAL HEATING & AIR CONDITIONING, INC. | ATTN: PAUL OGLE<br>10830 ANDRADE DRIVE<br>ZIONSVILLE, IN 46077<br>USA | HVAC MAINTENANCE AGREEMENT RE: CARMEL DATED 8/1/2018 | $9,245.56 |
| VINCENTBENJAMIN GROUP LLC | 2415 E CAMELBACK RD STE 1000<br>PHOENIX, AZ 85016<br>USA | SERVICES AGREEMENT FOR TEMPORARY EMPLOYMENT AGENCY RE: STORE NO. 000 - CORPORATE OFFICE | $2,659.45 |
| VURIA LLC | ATTN: HEIDE R<br>8151 E EVANS RD, STE. 2<br>SCOTTSDALE, AZ 85260<br>USA | SERVICES AGREEMENT FOR WEBSITE HOSTING FOR WWW.KONAGRILL.COM | $299.75 |
| WEST LLC | WEST CORPORATION<br>PO BOX 74007143<br>CHICAGO, IL 60674-7143<br>USA | SERVICES AGREEMENT FOR WEBHOSTING OF INVESTOR RELATIONS WEBSITE, PRESS RELEASE DISTRIBUTION | $5,812.63 |
| WINDSTREAM (PAETEC) | PO BOX 9001013<br>LOUISVILLE, KY 40290-1013<br>USA | SERVICES AGREEMENT FOR IT | $82,435.72 |
| WISETAIL (CRAFT HUB) | 212 S WALLACE, STE B2<br>BOZEMAN, MT 59715<br>USA | SERVICES AGREEMENT FOR E-LEARNING PLATFORM DATED 7/28/2018 | $0.00 |

**EXHIBIT B**

(Designated Leases)

# Exhibit B

| Store Identification | Counterparty to Lease | Address of Counterparty | Cure Amount |
|---|---|---|---|
| STORE NO. 107 - OMAHA NE | 168TH & DODGE L.P. | ATTN: ALICIA PETERS, 168TH AND DODGE LP C/O RED DEVELOPMENT ATTN  LEASE ADMINISTRATION ONE E WASHINGTON ST, STE 300 PHOENIX, AZ 85004 USA | $36,990.17 |
| STORE NO. 127 - BALTIMORE MD | BANYAN STREET/GAP 1 EAST PRATT HOLDINGS, LLC | C/O BANYAN STREET CAPITAL, LLC 80 SW 8TH ST, SUITE 2200 MIAMI, FL 33130 USA | $92,107.86 |
| STORE NO. 105 -  BOCA PARK | BEAR STRNS COM MG SEC INC MG PT CT SERIES 2005-PWR7 REMIC I | ATTN: ANGELINA SCARCELLI C/O COLLIERS INTERNATIONAL 3960 HOWARD HUGHES PKWY, STE 150 LAS VEGAS, NV 89169 USA | $132,729.57 |
| STORE NO. 108 - CARMEL | CLAY TERRACE PARTNERS LLC | C/O WP GLIMCHER INC. 180 EAST BROAD STREET ATTN PROPERTY MANAGEMENT COLUMBUS, OH 43215 USA | $37,733.88 |
| STORE NO. 103 - KANSAS CITY | COUNTRY CLUB PLAZA JV LLC | ATTN: MICHELE WALTON C/O THE TAUBMAN COMPANY LLC 200 EAST LONG LAKE RD, STE 300 DETROIT, MI 48267-1895 USA | $136,679.61 |

| Store Identification | Counterparty to Lease | Address of Counterparty | Cure Amount |
|---|---|---|---|
| STORE NO. 133 - COLUMBUS OH | EASTON TOWN CENTER II, LLC | C/O STEINER + ASSOCIATES<br>4016 TOWNSFAIR WAY, SUITE 201<br>ATTN LEASE ADMINISTRATION, SHARON KONDRACKI<br>COLUMBUS, OH 43219<br>USA | $6,093.65 |
| STORE NO. 148 - HUNTSVILLE AL | INSTITUTIONAL MALL INVESTORS LLC DBA IMI HUNTSVILLE LLC | C/O MILLER CAPITAL ADVISORY INC<br>5750 OLD ORCHARD RD, STE 400<br>ATTN STACY S. ANDERSON, RYAN GINTY<br>SKOKIE, IL 60077<br>USA | $62,544.36 |
| STORE NO. 110 - SAN ANTONIO LA CANTERRA TX | LA CANTERA RETAIL LIMITED PARTNERSHIP | THE SHOPS AT LA CANTERA<br>350 N ORLEANS ST, STE 300<br>ATTN LAW/LEASE ADMINISTRATION DEPT<br>CHICAGO, IL 60654-1607<br>USA | $0.00 |
| STORE NO. 141 - CINCINNATI OH | LIBERTY CENTER LLC | C/O APOLLO COMMERCIAL REAL ESTATE FINANCE INC<br>ATTN RACHEL HUNTER, DAYMON WARD<br>9 W 57TH ST<br>NEW YORK, NY 10019<br>USA | $46,595.78 |
| STORE NO. 149 - WINTER PARK FL | LUXE WINTER PARK, LLC DBA LAKESIDE CROSSING WP, LLC | 7940 VIA DELLAGIO WAY, STE 200<br><br>ORLANDO, FL 32819<br>USA | $0.00 |
| STORE NO. 117 - TROY | MAMTA HOLDINGS, LLC | 3270 W BIG BEAVER RD<br><br>TROY, MI 48084<br>USA | $0.00 |

| Store Identification | Counterparty to Lease | Address of Counterparty | Cure Amount |
|---|---|---|---|
| STORE NO. 129 - BOISE ID | MERIDIAN CENTERCAL, LLC | C/O CENTERCAL PROPERTIES LLC<br>1600 E FRANKLIN AVE<br>ATTN JEAN PAUL WARDY, HUGH CRAWFORD<br>EL SEGUNDO, CA 90245<br>USA | $33,225.61 |
| STORE NO. 128 - TAMPA FL | METROPOLITAN LIFE INSURANCE DBA METWEST RETAIL | C/O TAYOR & MATHIS OF FL<br>4010 BOY SCOUT BLVD, STE 160<br>ATTN PROPERTY MANAGER, JENNIGER HATCHETT<br>TAMPA, FL 33607<br>USA | $53,312.88 |
| STORE NO. 111 - DALLAS | NORTH PARK MERCHANTS ASSOC. | PO BOX 612083<br><br>DALLAS, TX 75261-2083<br>USA | $0.00 |
| STORE NO. 111 - DALLAS | NORTHPARK PARTNERS, LP | ATTN: GLEN JONES<br>8080 NORTH CENTRAL EXPWY STE 1100<br>ATTN LEGAL DEPT<br>DALLAS, TX 75206<br>USA | $4,787.02 |
| STORE NO. 143 - SAN ANTONIO NORTH STAR TX | NSMJV, LLC DBA NORTH STAR MALL | C/O BRENDA CRAWFORD, NORT STAR MALL<br>110 N WACKER DR<br>ATTN LAW/LEASE ADMINISTRATION<br>CHICAGO, IL 60606<br>USA | $0.00 |
| STORE NO. 136 - SAN JUAN PR | PLAZA INTERNACIONAL PUERTO RICO LLC | ATTN: MICHELE WALTON TAUBMAN<br>200 EAST LONG LAKE RD, STE 300<br>DETROIT, MI 48267-1895<br>USA | $70,489.64 |

| Store Identification | Counterparty to Lease | Address of Counterparty | Cure Amount |
|---|---|---|---|
| STORE NO. 134 - ALPHARETTA GA | PRISA LHC LLC DBA PR AVALON PHASE I OWNER, LLC | ATTN: PETER HARTMAN HARTMON SIMONS & WOOD LLP 6400 POWERS FERRY RD NW STE 400 ATLANTA, GA 30339 USA | $33,722.19 |
| STORE NO. 145 - MINNETONKA MN | RIDGEDALE CENTER | C/O RIDGEDALE CENTER LLC 110 N WACKER DR ATTN LEASE ADMINISTRATION, GINNY LUNDSFORD CHICAGO, IL 60606 USA | $55,652.46 |
| STORE NO. 114 - OAK BROOK IL | RPAI OAK BROOK PROMENADE I, LLC. | C/O NAI HIFFMAN, MELODY DIENER ONE OAKBROOK TERRACE, STE 600 ATTN LEGAL DEPT OAKBROOK TERRACE, IL 60181 USA | $0.00 |
| STORE NO. 101 - SCOTTSDALE FASHION SQUARE | SCOTTSDALE FASHION SQUARE | 7014 - 590 CAMELBACK RD ATTN: GUY MERCURIO MANAGEMENT OFFICE SCOTTSDALE, AZ 85251 USA | $8,863.41 |
| STORE NO. 154 - SCOTTSDALE QUARTER AZ | SCOTTSDALE QUARTER REIT I,LLC DBA SDQ III RETAIL, LLC | ATTN: JOSHUA LINDIMORE 180 E BROAD ST 21ST FL COLUMBUS, OH 43215 USA | $131,192.20 |
| STORE NO. 154 - SCOTTSDALE QUARTER AZ | SCOTTSDALE QUARTER REIT II, LLC DBA SDQ III FEE, LLC | ATTN: JOSHUA LINDIMORE 180 E BROAD ST 21ST FL COLUMBUS, OH 43215 USA | $417.92 |

| Store Identification | Counterparty to Lease | Address of Counterparty | Cure Amount |
|---|---|---|---|
| STORE NO. 000 - CORPORATE OFFICE | SCOTTSDALE QUARTER REIT II, LLC DBA SED FEE, LLC | ATTN: JOSHUA LINDIMORE 180 E BROAD ST 21ST FL COLUMBUS, OH 43260-3707 USA | $195,046.60 |
| OLD CORPORATE OFFICE LEASE | SFS PARTNERSHIP | SCOTTSDALE FASHION OFFICE LLC - 11411 N TATUM BLVD ATTN L PROPERTY MANAGER PHOENIX, AZ 85028 USA | $1,000.00 |
| STORE NO. 106 - DENVER CO | TAUBMAN CHERRY CREEK LP | ATTN: MICHELE WALTON TAUBMAN 200 EAST LONG LAKE RD, STE 300 DETROIT, MI 48267-1895 USA | $178,894.96 |
| STORE NO. 135 - SARASOTA FL | TB MALL AT UTC, LLC | ATTN: MICHELE WALTON TAUBMAN 200 EAST LONG LAKE RD, STE 300 DETROIT, MI 48267-1895 USA | $121,392.50 |
| STORE NO. 132 - EL PASO TX | THE FOUNTAINS AT FARAH LP | ATTN: WEST MILLER C/O CENTERGY RETAIL LLC 8235 DOUGLAS AVE, STE 900 EL PASO, TX 75225 USA | $27,150.31 |
| STORE NO. 138 - PLANO TX | WEST PLANO VILLAGE, LTD. | C/O CENCOR REALTY SERVICES INC. ATTN GENERAL COUNSEL, DAVID PALMER 3102 MAPLE AVENUE, SUITE 500 DALLAS, TX 75201 USA | $0.00 |

| Store Identification | Counterparty to Lease | Address of Counterparty | Cure Amount |
|---|---|---|---|
| STORE NO. 120 - GILBERT | WESTCOR SANTAN HOLDINGS, LLC | WESTCOR SANTAN VILLAGE LLC<br>14111 N TATUM BLVD<br>ATTN CENTER MANAGER, GUY MERCURIO<br>PHOENIX, AZ 85028<br>USA | $0.00 |
| STORE NO. 122 - EDEN PRARIE MN | WINDSOR PLAZA, LLC | ATTN: DONNA BECKER<br>12300 SINGLETREE LANE, STE 200<br>ATTN  LEASE ADMINISTRATION<br>EDEN PRAIRIE, MN 55344<br>USA | $0.00 |
| STORE NO. 126 - WOODBRIDGE | WOODBRIDGE RESTAURANT URBAN RENEWAL | ATTN: JASON CHENG<br>2035 ROUTE 27<br>SUITE 2150<br>EDISON, NJ 08817<br>USA | $20,250.00 |