# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KONA GRILL, INC., *et al.*,[1] | Case No. 19-10953 (CSS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF JAMES H. BILLINGSLEY

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") and the attached certification, counsel moves for the admission *pro hac vice* of James H. Billingsley of Polsinelli PC 2950 N Harwood, Suite 2100, Dallas, Texas 75201 to represent NorthPark Partners, LP, in the above-captioned proceedings and in any related adversary proceedings.

Dated: July 1, 2019  
       Wilmington, Delaware

*/s/ Brenna A. Dolphin*  
Brenna A. Dolphin (DE Bar No. 5604)  
POLSINELLI PC  
222 Delaware Ave, Suite 1101  
Wilmington, Delaware 19801  
Telephone: (302) 252-9020  
Facsimile: (302) 252-0921

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Kona Grill, Inc. (6690); Kona Restaurant Holdings, Inc. (6703); Kona Sushi, Inc. (4253); Kona Macadamia, Inc. (2438); Kona Texas Restaurants, Inc. (4089); Kona Grill International Holdings, Inc. (1841); Kona Baltimore, Inc. (9163); Kona Grill International, Inc. (7911); and Kona Grill Puerto Rico, Inc. (7641). The headquarters and service address for the above-captioned Debtors is 15059 North Scottsdale Road, Suite 300, Scottsdale, Arizona, 85254.

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and am admitted to practice before the United States Court of Appeals for the Fifth Circuit, the United States District Court for the Eastern District of Michigan, the United States District Court for the Eastern District of Texas, the United States District Court for the Northern District of Texas, the United States District Court for the Southern District of Texas, and the United States District Court for the Western District of Texas, and I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Dated: July 1, 2019

    */s/ James H. Billingsley*
    James H. Billingsley
    Polsinelli PC
    2950 N Harwood, Suite 2100
    Dallas, Texas 75201
    Telephone: (214) 397-0030
    Facsimile: (214) 397-0033
    Email: jbillingsley@polsinelli.com

### ORDER GRANTING MOTION

      IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.

Dated: July 3rd, 2019
Wilmington, Delaware

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

69228322.1