# SIGN-IN SHEET

**CASE NAME:** Kona Grill
**CASE NO:** (CSS) 19-10953
**COURTROOM LOCATION:** 6
**DATE:** 7/25/19 at 3:00 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Justin Alberto | Bayard | Committee |
| Gregory Flasser | Bayard | Committee |
| Lauren Schlusser | Kelley Drye | Committee |
| Mary Cowan | Buchanan Ingersoll | KeyBank, as DIP Agent |
| Brenna A. Dolphin | Polsinelli | North Park |
| Susan Kaufman | Law Office of Susan Kaufman | Taubman Landlords + Washington Prime |
| Andrew Conway | Taubman | Taubman |
| Leslie Heilman | Ballard Spahr LLP | Untreal Properties, PGIM Real Estate |
| | | The Macerich Company |
| | | Weitzman |
| Zachary Goes | First River TRG | Wainbright River Group |
| Linda Casey | UST | UST |
| Matthew Austria | Austria Legal LLC | Williston Holding Company, Inc |
| Phillip Rahl | Gray Plant Mooty | Williston Holding Company, Inc |
| James O'Neill | PSZJ | DuPont |
| Ira Kharasch | " | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**Calendar Date:** 07/25/2019
**Calendar Time:** 02:00 PM ET

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi

#6

2nd Revision  Jul 25 2019  9:02AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Kona Grill, Inc. | 19-10953 | Hearing | 9942662 | Jason Adams | (212) 808-5056 ext. | Kelley Drye & Warren LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Kona Grill, Inc. | 19-10953 | Hearing | 9937131 | Carol Cabello | (310) 259-8342 ext. | Province Firm | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Kona Grill, Inc. | 19-10953 | Hearing | 9942958 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Kona Grill, Inc. | 19-10953 | Hearing | 9942648 | Steve Ifeduba | (212) 479-6104 ext. | WPG Limcher | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Kona Grill, Inc. | 19-10953 | Hearing | 9941233 | Quinn Kelly | (801) 297-5863 ext. | KeyBank N.A. | Creditor, Keybank / LISTEN ONLY |
| | | Kona Grill, Inc. | 19-10953 | Hearing | 9828158 | Michelle E. Shriro | (972) 380-5533 ext. | Singer & Levick, PC | Creditor, Red Development / LISTEN ONLY |
| | | Kona Grill, Inc. | 19-10953 | Hearing | 9938162 | Michael S. Tucker | (216) 583-7120 ext. | Ulmer & Berne LLP | Creditor, Steiner / LISTEN ONLY |
| | | Kona Grill, Inc. | 19-10953 | Hearing | 9942553 | Adam J. Webb | (513) 651-6842 ext. | Frost Brown Todd LLC | Creditor, Washington Prime Group / LISTEN ONLY |
| | | Kona Grill, Inc. | 19-10953 | Hearing | 9943949 | Christopher Wells | (602) 459-7000 ext. | Alvarez & Marsal | Debtor, Kona Grill, Inc. / LIVE |

Raymond Reyes ext. 881

CourtConfCal2009