# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KONA GRILL, INC., et al.,[1] | ) | Case No.: 19-10953 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | | Relates to Docket Nos. 15, 47 and 165 |

### STIPULATION AMONG DEBTORS AND KEYBANK NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT, EXTENDING THE MATURITY DATE AND CERTAIN MILESTONES UNDER THE FINAL DIP ORDER

Kona Grill, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") and KeyBank National Association, as Administrative Agent ("**KeyBank**") and the Debtors together with KeyBank, the "**Parties**", hereby stipulate and agree (the "**Stipulation**") as follows in accordance with the following facts and recitals:

### RECITALS

A.  On April 30, 2019 (the "**Petition Date**"), the Debtors commenced the above-captioned cases ("**Cases**") by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Debtors have continued in the possession of their property and have continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include:  Kona Grill, Inc. (6690); Kona Restaurant Holdings, Inc. (6703); Kona Sushi, Inc. (4253); Kona Macadamia, Inc. (2438); Kona Texas Restaurants, Inc. (4089); Kona Grill International Holdings, Inc. (1841); Kona Baltimore, Inc. (9163); Kona Grill International, Inc. (7911); and Kona Grill Puerto Rico, Inc. (7641).  The headquarters and service address for the above-captioned Debtors is 15059 North Scottsdale Road, Suite 300, Scottsdale, Arizona 85254.

B.  On May 16, 2019, the Office of the United States Trustee ("**UST**") appointed an Official Committee of Unsecured Creditors (the "**Committee**") in the Cases [Docket No. 98].

C.  On May 1, 2019, the Debtors filed a motion [Docket No. 15] seeking approval of postpetition financing and use of cash collateral (the "**DIP Motion**") and subsequently the Court entered an interim order [Docket No. 47] and a final order [Docket No. 165] approving the DIP Motion (the "**Final DIP Order**").  The Final DIP Order required that the Debtors close a sale of substantially all of their assets on or before August 9, 2019 and further provided that failure to close without a waiver by the Lenders would constitute an event of default under the terms of the financing facility governed by the Final DIP Order (the "**DIP Financing**").

D.  On May 14, 2019, the Debtors filed a sale and sale procedures motion [Docket No. 93] (the "**Sale and Bid Procedures Motion**") seeking approval of, among other things, entry of an order approving the Sale and Bid Procedure Motion and also the Debtors' entry into that certain stalking horse Asset Purchase Agreement (the "**APA**") with Williston Holding Company, Inc. ("**WHC**").  Pursuant to the APA, the Debtors agreed to sell and WHC agreed to purchase, substantially all of the Debtors' assets as set forth under the APA.  On May 29, 2019, the Court entered an order [Docket No. 170] (the "**Bid Procedures Order**"), which approved the Sale and Bid Procedures Motion.

E.  Under the Bid Procedures Order, July 15, 2019 was set as the deadline for parties in interest to object to the APA and July 18, 2019 was set as the deadline for parties to submit competing overbids to the APA (the "**Bid Deadline**").  All objections to the sale and the APA were resolved or overruled and there were no competing overbids submitted by the Bid

Deadline.. Subsequently, the Court entered an order [Docket No. 305] (the "**Sale Order**") approving the sale and the APA. Pursuant to Section 3.1 of the APA, WHC agreed to consummate and close the contemplated transaction under the APA no later than July 31, 2019.

F. On July 29, 2019, WHC's counsel informed the Debtors' counsel in writing that WHC would not be able to close and consummate the sale under the APA by July 31, 2019. On August 1, 2019, and after consultation with KeyBank, the Debtors terminated the APA by written notice pursuant to Section 14.3(e) of the APA (the "**Termination Notice**") on account of WHC's failure to close and consummate the sale under the APA. The Termination Notice included a reservation of all of the Debtors' rights and remedies against WHC arising from its breach of the APA.

G. For the purpose of preserving the value and continued operation of the Debtors' businesses, the Debtors and the DIP Lenders (as defined in the Final DIP Order) believe it is in the best interest of the Debtors' estates to: (1) extend the maturity date under the Final DIP Order and other milestones that will not be satisfied as a result of WHC's breach of the APA and (2) permit the Debtors' continued use of cash collateral pursuant to a revised budget (the "**Revised Budget**"), which will permit the Debtors to continue operating their businesses through the earlier of (i) Court approval of a new asset purchase agreement with WHC or another buyer on terms that are acceptable to the Debtors and KeyBank or (ii) September 13, 2019.

H. For the avoidance of doubt, by this Stipulation, the Debtors are not seeking to borrow more than what was previously authorized by the Court under the Final DIP Order. Instead, the Debtors are seeking to borrow and use cash collateral under the existing terms of the DIP Financing in accordance with the Revised Budget.

I. A copy of this Stipulation has been provided to the Committee and the UST. Neither party objects to the requested relief herein.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that in consideration of the mutual promises contained in this Stipulation, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, each of the Parties intend to be legally bound by this Stipulation as follows:

1. The Recitals set forth above are hereby incorporated in full and made a part of this Stipulation.

2. The Debtors' authority to use the DIP Lenders' cash collateral and borrow under the terms of the Final DIP Order shall be extended through the earlier of (a) the Court's approval of an asset purchase agreement with WHC or another purchase on terms that are acceptable to the Debtors and the Lenders and (b) September 13, 2019.

3. The Debtors are authorized to borrow funds and use cash collateral pursuant to the Final DIP Order in accordance with the Revised Budget. A copy of the Revised Budget is annexed hereto as **Exhibit A**.

4. Except as expressly amended herein, the terms of the Final DIP Order shall remain unchanged and in full force and effect. If there is any conflicting provisions between the Final DIP Order and this Stipulation, the terms of this Stipulation shall govern.

5. This Stipulation is and shall be binding upon and inure to the benefit of the Parties hereto and their assignees and successors in interest.

6. Each of the Parties to this Stipulation warrants and represents that the facts set forth herein are true and correct and that it has the power and authority to execute, deliver,

and perform the respective obligations under this Stipulation, which is subject to Court approval pursuant to paragraph 19 of the Final DIP Order.

7. This Stipulation contains the entire agreement among the Parties relating to the subject matter hereof and can only be amended or otherwise modified by a signed writing executed by the Parties. The Parties may make non-material modifications of the Stipulation without further authorization from the Court subject to the same terms and conditions of Paragraph 19 of the Final DIP Order.

8. This Stipulation may be executed in multiple counterparts, any of which may be transmitted by facsimile or electronic (e-mail) transmission, and each of which shall be deemed an original, but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation to present any copy, copies, or facsimiles signed by the parties hereto to be charged. This Stipulation shall be governed by Delaware law without giving effect to its choice of law provisions. The Parties agree and consent that venue over any dispute arising under, in connection with or this Stipulation shall be exclusively in the Bankruptcy Court, which may enter a final order in connection therewith.

| BUCHANAN INGERSOLL & ROONEY PC | PACHULSKI STANG ZIEHL & JONES LLP |
|---|---|
| /s/ Mary F. Caloway | */s/ James E. O'Neill* |
| Mary F. Caloway (DE Bar No. 3059) | Jeremy V. Richards (CA Bar No. 102300) |
| 919 North Market Street | James E. O'Neill (DE Bar No. 4042) |
| Suite 990 | John W. Lucas (CA Bar No. 271038) |
| Wilmington, DE 19801-1054 | 919 N. Market Street, 17th Floor |
| 302 552 4209 (o) | Wilmington, DE 91899 |
| 302 552 4295 (f) | Tel: (302) 652-4100 |
| E-mail:   mary.caloway@bipc.com | Fax: (302) 652-4400 |
| | E-mail:   jrichards@pszjlaw.com |
| Attorneys for KeyBank | joneill@pszjlaw.com |
| | jlucas@pszjlaw.com |
| | Attorneys for Debtors and Debtors in Possession |

5

# **EXHIBIT A**

**(Revised Budget)**

**Kona Grill Restaurants**
DIP Budget
As of 08/02/19

| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | |
|---|---|---|---|---|---|---|---|---|
| | *Actual* | *Chapter 11* | *Chapter 11* | *Chapter 11* | *Chapter 11* | *Chapter 11* | *Chapter 11* | |
| **Projected Week (FY week)** | 30 | 31 | 32 | 33 | 34 | 35 | 36 | **Total** |
| **Week Ending** | 8/2/2019 | 8/9/2019 | 8/16/2019 | 8/23/2019 | 8/30/2019 | 9/6/2019 | 9/13/2019 | **Forecast** |
| **Total Cash Receipts from Operations** | $2,231,751 | $1,971,423 | $1,982,800 | $1,982,800 | $1,982,800 | $1,793,963 | $1,907,332 | 11,621,118 |
| F&B | 513,399 | 642,783 | 762,783 | 642,783 | 642,783 | 599,182 | 744,211 | 4,034,524 |
| Utilities | 20,011 | 66,910 | 66,910 | 115,572 | 48,754 | 59,588 | 59,588 | 417,322 |
| A/P Others | 320,465 | 148,121 | 148,121 | 148,121 | 148,121 | 327,406 | 148,605 | 1,068,496 |
| Wages / Bonus / PR Taxes | 814,867 | 944,129 | 707,701 | 870,365 | 699,986 | 880,359 | 678,486 | 4,781,027 |
| Rent | 910,768 | - | - | - | 940,816 | - | - | 940,816 |
| Sales Taxes | 116,427 | 20,320 | 20,320 | 568,953 | 203,198 | - | 18,714 | 831,504 |
| Insurance | 106,498 | 39,465 | - | 10,306 | 89,118 | 85,737 | 36,455 | 261,082 |
| Other | - | 32,000 | - | - | - | 31,975 | - | 63,975 |
| **Cash Disbursements from Operations** | 2,802,434 | 1,893,728 | 1,705,835 | 2,356,101 | 2,772,775 | 1,984,247 | 1,686,059 | 12,398,745 |
| **Operating Net Cash Flow** | ($570,683) | $77,695 | $276,965 | ($373,300) | ($789,975) | ($190,284) | $221,272 | (777,627) |
| **Chapter 11 Related Cash Flows** | | | | | | | | |
| Ch.11 Debtor Professionals (1) (2) | 435,989 | 306,862 | 306,862 | 306,862 | 306,862 | 306,862 | 306,862 | 1,841,173 |
| Ch.11 Sec. Lender Professionals (2) | 102,552 | 38,307 | 38,307 | 38,307 | 38,307 | 38,307 | 38,307 | 229,844 |
| Ch.11 UCC Professionals (2) | - | 155,833 | 155,833 | 155,833 | 155,833 | 155,833 | 155,833 | 935,000 |
| Utility Deposits into Escrow | - | - | - | - | - | - | - | - |
| Court Filing Fee/ US Trustee Fees | - | - | - | - | - | - | - | - |
| KERP/Retention Bonus | - | - | - | - | - | - | 157,169 | 157,169 |
| DIP Fees / Interest / Principal | 37,307 | - | - | - | - | 29,301 | - | 29,301 |
| **Total Chapter 11 Impact** | 575,848 | 501,003 | 501,003 | 501,003 | 501,003 | 530,304 | 658,172 | 3,192,487 |
| **Chapter 11: Net Cash Flows** | ($1,146,532) | ($423,308) | ($224,038) | ($874,303) | ($1,290,978) | ($720,588) | ($436,900) | ($3,970,114) |
| **Beginning Cash Balance (3)** | 7,218,304 | 6,071,773 | 5,648,465 | 5,424,427 | 4,550,124 | 3,259,146 | 2,538,558 | 6,071,773 |
| Change in Cash | (1,146,532) | (423,308) | (224,038) | (874,303) | (1,290,978) | (720,588) | (436,900) | (3,970,114) |
| Actuals Adjustment | - | - | - | - | - | - | - | - |
| Draw/(Repayment) | - | - | - | - | - | - | - | - |
| **Ending Cash Balance** | $6,071,773 | $5,648,465 | $5,424,427 | $4,550,124 | $3,259,146 | $2,538,558 | $2,101,659 | $2,101,659 |
| **Beginning DIP Balance** | 2,500,000 | 2,500,000 | 2,500,000 | 2,500,000 | 2,500,000 | 2,500,000 | 2,500,000 | 2,500,000 |
| Draw/(Repayment) | - | - | - | - | - | - | - | - |
| **Ending DIP Balance** | $2,500,000 | $2,500,000 | $2,500,000 | $2,500,000 | $2,500,000 | $2,500,000 | $2,500,000 | $2,500,000 |

**Notes:**
(1) Excludes all transaction fees
(2) Includes accrued and unpaid professional fees through 08/02/19
(3) Estimated; Adjusted for actuals as of 06/30/19