**<u>Exhibit A</u>**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KONA GRILL, INC., et al.,[1] | ) | Case No.: 19-10953 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Ref. Docket No. ___ |

**ORDER GRANTING MOTION TO SHORTEN NOTICE PERIOD AND SCHEDULE EXPEDITED HEARING ON MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE EXTENDING THE TIME WITHIN WHICH THE DEBTOR MUST ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

Upon consideration of the motion (the "Motion to Shorten")[2] for entry of an order shortening the notice period and scheduling an expedited hearing on the *Motion for Entry of an Order Pursuant to Section 365(D)(4) of The Bankruptcy Code Extending the Time within which the Debtor Must Assume or Reject Unexpired Leases of Nonresidential Real Property* (the "Motion") filed by the above captioned Debtors and Debtors in Possession (the "Debtors"); and the Court having determined after due deliberation that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and the Court finding that (a) the Court has jurisdiction for a hearing pursuant to 28 U.S.C. §§ 157 and 1334, (b) the Motion to Shorten is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) venue is proper pursuant

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Kona Grill, Inc. (6690); Kona Restaurant Holdings, Inc. (6703); Kona Sushi, Inc. (4253); Kona Macadamia, Inc. (2438); Kona Texas Restaurants, Inc. (4089); Kona Grill International Holdings, Inc. (1841); Kona Baltimore, Inc. (9163); Kona Grill International, Inc. (7911); and Kona Grill Puerto Rico, Inc. (7641). The headquarters and service address for the above-captioned Debtors is 15059 North Scottsdale Road, Suite 300, Scottsdale, Arizona 85254.

[2] Capitalized terms not defined herein shall have the meanings attributed in the Motion to Shorten or the Motion, as applicable.

DOCS_DE:224975.1

to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion to Shorten being adequate and sufficient; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED as set forth herein.

2. A hearing to consider the relief requested in the Motion shall be held on August \_\_\_\_, 2019, at _____ \_\_.m. (prevailing Eastern time).

3. The deadline to respond or object to the relief requested in the Motion is August \_\_\_\_, 2019, at _____ \_\_.m. (prevailing Eastern time).

4. This Order shall be effective immediately upon entry and any stay or 14-day notice or waiting period is hereby waived.

5. Tenet and Conifer may take any actions necessary to enforce the terms of this Order.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and enforcement of this Order.