IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KONA GRILL, INC., et al.,[1] | ) | Case No.: 19-10953 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON AUGUST 22, 2019 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801[2]**

**MATTER GOING FORWARD:**

1. Motion for Entry of an Order Pursuant to Section 365(d)(4) of The Bankruptcy Code Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed: 8/15/19] (Docket No. 337)

   Response Deadline: August 22, 2019, at 10:00 a.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Related Documents:

   a. [Proposed] Order Pursuant to Section 365(d)(4) of The Bankruptcy Code Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed: 8/15/19] (Docket No. 337, Exhibit A)

   b. [Signed] Order Granting Motion to Shorten Notice Period and Schedule Expedited Hearing on Motion for Entry of an Order Pursuant to Section 365(d)(4)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Kona Grill, Inc. (6690); Kona Restaurant Holdings, Inc. (6703); Kona Sushi, Inc. (4253); Kona Macadamia, Inc. (2438); Kona Texas Restaurants, Inc. (4089); Kona Grill International Holdings, Inc. (1841); Kona Baltimore, Inc. (9163); Kona Grill International, Inc. (7911); and Kona Grill Puerto Rico, Inc. (7641). The headquarters and service address for the above-captioned Debtors is 15059 North Scottsdale Road, Suite 300, Scottsdale, Arizona 85254.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

of the Bankruptcy Code Extending the Time Within Which the Debtors Must Assume or Reject Leases of Nonresidential Real Property [Filed: 8/15/19] (Docket No. 339)

c. Notice of Hearing on Pursuant to Section 365(d)(4) of The Bankruptcy Code Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed: 8/15/19] (Docket No. 340)

Status: This matter will go forward.

Dated: August 20, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Jeremy V. Richards (CA Bar No. 102300)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:jrichards@pszjlaw.com
joneill@pszjlaw.com
jlucas@pszjlaw.com

*Attorneys for Debtors and Debtors in Possession*