**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Kona Grill, Inc., *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 19-10953 (CSS)<br>(Jointly Administered)<br><br>**Re: D.I. 324** |

**CERTIFICATE OF NO OBJECTION REGARDING FIRST INTERIM FEE APPLICATION OF KELLEY DRYE & WARREN LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS LEAD COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF KONA GRILL, INC., *ET AL*. FOR THE PERIOD FROM MAY 16, 2019 THROUGH AND INCLUDING JUNE 30, 2019**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the **First Interim Fee Application of Kelley Drye & Warren LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors of Kona Grill, Inc., *et al*. for the Period from May 16, 2019 Through and Including June 30, 2019** [D.I. 324] (the "**Application**"), filed on August 7, 2019. The undersigned further certifies, after reviewing the Court's docket in these cases, that no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than August 28, 2019 at 4:00 p.m. (ET).

---

[1] The Debtors in these cases are: Kona Grill, Inc.; Kona Restaurant Holdings, Inc.; Kona Sushi, Inc.; Kona Macademia, Inc.; Kona Texas Restaurants, Inc.; Kona Grill International Holdings, Inc.; Kona Baltimore, Inc.; Kona Grill International, Inc.; and Kona Grill Puerto Rico, Inc.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 161], the Debtors are authorized to pay one hundred percent (100%) of the fees (including any holdbacks) and one hundred percent (100%) of the expenses requested in the Application upon the entry of an order approving the Application.

Dated: August 29, 2019
      Wilmington, Delaware

BAYARD, P.A.

*/s/ Gregory J. Flasser*
Justin R. Alberto (No. 5126)
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: jalberto@bayardlaw.com
      efay@bayardlaw.com
      gflasser@bayardlaw.com

-and-

KELLEY DRYE & WARREN LLP
James R. Carr
Jason R. Adams
101 Park Avenue, 27th Floor
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
Email: jcarr@kelleydrye.com
      jadams@kelleydrye.com

*Co-Counsel for the Official Committee of Unsecured Creditors*