# EXHIBIT A

(Designated Contracts)

# Exhibit A

| COUNTERPARTY | ADDRESS | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST | CURE AMOUNT ($) |
|---|---|---|---|
| 2416000 ONTARIO LIMITED (TORONTO FRANCHISEE) | ATTN: VIC DE ZEN<br>100 ZENWAY BLVD<br>VAUGHN, ONT L4H2Y7 CANADA | FRANCHISE AGREEMENT RE: CANADA DATED 4/11/2017 | $0.00 |
| BIGART-ECOSYSTEMS LLC DBA WISETAIL | BIGART - ECOSYSTEMS, LLC<br>5301 RIATA PARK CT F<br>AUSTIN, TX 78727 USA | SERVICES AGREEMENT FOR SOFTWARE DATED 4/29/2019 | $3,160.00 |
| CASHSTAR INC. | CASHSTAR INC.<br>25 PEARL ST 2ND FLOOR<br>PORTLAND, ME 04101 USA | SERVICES AGREEMENT DATED 9/26/2015 | $0.00 |
| CHINA MIST | 7435 E. TIERRA BUENA LANE<br>SCOTTSDALE, AZ 85260 USA | SERVICES AGREEMENT FOR COGS FOOD BEVERAGE-TROY DATED 12/31/2018 | $3,099.48 |
| CLOUDIT | ATTN: KYLE GROVE<br>920 E MADISON ST<br>PHOENIX, AZ 85034 USA | NETWORK AND HELP DESK SERVICES DATED 4/15/2019 | $0.00 |
| COMCAST | PO BOX 660618<br>DALLAS, TX 75266-0618 USA | SERVICES AGREEMENT | $506.68 |
| DOOR DASH | ATTN: BRIAN SOMMERS<br>116 NEW MONTGOMERY STREET<br>SAN FRANCISCO, CA 94105<br>USA | SERVICES AGREEMENT FOR FOOD DELIVERY SERVICE DATED 2/28/2017 | $0.00 |
| ECOVA INC | ATTN: SETH NESBIT<br>1313 N ATLANTIC, STE 5000<br>SPOKANE, WA 99201 USA | SERVICES AGREEMENT FOR SOFTWARE DATED 3/15/2019 | $1,185.08 |
| EGNYTE, INC. | 1350 W MIDDLEFIELD ROAD<br>MOUNTAIN VIEW, CA 94043 USA | SERVICES AGREEMENT FOR FILE STORAGE AND SHARING SERVICES DATED 4/29/2018 | $136.40 |
| F&B MANAGEMENT ARIZONA CORP | ATTN: MARK BIANCHI<br>7201 E. CAMELBACK RD #222<br>SCOTTSDALE, AZ 85251 USA | SERVICES AGREEMENT DATED 4/9/2019 | $9,642.49 |
| FRESH CONCEPTS PRODUCE | 25109 JEFFERSON AVE STE 305<br>MURIRIETA, CA 92562 USA | SERVICES AGREEMENT | $0.00 |
| GRUBHUB EL PASO | 111 W WASHINGTON ST #2100<br>CHICAGO, IL 60602 USA | SERVICES AGREEMENT FOR OPERATIONS | $0.00 |
| GRUBHUB KANSAS CITY | 111 W WASHINGTON ST #2100<br>CHICAGO, IL 60602 USA | SERVICES AGREEMENT FOR DELIVERY SERVICE | $0.00 |
| GRUBSOUTH HUNTSVILLE | 109 JEFFERSON ST N #12<br>HUNTSVILLE, AL 35801 USA | SERVICES AGREEMENT FOR DELIVERY SERVICE | $0.00 |
| INFINITE ENERGY | ATTN: CE ONDRAS<br>7001 SW 24TH AVENUE<br>GAINSVILLE, FL 32607 USA | NATURAL GAS RE: ALPHARETTA DATED 8/1/2017 | $0.00 |
| INTERDYN BMI | 2277 WEST HWY 36, STE 300<br>ROSEVILLE, MN 55113 USA | GREATPLAINS SOFTWARE - LICENSES | $143.75 |
| INTERSTATE GAS SUPPLY, INC | ATTN: COMMERCIAL & INDUSTRIAL SALES<br>6100 EMERALD PARKWAY<br>DUBLIN, OH 43016 USA | AGREEMENT FOR NATURAL GAS RE: OAKBROOK DATED 5/1/2019 | $0.00 |
| INTERSTATE GAS SUPPLY, INC | ATTN: COMMERCIAL & INDUSTRIAL SALES<br>6100 EMERALD PARKWAY<br>DUBLIN, OH 43016 USA | AGREEMENT FOR NATURAL GAS RE: OAKBROOK DATED 5/1/2019 | $0.00 |
| INTERSTATE GAS SUPPLY, INC | ATTN: COMMERCIAL & INDUSTRIAL SALES<br>6100 EMERALD PARKWAY<br>DUBLIN, OH 43016 USA | AGREEMENT FOR NATURAL GAS RE: OAKBROOK DATED 5/1/2019 | $0.00 |
| INTERSTATE GAS SUPPLY, INC | ATTN: COMMERCIAL & INDUSTRIAL SALES<br>6100 EMERALD PARKWAY<br>DUBLIN, OH 43016 USA | AGREEMENT FOR NATURAL GAS RE: OAKBROOK DATED 5/1/2019 | $0.00 |

# Exhibit A

| COUNTERPARTY | ADDRESS | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST | CURE AMOUNT ($) |
|---|---|---|---|
| INTERSTATE GAS SUPPLY, INC | ATTN: COMMERCIAL & INDUSTRIAL SALES<br>6100 EMERALD PARKWAY<br>DUBLIN, OH 43016 USA | AGREEMENT FOR NATURAL GAS RE: OAKBROOK DATED 5/1/2019 | $0.00 |
| KEEN Summit Partners LLC | ATTN: MATTHEW BORDWIN<br>KEEN-SUMMIT CAPITAL PARTNERS, LLC<br>1 HUNTINGTON QUADRANGLE, SUITE 2C04<br>MELVILLE, NY 11747 USA | LEASE RESTRUCTURING DATED 4/25/2019 | $0.00 |
| NCR CORPORATION | ATTN: CHUCK MAGEE<br>PO BOX 198755<br>ATLANTA, GA 30384-8755 USA | SERVICES AGREEMENT FOR ANTI-VIRUS SOFTWARE FOR ALOHA SERVER AND TERMINALS DATED 1/1/2019 | $9,708.50 |
| PACIFIC OFFICE AUTOMATION | PO BOX 41602<br>PHILADELPHIA, PA 19101-1602 USA | DOCUMENT MANAGEMENT SOFTWARE AGREEMENT DATED 9/27/2017 | $6,952.91 |
| POSTMATES | 690 5TH STREET<br>SAN FRANCISCO, CA 94107 USA | FOOD DELIVERY AGREEMENT | $0.00 |
| RAS AL KHAIMAH HOSPITALITY GROUP (HAKAYA COLLECTION) LLC | ATTN: AL SEEF<br>KG RESTAURANTS LLC<br>PO BOX 73692<br>DUBAI  UAE | FRANCHISE AGREEMENT RE: UAE DATED 11/27/2017 | $0.00 |
| REPUTATION.COM, INC | ATTN: CHRIS SUNDERMEIER<br>1400A SEAPORT BLVD, STE #401<br>REDWOOD CITY, CA 94063 USA | SERVICES AGREEMENT FOR MANAGEMENT PLATFORM FOR SOCIAL MEDIA DATED 4/1/2018 | $1,288.00 |
| TSYS | ONE TYSYS WAY<br>COLUMBUS, GA 31901 USA | SERVICES AGREEMENT | $0.00 |
| UBER EATS | PORTIER LLC<br>ATTN: LEGAL, ELIZABETH MEYERDIRK<br>160 GREENTREE DRIVE, SUITE 101<br>DOVER, DE 19904 USA | FOOD DELIVERY AGREEMENT DATED 5/30/2017 | $0.00 |
| VURIA LLC | ATTN: HEIDE R<br>8151 E EVANS RD, STE. 2<br>SCOTTSDALE, AZ 85260 USA | SERVICES AGREEMENT FOR WEBSITE HOSTING FOR WWW.KONAGRILL.COM | $299.75 |
| WISETAIL (CRAFT HUB) | 212 S WALLACE, STE B2<br>BOZEMAN, MT 59715 USA | SERVICES AGREEMENT FOR E-LEARNING PLATFORM DATED 7/28/2018 | $0.00 |
| GREENLEAF COMPATION (NORTH STAR) | GREENLEAF COMPATION (NORTH STAR)<br>222 Mill STREET STE 333, TEMPE, 85281, AZ | Equipment Lease Agreement for Compactor dated 12/6/2016 | $0.00 |
| MIRUS SERVICES AGREEMENT | MIRUS SERVICE AGREEMENT<br>820 GESSNER RD, SUITE 1600, HOUSTON, 77024, TX | Services Agreement dated 7/10/2012 | $4200.99 |
| CONSTELLATION NEW ENERGY, INC. | CONSTELLATION NEW ENERGY, INC.<br>1221 LAMAR STREET, SUITE 750, HOUSTON, 77010, TX | Agreement for Electric re: Plano dated 4/24/2019 | $3043.74 |
| Compeat | ALLWARE COMPUTER SERVICES, INC.<br>11500 ALTERRA PKWY STE 130, AUSTIN, 78758, TX | International Franchise Agreement, dated April 11, 2017 | $6,646.10 |