**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KONA GRILL, INC., et al. | ) | Case No. 19-10953 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Alison D. Bauer, an attorney with the law firm of Foley Hoag LLP to represent Kona Grill Acquisition, LLC in the above-captioned cases.

Dated:   September 4, 2019
Wilmington, Delaware

**PEPPER HAMILTON LLP**

*/s/* Evelyn J. Meltzer
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19899-1709
Telephone:  (302) 777-6500
Email: meltzere@pepperlaw.com

Co-Counsel to Kona Grill Acquisition, LLC

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, and in good standing as a member of the Bar of the state of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: September 4, 2019

 /s/ Alison D. Bauer
Alison D. Bauer, Esquire
Foley Hoag LLP
1301Avenue of the Americas
New York, New York 10019
Telephone:     (646 )927-5500
E-mail:        abauer@foleyhoag.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

#54976281 v1