# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| KONA GRILL, INC., *et al.*, | ) Case No. 19-10953 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Related to Docket No. ___** |

### ORDER APPROVING SECOND STIPULATION AMONG DEBTORS AND KEYBANK NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT, EXTENDING THE MATURITY DATE AND CERTAIN MILESTONES <u>UNDER THE FINAL DIP ORDER</u>

This Court having considered the *Second Stipulation Among Debtors and Keybank National Association, as Administrative Agent, Extending the Maturity Date and Certain Milestones Under the Final DIP Order* (the "<u>Stipulation</u>") between the Debtors and KeyBank National Association, attached hereto as <u>Exhibit 1</u>; the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given; it is hereby ORDERED that:

1. The Stipulation is hereby approved; and

2. The Bankruptcy Court shall maintain jurisdiction over any dispute arising under or in connection with the Stipulation.

## EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KONA GRILL, INC., et al.,[1] | ) | Case No.: 19-10953 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | | Relates to Docket Nos. 15, 47, 165, and 330 |

**SECOND STIPULATION AMONG DEBTORS AND KEYBANK
NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT, EXTENDING THE
MATURITY DATE AND CERTAIN MILESTONES UNDER THE FINAL DIP ORDER**

Kona Grill, Inc. and its affiliated debtors and debtors in possession (collectively,

the "**Debtors**") and KeyBank National Association, as Administrative Agent ("**KeyBank**") and

the Debtors together with KeyBank, the "**Parties**", hereby stipulate and agree (the

"**Stipulation**") as follows in accordance with the following facts and recitals:

**RECITALS**

A.    On April 30, 2019 (the "**Petition Date**"), the Debtors commenced the

above-captioned cases ("**Cases**") by filing voluntary petitions for relief under chapter 11 of the

Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the

"Bankruptcy Court").  The Debtors have continued in the possession of their property and have

continued to operate and manage their businesses as debtors in possession pursuant to sections

1107(a) and 1108 of the Bankruptcy Code.

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers include:  Kona Grill, Inc. (6690); Kona Restaurant Holdings, Inc. (6703); Kona Sushi, Inc. (4253); Kona Macadamia, Inc. (2438); Kona Texas Restaurants, Inc. (4089); Kona Grill International Holdings, Inc. (1841); Kona Baltimore, Inc. (9163); Kona Grill International, Inc. (7911); and Kona Grill Puerto Rico, Inc. (7641).  The headquarters and service address for the above-captioned Debtors is 15059 North Scottsdale Road, Suite 300, Scottsdale, Arizona 85254.

B.    On May 16, 2019, the Office of the United States Trustee ("**UST**")
appointed an Official Committee of Unsecured Creditors (the "**Committee**") in the Cases
[Docket No. 98].

C.    On May 1, 2019, the Debtors filed a motion [Docket No. 15] seeking
approval of postpetition financing and use of cash collateral (the "**DIP Motion**") and
subsequently the Court entered an interim order [Docket No. 47] and a final order [Docket No.
165] approving the DIP Motion (the "**Final DIP Order**").  The Final DIP Order required that the
Debtors close a sale of substantially all of their assets on or before August 9, 2019 and further
provided that failure to close without a waiver by the Lenders would constitute an event of
default under the terms of the financing facility governed by the Final DIP Order (the "**DIP
Financing**").

D.    On or about August 9, 2019, the Debtors and KeyBank entered into a
stipulation extending the term of the DIP Financing through and including September 13, 2019,
which was approved by the Court by order entered on or about August 9, 2019 [Docket No. 330]
(the "**DIP Extension Stipulation**").

E.    On August 30, 2019, the Debtors entered into an Asset Purchase
Agreement, dated August 30, 2019 (the "**APA**") with Kona Grill Acquisition, LLC (the
"Purchaser"), which provides for the purchase and sale of substantially all of the assets of the
Debtors and the assumption and assignment of certain unexpired leases and executory contracts,
all as set forth in greater detail in the APA.

F.    On August 30, 2019, the Debtors filed a sale motion [Docket No. 372] (the
"**Sale Motion**") seeking approval of the APA and authorizing the Debtors to consummate the
sale transaction in accordance with the terms therein.

G.      For the purpose of preserving the value and continued operation of the Debtors' businesses, the Debtors and the DIP Lenders (as defined in the Final DIP Order) believe it is in the best interest of the Debtors' estates to:  (1) further extend the maturity date under the DIP Extension Stipulation and other milestones that will not be satisfied and (2) permit the Debtors' continued use of cash collateral pursuant to a revised budget (the "**Revised Budget**"), which will permit the Debtors to continue operating their businesses through the earlier of (i) the closing of the Court's approval of the Sale Motion and APA or (ii) October 11, 2019, which is the outside closing date under the APA.

H.      For the avoidance of doubt, by this Stipulation, the Debtors are not seeking to borrow more than what was previously authorized by the Court under the Final DIP Order.  Instead, the Debtors are seeking to borrow and use cash collateral under the existing terms of the DIP Financing in accordance with the Revised Budget.

I.      A copy of this Stipulation has been provided to the Committee and the UST.  Neither party objects to the requested relief herein.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that in consideration of the mutual promises contained in this Stipulation, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, each of the Parties intend to be legally bound by this Stipulation as follows:

1.      The Recitals set forth above are hereby incorporated in full and made a part of this Stipulation.

2.      The Debtors' authority to use the DIP Lenders' cash collateral and borrow under the terms of the Final DIP Order and DIP Extension Stipulation shall be extended through

the earlier of (a) the closing of the Court's approval of the Sale Motion and APA and (b) October 11, 2019.

       3.     The Debtors are authorized to borrow funds and use cash collateral pursuant to the Final DIP Order in accordance with the Revised Budget. A copy of the Revised Budget is annexed hereto as **Exhibit A**.

       4.     Except as expressly amended herein, the terms of the Final DIP Order shall remain unchanged and in full force and effect. If there is any conflicting provisions between the Final DIP Order and this Stipulation, the terms of this Stipulation shall govern.

       5.     This Stipulation is and shall be binding upon and inure to the benefit of the Parties hereto and their assignees and successors in interest.

       6.     Each of the Parties to this Stipulation warrants and represents that the facts set forth herein are true and correct and that it has the power and authority to execute, deliver, and perform the respective obligations under this Stipulation, which is subject to Court approval pursuant to paragraph 19 of the Final DIP Order.

       7.     This Stipulation contains the entire agreement among the Parties relating to the subject matter hereof and can only be amended or otherwise modified by a signed writing executed by the Parties. The Parties may make non-material modifications of the Stipulation without further authorization from the Court subject to the same terms and conditions of Paragraph 19 of the Final DIP Order.

       8.     This Stipulation may be executed in multiple counterparts, any of which may be transmitted by facsimile or electronic (e-mail) transmission, and each of which shall be deemed an original, but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation to present any copy, copies, or facsimiles

signed by the parties hereto to be charged. This Stipulation shall be governed by Delaware law without giving effect to its choice of law provisions. The Parties agree and consent that venue over any dispute arising under, in connection with or this Stipulation shall be exclusively in the Bankruptcy Court, which may enter a final order in connection therewith.

BUCHANAN INGERSOLL & ROONEY PC    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Mary F. Caloway*
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street
Suite 990
Wilmington, DE 19801-1054
302 552 4209 (o)
302 552 4295 (f)
E-mail:    mary.caloway@bipc.com

Attorneys for KeyBank

*/s/ James E. O'Neill*
Jeremy V. Richards (CA Bar No. 102300)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038)
919 N. Market Street, 17th Floor
Wilmington, DE 91899
Tel: (302) 652-4100
Fax: (302) 652-4400
E-mail:    jrichards@pszjlaw.com
          joneill@pszjlaw.com
          jlucas@pszjlaw.com

Attorneys for Debtors and Debtors in Possession

<u>**EXHIBIT A**</u>

**(Revised Budget)**

1

**Kona Grill Restaurants**

Rolling DIP Budget

*As of 08/30/2019*

Sum Range: 9/6/2019 - 10/11/2019

| | Actual | Chapter 11 | Chapter 11 | Chapter 11 | Chapter 11 | Chapter 11 | Chapter 11 | Total |
|---|---|---|---|---|---|---|---|---|
| Projected Week (FY week) | 34 | 35 | 36 | 37 | 38 | 39 | 40 | Total |
| Week Ending | 8/30/2019 | 9/6/2019 | 9/13/2019 | 9/20/2019 | 9/27/2019 | 10/4/2019 | 10/11/2019 | 6 Weeks |
| **Total Cash Receipts from Operations** | $1,898,926 | $1,793,963 | $1,907,332 | $1,907,332 | $1,907,332 | $1,822,041 | $1,835,656 | $11,173,656 |
| F&B | 545,526 | 624,182 | 729,211 | 649,211 | 649,211 | 611,021 | 717,137 | 3,979,974 |
| Utilities | 55,105 | 59,588 | 109,588 | 52,924 | 48,754 | 50,000 | 59,588 | 380,441 |
| A/P Others | 115,945 | 327,406 | 148,605 | 148,605 | 148,605 | 303,340 | 139,670 | 1,216,232 |
| Wages / Bonus / PR Taxes | 655,072 | 880,359 | 678,486 | 848,543 | 678,326 | 876,508 | 673,170 | 4,635,390 |
| Rent | - | 940,816 | - | - | - | 940,816 | - | 1,881,631 |
| Sales Taxes | 76,330 | 4,000 | 54,514 | 542,702 | 187,139 | 4,000 | 52,648 | 845,003 |
| Insurance | 208,837 | - | 36,455 | 9,800 | 193,941 | - | 34,987 | 275,182 |
| Other | - | 31,975 | - | - | 7,000 | 33,475 | 3,500 | 75,950 |
| **Cash Disbursements from Operations** | 1,656,813 | 2,868,325 | 1,756,859 | 2,251,786 | 1,912,975 | 2,819,159 | 1,680,700 | 13,289,805 |
| **Operating Net Cash Flow** | $242,113 | ($1,074,362) | $150,472 | ($344,454) | ($5,644) | ($997,118) | $154,957 | (2,116,149) |
| **Chapter 11 Related Cash Flows** | | | | | | | | |
| Accrued Ch.11 Professionals (1) | 195,328 | 385,407 | 385,407 | 385,407 | 385,407 | 385,407 | 385,407 | 2,312,441 |
| Ch.11 Sec. Lender Professionals | - | 44,081 | 44,081 | 44,081 | 44,081 | 44,081 | 44,081 | 264,486 |
| Ch.11 UCC Professionals | 30,233 | 115,352 | 115,352 | 115,352 | 115,352 | 115,352 | 115,352 | 692,109 |
| Utility Deposits into Escrow | - | - | - | - | - | - | - | - |
| Court Filing Fee/ US Trustee Fees | - | - | - | - | - | - | - | - |
| KERP/Retention Bonus | - | - | - | - | - | - | 157,169 | 157,169 |
| DIP Fees / Interest / Principal | - | 29,301 | - | - | - | 29,096 | - | 58,397 |
| **Total Chapter 11 Impact** | 225,560 | 574,141 | 544,839 | 544,839 | 544,839 | 573,935 | 702,008 | 3,484,602 |
| **Chapter 11: Net Cash Flows** | $16,552 | ($1,648,503) | ($394,367) | ($889,294) | ($550,483) | ($1,571,053) | ($547,052) | ($5,600,751) |
| **Beginning Cash Balance (Book) (3)** | 4,704,384 | 4,720,936 | 3,072,434 | 2,678,067 | 1,788,773 | 1,238,290 | 667,237 | 4,720,936 |
| Change in Cash | 16,552 | (1,648,503) | (394,367) | (889,294) | (550,483) | (1,571,053) | (547,052) | (5,600,751) |
| Actuals Adjustment | | | | | | | | |
| Draw/(Repayment) | - | - | - | - | - | 1,000,000 | - | 1,000,000 |
| **Ending Cash Balance (Book)** | $4,720,936 | $3,072,434 | $2,678,067 | $1,788,773 | $1,238,290 | $667,237 | $120,185 | $120,185 |
| **Beginning DIP Balance** | 2,500,000 | 2,500,000 | 2,500,000 | 2,500,000 | 2,500,000 | 2,500,000 | 3,500,000 | 2,500,000 |
| Draw/(Repayment) | - | - | - | - | - | 1,000,000 | - | 1,000,000 |
| **Ending DIP Balance** | $2,500,000 | $2,500,000 | $2,500,000 | $2,500,000 | $2,500,000 | $3,500,000 | $3,500,000 | $3,500,000 |

Notes:

(1) Transaction fees not included in accrual; Assumed to be paid from sale proceeds at close.

(2) Includes accrued and unpaid professional fees through 08/30/19.

(3) Beginning balance based on Actual 07/31/19 ending balances.