## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KONA GRILL, INC., *et al.*,[1] | ) | Case No. 19-10953 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Docket No. 458** |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

FORREST HOUKU, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 15, 2019, I caused to be served the "Staffing Report of Alvarez & Marsal North America, LLC for the Period from September 1, 2019 through September 30, 2019," dated October 15, 2019 [Docket No. 458], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b.  delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Kona Grill, Inc. (6690); Kona Restaurant Holdings, Inc. (6703); Kona Sushi, Inc. (4253); Kona Macadamia, Inc. (2438); Kona Texas Restaurants, Inc. (4089); Kona Grill International Holdings, Inc. (1841); Kona Baltimore, Inc. (9163); Kona Grill International, Inc. (7911); and Kona Grill Puerto Rico, Inc. (7641). The headquarters and service address for the above-captioned Debtors is 15059 North Scottsdale Road, Suite 300, Scottsdale, Arizona 85254.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Houku*
Forrest Houku

Sworn to before me this
16th day of October, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC. | C/O BECKET & LEE LLP PO BOX 3001 MALVERN PA 19355-0701 |
| ARTURO GONZALEZ MARTIN, ESQ | (COUNSEL FOR BALLESTER HERMANOS, INC.) PO BOX 193377 SAN JUAN PR 00919-3377 |
| BALLESTER HERMANOS, INC. | PO BOX 364548 SAN JUAN PR 00936-4548 |
| BERDON, YOUNG & MARGOLIS, P.C. | (COUNSEL FOR KONA MACADAMIA INC.) ATTN: STUART A. MARGOLIS, ESQ. 350 ORANGE STREET, 2ND FLOOR NEW HAVEN CT 06511 |
| BEWLEY, LASSLEBEN & MILLER, LLP | (COUNSEL FOR THE IRVINE COMPANY, LLC ATTN: ERNIE ZACHARY PARK 13215 E. PENN ST., SUITE 510 WHITTIER CA 90602 |
| BUCHALTER,  A PROFESSIONAL CORPORATION | (COUNSEL FOR WILLIE ITULE PRODUCE, INC.) ATTN: NANCEY K SWIFT 16435 NORTH SCOTTSDALE ROAD, SUITE 440 SCOTTSDALE AZ 85254-1754 |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL FOR KEY BANK NATIONAL ASSOCIATION) ATTN: MARY CALOWAY, ESQ. 919 NORTH MARKET STREET, SUITE 990 WILMINGTON DE 19801 |
| CBL & ASSOCIATES MANAGEMENT, INC. | 2030 HAMILTON PLACE BLVD STE 500 CHATTANOOGA TN 37421 |
| CONNOLLY GALLAGHER LLP | (COUNSEL FOR RPAI OAK BROOK PROMENADE, LLC) ATTN: KAREN C. BIFFERAO, ESQ/KELLY M. CONLAN, ESQ 1201 NORTH MARKET STREET 20TH FLOOR WILMINGTON DE 19801 |
| COOLSPRINGS MALL, LLC | 2030 HAMILTON PLACE BLVD STE 500 CHATTANOOGA TN 37421 |
| EDWARD DON & COMPANY | ATTN: JOHN FAHEY 9801 ADAM DON PARKWAY WOODRIDGE IL 60517 |
| EDWARD DON & COMPANY | 3501 PLANO PKWY THE COLONY TX 75056-5245 |
| FOLEY HOAG LLP | (COUNSEL FOR KGA) ATTN: WILLIAM F. GRAY JR., ALISON D. BAUER 1310 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| GE CAPITAL FRANCHISE FINANCE CORPORATION | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| GE CAPITAL FRANCHISE FINANCE CORPORATION | 17207 N PERIMETER DR SCOTTSDALE AZ 85255 |
| GE CAPITAL FRANCHISE FINANCE CORPORATION | 8377 E HARTFORD DR STE 200 SCOTTSDALE AZ 85255 |
| GE CAPITAL FRANCHISE FINANCE CORPORATION | C/O DILIGENZ, INC. 6500 HARBOR HEIGHTS PKWY STE 400 MOKILTRO WA 98275 |
| JFC INTERNATIONAL, INC. | ATTN: MR. HIDETAKA IINUMA LOS ANGELES CA 90040 |
| KEYBANK NATIONAL ASSOCIATION | 127 PUBLIC SQUARE CLEVELAND OH 44114 |
| KEYBANK NATIONAL ASSOCIATION | ATTN: MICHAEL A. AXEL, ESQ ASSISTANT GENERAL COUNSEL & SENIOR VICE PRESIDENT 127 PUBLIC SQUARE SECOND FLOOR CLEVELAND OH 44114-1396 |
| KEYBANK NATIONAL ASSOCIATION | ATTN CARIE BECKER 4910 TIEDEMAN RD BROOKLYN OH 44144 |
| KOHNER, MANN & KAILAS, S.C. | (COUNSEL FOR ECOLAB INC.) ATTN: SAMUEL C. WISOTZKEY WASHINGTON BUILDING BARNABAS BUSINESS CENTER 4650 NORTH PORT WASHINGTON ROAD MILWAUKEE WI 53212-1059 |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | (COUNSEL FOR TAUBMAN LANDLORDS) ATTN: SUSAN E. KAUFMAN, ESQUIRE 919 N. MARKET STREET, SUITE 460 WILMINGTON DE 19801 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL FOR MONTGOMERY COUNTY AND HARRIS COUNTY) ATTN: JOHN P DILLMAN PO BOX 3064 HOUSTON TX 77253-3064 |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 ATTN: LINDA J. CASEY, ESQ. UNITED STATES DEPARTMENT OF JUSTICE J. CALEB BOGGS FEDERAL BUILDING 844 N. KING STREET, SUITE 2207, LOCKBOX 35 WILMINGTON DE 19801 |
| PEPPER HAMILTON LLP | (COUNSEL FOR KGA) ATTN: EVELYN J. MELTZER HERCULES PLAZA, SUITE 5100 1313 N. MARKET STREET WILMINGTON DE 198991709 |
| SINGER & LEVICK, P.C. | (COUNSEL FOR RED DEVELOPMENT, LLC) ATTN: MICHELLE E SHRIRO, ESQ 16200 ADDISON ROAD, SUITE 140 ADDISON TX 75001 |
| TN DEPT OF REVENUE | C/OTN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISN PO BOX 20207 NASHVILLE TN 37202-0207 |
| TRACY FORTMAN | C/O ROBERT R. HOPPER & ASSOCIATES, LLC ATTN: JASON JURAN 333 S. 7TH STREET, SUITE 2450, MINNEAPOLIS MN 55402 |
| TRUE WORLDS FOODS, LLC, | ATTN: DANIEL GRAY 24 LINK DRIVE ROCKLEIGH NJ 07647 |
| WASHINGTON PRIME GROUP, INC. | ATTN: STEPHEN E. IFEDUBA 180 WEST BROAD STREET COLUMBUS OH 43215 |

| Claim Name | Address Information |
|---|---|
| WELLS FARGO | ATTN ANGELA LAWRENCE 100 W WASHINGTON ST 25TH FL PHOENIX AZ 85003 |
| ZIONS FIRST NATIONAL BANK | ATTN RHETT ANDERSON 1 S MAIN ST STE 1400 SALT LAKE CITY UT 84133-1109 |

**Total Creditor count  33**

**EXHIBIT B**

**KONA GRILL, Inc.,** *et al.* **– Case No. 19-10953**
**Electronic Mail Master Service List**

| NAME | EMAIL |
|---|---|
| BROOKFIELD PROPERTY REIT INC - ATTN: KRISTEN N. PATE | bk@brookfieldpropertiesretail.com |
| TAUBMAN LANDLORDS - ATTN: ANDREW S. CONWAY | aconway@taubman.com |
| FROST BROWN TODD, LLC - ATTN: RONALD E. GOLD, A.J. WEBB | rgold@fbtlaw.com; awebb@fbtlaw.com |
| BEXAR COUNTY (LINEBARGER GOGGAN BLAIR & SAMPSON, LLP) - ATTN: DON STECKER | sanantonio.bankruptcy@publicans.com |
| TAUBMAN LANDLORDS - ATTN: SUSAN E. KAUFMAN | skaufman@skaufmanlaw.com |
| LINNEBARGER GOGGAN BLAIR & SAMPSON, LLP (COUNSEL FOR TARRANT COUNTY AND DALLAS COUNTY) | dallas.bankruptcy@publicans.com |
| PACHULSKI STANG ZIEHL & JONES LLC (COUNSEL TO THE DEBTORS) - ATTN: JAMES E. O'NEILL | jo'neill@pszjlaw.com |
| SIMON PROPERTY GROUP, LP - ATTN: RONALD M. TUCKER | rtucker@simon.com |
| MONZACK MERSKY McLAUGHLIN AND BROWDER PA (COUNSEL FOR INTERNATIONAL ENVIRONMENTAL AND WASTE MANAGMENT) ATTN: BRIAN j MCLAUGHLIN ESQ | bmclaughlin@monlaw.com |
| POLSINELLI PC (COUNSEL FOR GORDON FOOD SERVICE) ATTN: CHRISTOPHER A WARD | cward@polsinelli.com |
| ICE MILLER LLP (COUNSEL FOR GORDON FOOD SERVICE) ATTN: JASON M. TORF | jason.torf@icemiller.com |
| BALLARAD SPAHR LLP (COUNSEL FOR THE LANDLORD CREDITORS) ATTN: LESLIE C HEILMAN,ESQ., LAUREL D. ROGLEN, ESQ.; DUSTIN P. BRANCH ESQP | heilmanl@ballardspahr.com;roglenl @ballardspahr.com, branchd@ballardspahr.com |
| MISSOURI DEPARTMENT OF REVENUE -ATTN: STEVEN A. GINTHER | deecf@dor.mo.gov |
| AUSTRIA LEGAL, LLC (COUNSEL FOR WILLISTON HOLDING CO) ATTN:  MATTHEW P. AUSTIRA | maustria@austriallc.com |
| GRAY PLANT MOOTY ( COUNSEL FOR WILLISTON  HOLDING CO) ATTN: PHILLIP W.BOHL | phillip.bohl@gpmlaw.com |
| KILPATRICK TOWNSEND & STOCKTON LLP (COUNSEL FOR BEN E. KEITH CO) ATTN: | dposner@kilpatricktownsend.com; kmoynihan@kilpatricktownsend.com |

**KONA GRILL, Inc.,** *et al.* **– Case No. 19-10953**
**Electronic Mail Master Service List**

| | |
|---|---|
| DAVID M. POSNER, ESQ., KELLY MOYNIHAND, ESQ. | |
| JASON A. STARKS, ASSISTANT COUNTY ATTORNEY (COUNSEL FOR TRAVIS COUNTY) | jason.starks@traviscountytx.gov |
| BAYARD, P.A. (COUNSEL TO UCC) ATTN: JUSTIN R. ALBERTO, ERIN R. FAY, GREGORY J. FLASSER | jalberto@bayardlaw.com; efay@bayardlaw.com;gflasser@bayardlaw.com |
| KELLEY DRYE & WARREN LLP (COUNSEL TO UCC)  ATTN: JAMES S. CARR, JASON R. ADAMS, LAUREN S. SCHLUSSEL | kdwbankruptcydepartment@kelleydrye.com; jcarr@kelleydrye.com; jadams@kelleydrye.com; lschlussel@kelleydrye.com |
| MARICOPA COUNTY ATTORNEY'S OFFICE CIVIL SERVICES DIVISION,  (MARICOPA COUNTY TREASURER) ATTN:  PETER MUTHIG | muthigk@mcao.maricopa.gov |
| SPECTOR & JOHNSON, PLLC (COUNSEL FOR 3 WATERWAY HOLDINGS, LLC), ATTN: HOWWARD MARC SPECTOR | hspector@spectorjohnson.com |
| K. KEITH MCALLISTER ATTORNEY AT LAW (COUNSEL FOR JFC INTERNATIONAL INC.) ATTN:  K. KEITH MCALLISTER, ESQ. | kkmecfactivity@gmail.com |
| COLE SCHOTZ P.C. (COUNSE FOR JFC INTERNATIONAL INC.) ATTN: PATRICK. J REILLEY ESQ | preilley@coleschotz.com |
| POLSINELLI PC (COUNSEL FOR NORTHAPRK PARTNERS, LCP) ATTN: BRENNA A. DOLPHIN, ESQ/ JAMES H. BILLINGSLEY, ESQ | bdolphin@polsinelli.com; jbillingsley@polsinelli.com |
| CLEAR CREEK INDEPENDENT SCHOOL DISTRICT, CITY OF HOUSTON, THE WOODLANDS METRO CENTER MUNICIPAL UTILITY DISTRICT AND THE WOODLANDS ROAD UTILITY DISTRICT #1 | osonik@pbfcm.com |