# United States Bankruptcy Court

## For the District of Delaware

In re Kona Grill, Inc. , Case No. 19-10953

PARTIAL

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| CRG Financial LLC | Kx Wholesale Seafood Llc |
| Name of Transferee | NAME of Transferor |

Name and Address where notices to transferee
should be sent:

Court Claim# (if known):    10033

Amount of Claim:
Scheduled:              $25,196.49- Kona Grill, Inc. (only transferring $9,090.07)
Proofs of Claim:       $26,938.10- Kona Grill, Inc. (only transferring $9,090.07 503(b)(9))
Date Claim Filed:     05/13/2019

CRG Financial LLC
100 Union Ave
Cresskill, NJ 07626

Phone:  (201) 266-6988

Phone:

Last Four Digits of Acct#:_____

Last Four Digits of Acct#:_____

Name and Address where Transferee payments
should be sent (if different from above);
SAME AS ABOVE

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/ Allison R. Axenrod_____  Date: 10/29/2019

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court

## For the District of Delaware

<u>In re Kona Grill, Inc. , Case No. 19-10953</u>

### PARTIAL

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. <u>10033</u> (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/29/2019.

<u>CRG Financial LLC</u>

Name of Alleged Transferee

<u>100 Union Avenue, Cresskill, NJ 07626</u>

Address of Alleged Transferee

<u>Kx Wholesale Seafood Llc</u>

Name of Transferor

<u>5128 W Clifton St , , Tampa , FL 33634</u>

Address of Transferor

**~~DEADLINE TO OBJECT TO TRANSFER~~**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

**NOTICE OF TRANSFER AND WAIVER**

Kx Wholesale Seafood Llc ("Seller"), sells, transfers and assigns unto CRG Financial LLC, with an address at 100 Union Avenue, Cresskill, NJ 07626, its successors and assigns ("Purchaser"), pursuant to the terms of a Claim Purchase Agreement between Seller and Purchaser (the "Agreement"), all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement), including any amounts owed as a cure with respect to a contract assumption, against Kona Grill, Inc. or any of its co-debtor subsidiaries or affiliates (the "Debtor"), in the aggregate amount of not less than $9,090.07, representing all administrative expense claims of Seller pending against Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 19-10953.

Seller hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

IN WITNESS WHEREOF, Seller has signed below as of 09/16/2019.

By:  /s/ Thomas Fry
        Signature

        Thomas Fry
    Print Name/Title
    Kx Wholesale Seafood Llc

IN WITNESS WHEREOF, Purchaser has signed below as of Wednesday, October 23, 2019.

By: /s/ Robert Axenrod
CRG Financial LLC