## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KONA GRILL, INC., et al.,[1] | ) | Case No.: 19-10953 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## ADMINISTRATIVE ORDER CHANGING DOCKET TO REFLECT
## THE DEBTORS' CURRENT NAME AND REVISING CASE CAPTION

Upon the certification of counsel (the "Certification")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for the entry of an administrative order (this "Order"), approving the proposed revision to the caption of the Debtors' bankruptcy case and case docket to reflect the Debtors' corporate name change, as more fully set forth in the Certification; and the Court having found that the Court has jurisdiction to consider the Certification; and due and proper notice of the Certification having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Certification and having determined that the legal and factual bases set forth in the Certification establish good and just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include:  Kona Grill, Inc. (6690); Kona Restaurant Holdings, Inc. (6703); Kona Sushi, Inc. (4253); Kona Macadamia, Inc. (2438); Kona Texas Restaurants, Inc. (4089); Kona Grill International Holdings, Inc. (1841); Kona Baltimore, Inc. (9163); Kona Grill International, Inc. (7911); and Kona Grill Puerto Rico, Inc. (7641).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Certification.

**IT IS HEREBY ORDERED THAT:**

1.    The Clerk of the Court is directed to change the docket and other records of

the case to reflect the current name of the Debtors as follows:

| Prior Name | Case No. | New Name |
|---|---|---|
| Kona Grill, Inc. | 19-10953 (CSS) | KG Wind Down, Inc. |
| Kona Restaurant Holdings, Inc. | 19-10954 (CSS) | KGRH Wind Down, Inc. |
| Kona Sushi, Inc. | 19-10955 (CSS) | KGS Wind Down, Inc. |
| Kona Macadamia, Inc. | 19-10956 (CSS) | KGM Wind Down, Inc. |
| Kona Texas Restaurants, Inc. | 19-10957 (CSS) | KGTR Wind Down, Inc. |
| Kona Grill International Holdings, Inc. | 19-10958 (CSS) | KGIH Wind Down, Inc. |
| Kona Baltimore, Inc. | 19-10959 (CSS) | KGB Wind Down, Inc. |
| Kona Grill International, Inc. | 19-10960 (CSS) | KGI Wind Down, Inc. |
| Kona Grill Puerto Rico, Inc. | 19-10961 (CSS) | KGPR Wind Down, Inc. |

2.    The caption of the Debtors' bankruptcy case, to be used by all parties in all

pleadings and for all purposes and proceedings in the Chapter 11 case, shall be as follows:

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KG Winddown, Inc.[1] | ) | Case No. 19-10953 (CSS) |
| | ) | |
| Debtors. | ) | |

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers include:  KG Wind Down, Inc. (f/k/a Kona Grill, Inc.) (6690); KGRH Wind Down, Inc. (f/k/a Kona Restaurant Holdings, Inc.) (6703); KGS Wind Down, Inc. (f/k/a Kona Sushi, Inc.) (4253); KGM Wind Down, Inc. (f/k/a Kona Macadamia, Inc.) (2438); KGTR Wind Down, Inc. (f/k/a Kona Texas Restaurants, Inc.) (4089); KGIH Wind Down, Inc. (f/k/a Kona Grill International Holdings, Inc.) (1841); KGB Wind Down, Inc. (f/k/a Kona Baltimore, Inc.) (9163); KGI Wind Down, Inc. (f/k/a Kona Grill International, Inc.) (7911); and KGPR Wind Down, Inc. (f/k/a Kona Grill Puerto Rico, Inc.) (7641).

3.    The Court retains exclusive jurisdiction with respect to all matters arising

from or related to the implementation of this Order.

DOCS_DE:225878.1 50045/002