## **EXHIBIT A**

## **Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KG Winddown, Inc.[1] | ) | Case No. 19-10953 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | **Re: Docket No. ___** |

### ORDER SUSTAINING DEBTORS' FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN CLAIMS (AMENDED, LATE FILED, WRONG DEBTOR, DUPLICATE AND INSUFFICIENT DOCUMENTATION)

The Court has considered the *Debtors' First Omnibus Objection (Non-Substantive) to Certain Claims (Amended, Late Filed, Wrong Debtor, Duplicate and Insufficient Documentation)* (the "First Omnibus Objection");[2] and the Court having reviewed the Declaration; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) notice of the First Omnibus Objection and of the hearing on the First Omnibus Objection was sufficient under the circumstances and in full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules; and the Court having determined that the legal and factual bases set forth in the First Omnibus Objection establish just cause for the relief granted herein;

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: KG Wind Down, Inc. (f/k/a Kona Grill, Inc.) (6690); KGRH Wind Down, Inc. (f/k/a Kona Restaurant Holdings, Inc.) (6703); KGS Wind Down, Inc. (f/k/a Kona Sushi, Inc.) (4253); KGM Wind Down, Inc. (f/k/a Kona Macadamia, Inc.) (2438); KGTR Wind Down, Inc. (f/k/a Kona Texas Restaurants, Inc.) (4089); KGIH Wind Down, Inc. (f/k/a Kona Grill International Holdings, Inc.) (1841); KGB Wind Down, Inc. (f/k/a Kona Baltimore, Inc.) (9163); KGI Wind Down, Inc. (f/k/a Kona Grill International, Inc.) (7911); and KGPR Wind Down, Inc. (f/k/a Kona Grill Puerto Rico, Inc.) (7641).

[2] Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the First Omnibus Objection.

IT IS HEREBY ORDERED THAT:

1.     The First Omnibus Objection is SUSTAINED.

2.     Any response to the First Omnibus Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled on its merits.

3.     Each Amended Claim identified on **Schedule 1** attached hereto is hereby disallowed and expunged in its entirety.  The Surviving Claims identified on **Schedule 1** will remain on the Claims Register and such Claims are neither allowed nor disallowed at this time, subject, however, to any future objection on any basis.  Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any of the Surviving Claims.

4.     Each Late Filed Claim identified on **Schedule 2** attached hereto is hereby disallowed and expunged in its entirety.

5.     Each Wrong-Debtor Claim identified on **Schedule 3** attached hereto is hereby disallowed and expunged in its entirety as it relates to the applicable Debtor's estate is was filed against.  The Surviving Claims identified on **Schedule 3** will remain on the Claims Register and such Claims are neither allowed nor disallowed at this time, subject, however, to any future objection on any basis.  Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any of the Surviving Claims.

6.     Each Duplicate Claim identified on **Schedule 4** attached hereto is hereby disallowed and expunged in its entirety.  The Duplicate Surviving Claims identified on **Schedule 4** will remain on the Claims Register and such Claims are neither allowed nor disallowed at this time, subject, however, to any future objection on any basis.  Nothing

2

contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any of the Duplicate Surviving Claims.

7.    Each Insufficient Documentation Claim identified on **Schedule 5** attached hereto is hereby disallowed and expunged in its entirety.

8.    Epiq Corporate Restructuring, LLC, the Debtors' noticing and claims agent, is authorized to update the Claims Register to reflect the relief granted in this Order.

9.    The Debtors' rights are reserved as set forth in the First Omnibus Objection, and nothing herein shall be construed as a waiver of any rights that the Debtors may have to (a) bring an avoidance action under the applicable sections of the Bankruptcy Code, including, but not limited to, 11 U.S.C. § 547, against the holders of claims subject to the First Omnibus Objection, (b) exercise the Debtors' rights to set-off against the holders of such claims relating to such avoidance actions; and (c) file counter claims against the holders of any such claims.

10.    The Debtors reserve the right to object in the future to any of the claims listed in the First Omnibus Objection on any ground, including, without limitation, substantive grounds, and to amend, modify and/or supplement the First Omnibus Objection, including, without limitation, to object to amended claims and newly-filed claims.

11.    Each of the Claims and the objections by the Debtors to such Claims, as addressed in the First Omnibus Objection and set forth on **Schedule 1**, **Schedule 2**, **Schedule 3**, **Schedule 4** and **Schedule 5** attached to this Order, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with

3

respect to each of the Claims. Any stay of this Order shall apply only to the contested matter which involves such creditor and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered hereby.

        12.     The Debtors, the Claims Agent, and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

        13.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

        14.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____

                         _____
                         HONORABLE CHRISTOPHER S. SONTCHI
                         UNITED STATES BANKRUPTCY JUDGE

4

## SCHEDULE 1

| Schedule 1 - Amended & Superseded Claims | | | | | | |
|---|---|---|---|---|---|---|
| | | | REMAINING CLAIM | | | |
| Name of Claimant | Claim Number | Asserted Claim Amount | Name of Claimant | Claim Number | Asserted Claim Amount | Reason(s) for Disallowance |
| ARLINGTON COUNTY TREASURER | 10157 | Secured $25,871.60 General Unsecured - $25,871.60 Total Claim Asserted - $51,743.20 | ARLINGTON COUNTY TREASURER | 10249 | Secured $0.00 General Unsecured - $0.00 Total Claim Asserted - $0.00 | Claim was amended by the claim referenced in the "Remaining Claim" column. |
| CITY OF EL PASO | 2 | Secured $24,221.44 General Unsecured - $0.00 Total Claim Asserted - $24,221.44 | CITY OF EL PASO | 128 | Secured $19,798.76 General Unsecured - $0.00 Total Claim Asserted - $19,798.76 | Claim was amended by the claim referenced in the "Remaining Claim" column. |
| BEXAR COUNTY | 3 | Secured $47,862.02 General Unsecured - $0.00 Total Claim Asserted - $47,862.02 | BEXAR COUNTY | 127 | Secured $30,006.10 General Unsecured - $0.00 Total Claim Asserted - $30,006.10 | Claim was amended by the claim referenced in the "Remaining Claim" column. |
| CITY OF EL PASO | 128 | Secured $19,798.76 General Unsecured - $0.00 Total Claim Asserted - $19,798.76 | CITY OF EL PASO | 301 | Secured $20,329.18 General Unsecured - $0.00 Total Claim Asserted - $20,329.18 | Claim was amended by the claim referenced in the "Remaining Claim" column. |
| DALLAS COUNTY | 5 | Secured $17,341.98 General Unsecured - $0.00 Total Claim Asserted - $17,341.98 | DALLAS COUNTY | 131 | Secured $24,208.68 General Unsecured - $0.00 Total Claim Asserted - $24,208.68 | Claim was amended by the claim referenced in the "Remaining Claim" column. |
| FULTON COUNTY TAX COMMISSIONER | 118 | Priority $9,161.31 General Unsecured - $0.00 Total Claim Asserted - $9,161.31 | FULTON COUNTY TAX COMMISSIONER OFFICE | 10117 | Priority $9,161.31 General Unsecured - $0.00 Total Claim Asserted - $9,161.31 | Claim was amended by the claim referenced in the "Remaining Claim" column. |
| FULTON COUNTY TAX COMMISSIONER OFFICE | 10117 | Priority $9,161.31 General Unsecured - $0.00 Total Claim Asserted - $9,161.31 | FULTON COUNTY TAX COMMISSIONER | 10179 | Priority $8,340.72 General Unsecured - $0.00 Total Claim Asserted - $8,340.72 | Claim was amended by the claim referenced in the "Remaining Claim" column. |
| GORDON FOOD SERVICE INC | 10234 | Goods Sold within 20 days/503 (b) (9) $130,321.36 General Unsecured - $0.00 Total Claim Asserted - $130,321.36 | GORDON FOOD SERVICE INC | 10232 | Goods Sold within 20 days/503 (b) (9) $171,101.86 General Unsecured - $0.00 Total Claim Asserted - $86,110.93 | Claims were amended by the claim referenced in the "Remaining Claim" column. |
| GORDON FOOD SERVICE INC | 10236 | Goods Sold within 20 days/503 (b) (9) $40,780.50 General Unsecured - $0.00 Total Claim Asserted - $40,780.50 | | | | |

| Schedule 1 - Amended & Superseded Claims | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | REMAINING CLAIM | | | | |
| Name of Claimant | Claim Number | Asserted Claim Amount | Name of Claimant | Claim Number | Asserted Claim Amount | Reason(s) for Disallowance | |
| LOUSIANA DEPARTMENT OF REVENUE | 113 | Priority $6,127.08 General Unsecured - $0.00 Total Claim Asserted - $6,127.08 | LOUISIANA DEPARTMENT OF REVENUE | 231 | Priority $3,000.00 General Unsecured - $0.00 Total Claim Asserted - $3,000.00 | Claim was amended by the claim referenced in the "Remaining Claim" column. | |
| MARICOPA COUNTY TREASURER | 10065 | Secured $80,621.16 General Unsecured - $0.00 Total Claim Asserted - $80,621.16 | MARICOPA COUNTY TREASURER | 10094 | Secured $53,509.62 General Unsecured - $0.00 Total Claim Asserted - $53,509.62 | Claim was amended by the claim referenced in the "Remaining Claim" column. | |
| MARICOPA COUNTY TREASURER | 10094 | Secured $53,509.62 General Unsecured - $0.00 Total Claim Asserted - $53,509.62 | MARICOPA COUNTY TREASURER | 10242 | Secured $65,666.10 General Unsecured - $0.00 Total Claim Asserted - $65,666.10 | Claim was amended by the claim referenced in the "Remaining Claim" column. | |
| MESSER GAS PUERTO RICO INC | 203 | Priority - $562.28 General Unsecured - $0.00 Total Claim Asserted - $562.28 | MESSER GAS PUERTO RICO INC | 10134 | Goods Sold within 20 days/503 (9) $562.28 General Unsecured - $0.00 Total Claim Asserted - $562.28 | Claim was amended by the claim referenced in the "Remaining Claim" column. | |
| SMS SUPPLIES LLC | 10004 | Goods Sold within 20 days/503 (b) (9) $0.00 Priority $15,645.16 General Unsecured - $0.00 Total Claim Asserted - $15,645.16 | SMS SUPPLIES LLC | 10128 | Goods Sold within 20 days/503 (b) (9) $23,228.32 Priority $0.00 General Unsecured - $0.00 Total Claim Asserted - $23,228.32 | Claim was amended by the claim referenced in the "Remaining Claim" column. | |
| SOUTHERN GLAZER'S WINE & SPIRITS OF CO | 21 | Goods Sold within 20 days/503 (b) (9) $2,849.38 General Unsecured - $0.00 Total Claim Asserted - $2,849.38 | SOUTHERN GLAZER'S WINE & SPIRITS OF CO | 98 | Goods Sold within 20 days/503 (b) (9) $0.00 General Unsecured - $0.00 Total Claim Asserted - $0.00 | Claim was amended by the claim referenced in the "Remaining Claim" column. | |
| SOUTHERN GLAZER'S WINE & SPIRITS HAWAII | 42 | Goods Sold within 20 days/503 (b) (9) $523.11 General Unsecured - $0.00 Total Claim Asserted - $523.11 | SOUTHERN GLAZER'S WINE & SPIRITS HAWAII | 92 | Goods Sold within 20 days/503 (b) (9) $0.00 General Unsecured - $0.00 Total Claim Asserted - $0.00 | Claim was amended by the claim referenced in the "Remaining Claim" column. | |
| SOUTHERN GLAZER'S WINE & SPIRITS OF IL | 23 | Goods Sold within 20 days/503 (b) (9) $8,406.11 General Unsecured - $0.00 Total Claim Asserted - $8,406.11 | SOUTHERN GLAZER'S WINE & SPIRITS OF IL | 93 | Goods Sold within 20 days/503 (b) (9) $0.00 General Unsecured - $0.00 Total Claim Asserted - $0.00 | Claim was amended by the claim referenced in the "Remaining Claim" column. | |

| Schedule 1 - Amended & Superseded Claims | | | | | | |
|---|---|---|---|---|---|---|
| | | | REMAINING CLAIM | | | |
| Name of Claimant | Claim Number | Asserted Claim Amount | Name of Claimant | Claim Number | Asserted Claim Amount | Reason(s) for Disallowance |
| SOUTHERN GLAZER'S WINE & SPIRITS INDIANA | 20 | Goods Sold within 20 days/503 (b) (9) $1,738.94 General Unsecured - $0.00 Total Claim Asserted - $1,738.94 | SOUTHERN GLAZER'S WINE & SPIRITS INDIANA | 96 | Goods Sold within 20 days/503 (b) (9) $0.00 General Unsecured - $0.00 Total Claim Asserted - $0.00 | Claim was amended by the claim referenced in the "Remaining Claim" column. |
| SOUTHERN GLAZER'S WINE & SPIRITS OF MN | 22 | Goods Sold within 20 days/503 (b) (9) $4,043.39 General Unsecured - $0.00 Total Claim Asserted - $4,043.39 | SOUTHERN GLAZER'S WINE & SPIRITS OF MN | 97 | Goods Sold within 20 days/503 (b) (9) $0.00 General Unsecured - $0.00 Total Claim Asserted - $0.00 | Claim was amended by the claim referenced in the "Remaining Claim" column. |
| SOUTHERN GLAZER'S WINE & SPIRITS OF MO | 19 | Goods Sold within 20 days/503 (b) (9) $6,496.76 General Unsecured - $0.00 Total Claim Asserted - $6,496.76 | SOUTHERN GLAZER'S WINE & SPIRITS OF MO | 99 | Goods Sold within 20 days/503 (b) (9) $0.00 General Unsecured - $0.00 Total Claim Asserted - $0.00 | Claim was amended by the claim referenced in the "Remaining Claim" column. |
| SOUTHERN GLAZER'S WINE & SPIRITS OF NE | 25 | Goods Sold within 20 days/503 (b) (9) $1,671.33 General Unsecured - $0.00 Total Claim Asserted - $1,671.33 | SOUTHERN GLAZER'S WINE & SPIRITS OF NE | 95 | Goods Sold within 20 days/503 (b) (9) $0.00 General Unsecured - $0.00 Total Claim Asserted - $0.00 | Claim was amended by the claim referenced in the "Remaining Claim" column. |
| SOUTHERN GLAZER'S WINE & SPIRITS OF NV | 24 | Goods Sold within 20 days/503 (b) (9) $5,939.23 General Unsecured - $0.00 Total Claim Asserted - $5,939.23 | SOUTHERN GLAZER'S WINE & SPIRITS NEVADA | 94 | Goods Sold within 20 days/503 (b) (9) $0.00 General Unsecured - $0.00 Total Claim Asserted - $0.00 | Claim was amended by the claim referenced in the "Remaining Claim" column. |
| SOUTHERN GLAZER'S WINE & SPIRITS OF TX | 18 | Goods Sold within 20 days/503 (b) (9) $1,598.20 General Unsecured - $0.00 Total Claim Asserted - $1,598.20 | SOUTHERN GLAZER'S WINE & SPIRITS OF TX | 91 | Goods Sold within 20 days/503 (b) (9) $0.00 General Unsecured - $0.00 Total Claim Asserted - $0.00 | Claim was amended by the claim referenced in the "Remaining Claim" column. |
| TARRANT COUNTY | 4 | Secured $40,889.32 General Unsecured - $0.00 Total Claim Asserted - $40,889.32 | TARRANT COUNTY | 132 | Secured $26,903.82 General Unsecured - $0.00 Total Claim Asserted - $26,903.82 | Claim was amended by the claim referenced in the "Remaining Claim" column. |
| TRUE WORLD FOODS DC LLC | 10227 | Goods Sold within 20 days/503 (b) (9) $2,335.25 General Unsecured - $1,812.71 Total Claim Asserted - $4,147.96 | TRUE WORLD FOODS DC LLC | 10219 | Goods Sold within 20 days/503 (b) (9) $2,335.25 General Unsecured - $646.82 Total Claim Asserted - $2,982.07 | Claim was amended by the claim referenced in the "Remaining Claim" column. |

## SCHEDULE 2

| Schedule 2 - Late filed Claims | | | | |
|---|---|---|---|---|
| Name of Claimant | Claim Number | Date Filed | Asserted Claim Amount | Reason(s) for Disallowance |
| CAPITOL LIGHT | 10250 | 10/01/19 | Goods Sold within 20 days/503 (b) (9)<br>$1,357.00<br>Priority<br>$0.00<br>General Unsecured -<br>$3,665.57<br>**Total Claim Asserted -**<br>**$5,022.57** | Claim was filed subsequent to 09/05/19 deadline for filing claims (General Bar Date, 503(b)9 Bar Date, PACA/PASA Bar Date) and should be disallowed. |
| COUVERTIER RIVERA, GAMALIEL | 284 | 09/09/19 | Secured<br>$1,200.00<br>Priority<br>$7,000.00<br>General Unsecured -<br>$1,800.00<br>**Total Claim Asserted -**<br>**$10,000.00** | Claim was filed subsequent to 09/05/19 deadline for filing claims (General Bar Date, 503(b)9 Bar Date, PACA/PASA Bar Date) and should be disallowed. |
| HARWELL, RAVEN | 293 | 09/23/19 | Goods Sold/Services (Trade Claim)<br>$0.00<br>Priority<br>$545.00<br>General Unsecured -<br>$0.00<br>**Total Claim Asserted -**<br>**$545.00** | Claim was filed subsequent to 09/05/19 deadline for filing claims (General Bar Date, 503(b)9 Bar Date, PACA/PASA Bar Date) and should be disallowed. |
| HAWAIIAN FRESH SEAFOOD INC | 10251 | 10/03/19 | Goods Sold within 20 days/503 (b) (9)<br>$13,333.77<br>Priority<br>$0.00<br>General Unsecured -<br>$0.00<br>**Total Claim Asserted -**<br>**$13,333.77** | Claim was filed subsequent to 09/05/19 deadline for filing claims (General Bar Date, 503(b)9 Bar Date, PACA/PASA Bar Date) and should be disallowed. |

**SCHEDULE 3**

| Schedule 3 - Wrong Debtor Claims | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | REMAINING CLAIM | | | | |
| Name of Claimant | Claim Number | Debtor | Asserted Claim Amount | Name of Claimant | Claim Number | Debtor | Asserted Claim Amount | Reason(s) for Disallowance |
| COOLSPRINGS MALL LLC | 125 | Kona Grill, Inc. | Admin - $354.59 General Unsecured - $378,423.23 Total Amount Asserted - $378,777.82 | COOLSPRINGS MALL LLC | 109 | Kona Macadamia, Inc. | Admin - $354.59 General Unsecured - $378,423.23 Total Claim Asserted - $378,777.82 | Claims filed against multiple debtors; Claim 125 should be disallowed and Claim 109 should remain. |
| FRANCHISE TAX BOARD | 81 | Kona Grill, Inc. | Priority - $2,488.67 General Unsecured - $240.12 Total Claim Asserted - $2,728.79 | FRANCHISE TAX BOARD | 80 | Kona Sushi, Inc. | Priority - $842.37 General Unsecured - $1,149.84 Total Claim Asserted - $1,992.21 | Claims filed against multiple debtors; Claim 81 should be disallowed and Claim 80 should remain. Debtors filed CA returns under the Kona Sushi, Inc. tax id. |
| TRUE WORLD FOODS ATLANTA LLC | 10224 | Kona Grill, Inc. | Admin - $484.16 General Unsecured - $780.88 Total Claim Asserted - $1,265.04 | TRUE WORLD FOODS ATLANTA LLC | 10216 | Kona Macadamia, Inc. | Admin - $484.16 General Unsecured - $780.88 Total Claim Asserted - $1,265.04 | Claims filed against multiple debtors; Claim 10224 should be disallowed and Claim 10216 should remain. |
| TRUE WORLD FOODS CHICAGO LLC | 10225 | Kona Grill, Inc. | Admin - $2,493.56 General Unsecured - $3,394.61 Total Claim Asserted - $5,888.17 | TRUE WORLD FOODS CHICAGO LLC | 10215 | Kona Macadamia, Inc. | Admin - $2,493.56 General Unsecured - $3,394.61 Total Claim Asserted - $5,888.17 | Claims filed against multiple debtors; Claim 10225 should be disallowed and Claim 10215 should remain. |
| TRUE WORLD FOODS COLUMBUS LLC | 10226 | Kona Grill, Inc. | Admin - $2,356.28 General Unsecured - $4,731.00 Total Claim Asserted - $7,087.28 | TRUE WORLD FOODS COLUMBUS LLC | 10218 | Kona Macadamia, Inc. | Admin - $2,356.28 General Unsecured - $4,731.00 Total Claim Asserted - $7,087.28 | Claims filed against multiple debtors; Claim 10226 should be disallowed and Claim 10218 should remain. |
| TRUE WORLD FOODS DETROIT LLC | 10228 | Kona Grill, Inc. | Admin - $3,616.25 General Unsecured - $2,738.05 Total Claim Asserted - $6,354.30 | TRUE WORLD FOODS DETROIT LLC | 10221 | Kona Macadamia, Inc. | Admin - $3,616.25 General Unsecured - $2,738.05 Total Claim Asserted - $6,354.30 | Claims filed against multiple debtors; Claim 10228 should be disallowed and Claim 10221 should remain. |
| TRUE WORLD FOODS PHOENIX LLC | 10230 | Kona Grill, Inc. | Admin - $12,650.23 General Unsecured - $27,821.59 Total Claim Asserted - $40,471.82 | TRUE WORLD FOODS PHOENIX LLC | 10223 | Kona Sushi, Inc. | Admin - $12,650.23 General Unsecured - $27,821.59 Total Claim Asserted - $40,471.82 | Claims filed against multiple debtors; Claim 10230 should be disallowed and Claim 10223 should remain. |

# SCHEDULE 4

| Schedule 4 - Duplicate Claims | | | | | | |
|---|---|---|---|---|---|---|
| | | | REMAINING CLAIM | | | |
| Name of Claimant | Claim Number | Asserted Claim Amount | Name of Claimant | Claim Number | Asserted Claim Amount | Reason(s) for Disallowance |
| TRUE WORLD FOODS CHICAGO LLC | 10217 | Goods Sold within 20 days/503 (b) (9) $2,493.56 General Unsecured - $3,394.61 Total Claim Asserted - $5,888.17 | TRUE WORLD FOODS CHICAGO LLC | 10215 | Goods Sold within 20 days/503 (b) (9) $2,493.56 General Unsecured - $3,394.61 Total Claim Asserted - $5,888.17 | Claim was filed in duplicate; Correct claim referenced in the "Remaining Claim" column. |

## SCHEDULE 5

| Schedule 5 - Insufficient Documentation | | | |
|---|---|---|---|
| Name of Claimant | Claim Number | Asserted Claim Amount | Reason(s) for Disallowance |
| COOPER, MICHAEL LEE | 188 | Employee - Wages, Benefits, Severance $384.00 General Unsecured - $0.00 **Total Claim Asserted - $384.00** | Claimant is asserting priority treatment for unpaid wages per 507(a)(4). Claimant provided no documentation to substantiate their claim and should be disallowed. |
| ROY, LORRAINE | 10113 | Goods Sold within 20 days/503 (b) (9) $32.00 General Unsecured - $0.00 **Total Claim Asserted - $32.00** | Claimant asserts a right to priority under section 503(b)(9) of the Bankruptcy Code. However, claimant provided no support to substantiate their claim or its treatment.  Claim should be disallowed. |
| SMITH, SAMUEL | 110 | Employee - Wages, Benefits, Severance $40.00 General Unsecured - $0.00 **Total Claim Asserted - $40.00** | Claimant is asserting priority treatment for unpaid wages per 507(a)(4). Claimant provided no documentation to substantiate their claim and should be disallowed. |
| TAMEZ, VINCENT | 10187 | Employee - Wages, Benefits, Severance $300.00 General Unsecured - $0.00 **Total Claim Asserted - $300.00** | Claimant is asserting priority treatment for unpaid wages per 507(a)(4). Claimant provided no documentation to substantiate their claim and should be disallowed. |