# EXHIBIT B

## Declaration

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KG Winddown, Inc.[1] | ) | Case No. 19-10953 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**DECLARATION OF CHRISTOPHER J. WELLS IN SUPPORT OF DEBTORS' SECOND OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS (NO LIABILITY, REDUCED AND/OR RECLASSIFIED**

I, Christopher J. Wells, declare under penalty of perjury as follows:

1. I am the Chief Restructuring Officer of each of the above-captioned debtors and debtors in possession (the "Debtors").

2. I submit this declaration (the "Declaration") in support of the *Debtors' Second Omnibus Objection (Substantive) to Certain Claims (Reclassified, Reduced and/or Reclassified, and No Liability)* (the "Second Omnibus Objection").[2]

3. Except as otherwise indicated herein, I have personal knowledge of the matters and issues set forth herein or have gained knowledge of such matters from my review of the relevant documents, or from information provided to me.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: KG Wind Down, Inc. (f/k/a Kona Grill, Inc.) (6690); KGRH Wind Down, Inc. (f/k/a Kona Restaurant Holdings, Inc.) (6703); KGS Wind Down, Inc. (f/k/a Kona Sushi, Inc.) (4253); KGM Wind Down, Inc. (f/k/a Kona Macadamia, Inc.) (2438); KGTR Wind Down, Inc. (f/k/a Kona Texas Restaurants, Inc.) (4089); KGIH Wind Down, Inc. (f/k/a Kona Grill International Holdings, Inc.) (1841); KGB Wind Down, Inc. (f/k/a Kona Baltimore, Inc.) (9163); KGI Wind Down, Inc. (f/k/a Kona Grill International, Inc.) (7911); and KGPR Wind Down, Inc. (f/k/a Kona Grill Puerto Rico, Inc.) (7641).

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Second Omnibus Objection.

4. I make this Declaration based on my review of the Disputed Claims referenced in the Second Omnibus Objection, together with any supporting or related documentation.

5. I and the appropriate personnel, in conjunction with the Debtors' professionals diligently reviewed and analyzed in good faith the Disputed Claims identified in the Second Omnibus Objection.

6. I have familiarity with the claims review process and the related objection process. In that capacity, I have reviewed the Disputed Claims referenced in the Second Omnibus Objection, and am directly familiar with the information contained therein. Additionally, I read the Second Omnibus Objection and the Proposed Order with respect to the Second Omnibus Objection. Some of the bases for the Second Omnibus Objection contained herein relate to matters within the knowledge of other agents of the Debtors and are based on information I received from them.

7. Each of the Disputed Claims listed on **Schedule 1** to the Proposed Order failed to provide sufficient documentation to support the priority of the claim, asserted a priority that is not reflected on the Debtors' books and records, or asserted a priority that is not supported under the Bankruptcy Code. Failure to modify the Disputed Claims could result in the relevant claimant receiving an unwarranted recovery against the Debtors. Accordingly, I respectfully request entry of an order reclassifying each Disputed Claim as a Claim with the priority identified in the column labeled "Modified Class" on **Schedule 1** to the Proposed Order.

2

3

8.  Each of the Disputed Claims listed on **Schedule 2** to the Proposed Order (i) failed to provide sufficient documentation to support the asserted priority of the claim, or asserted a priority that is not supported under the Bankruptcy Code, (ii) either failed to provide sufficient documentation to support the amount of the claim or showed a record of indebtedness that is not reflected on the Debtors' books and records, or (iii) was paid in full or in part in connection with claim reconciliation procedures approved by the Court. Accordingly, I believe each Claim to be Reduced and Reclassified should be modified in amount and reclassified as to priority with the priority and amount identified in the column labeled "Modified Amount and/or Modified Class" on **Schedule 2** to the Proposed Order.

9.  The Disputed Claim listed on **Schedule 3** to the Proposed Order seeks recovery of amounts for which the asserted Debtor is not liable pursuant to its books and records. Accordingly, I believe the No Liability Claim should be disallowed and expunged in full.

10. Accordingly, based upon my review of the Disputed Claims subject to the Second Omnibus Objection, I believe that the relief sought in the Second Omnibus Objection is in the best interests of the Debtors, the estates, and creditors.

Dated: November 15, 2019

*/s/ Christopher J. Wells*
Christopher J. Wells