IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KG Winddown, Inc.[1] | ) | Case No. 19-10953 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 17, 2019 AT 1:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801[2]**

**CONTESTED MATTERS:**

1. Debtors' First Omnibus Objection (Non-Substantive) to Certain Claims (Amended, Late Filed, Wrong Debtor, Duplicate and Insufficient Documentation) [Filed: 11/15/19] (Docket No. 500)

   Response Deadline: December 2, 2019, at 4:00 p.m.

   Responses Received:

   a. Informal Response of CBL & Associates Management, Inc.

   Related Documents:

   a. [Proposed] Order Sustaining Debtors' First Omnibus Objection (Non-Substantive) to Certain Claims (Amended, Late Filed, Wrong Debtor, Duplicate and Insufficient Documentation) [Filed: 11/15/19] (Docket No. 500, Exhibit A)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: KG Wind Down, Inc. (f/k/a Kona Grill, Inc.) (6690); KGRH Wind Down, Inc. (f/k/a Kona Restaurant Holdings, Inc.) (6703); KGS Wind Down, Inc. (f/k/a Kona Sushi, Inc.) (4253); KGM Wind Down, Inc. (f/k/a Kona Macadamia, Inc.) (2438); KGTR Wind Down, Inc. (f/k/a Kona Texas Restaurants, Inc.) (4089); KGIH Wind Down, Inc. (f/k/a Kona Grill International Holdings, Inc.) (1841); KGB Wind Down, Inc. (f/k/a Kona Baltimore, Inc.) (9163); KGI Wind Down, Inc. (f/k/a Kona Grill International, Inc.) (7911); and KGPR Wind Down, Inc. (f/k/a Kona Grill Puerto Rico, Inc.) (7641).

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

 b. Certification of Counsel Regarding Debtors' First Omnibus Objection (Non-Substantive) to Certain Claims (Amended, Late Filed, Wrong Debtor, Duplicate and Insufficient Documentation) [Filed: TBD] (Docket No. TBD)

Status: The Debtors intend to file a revised proposed order under certification of counsel resolving the informal comments.

2. Debtors' Second Omnibus Objection (Substantive) to Certain Claims (Reclassified, Reduced and/or Reclassified, and No Liability) [Filed: 11/15/19] (Docket No. 501)

Response Deadline: December 2, 2019, at 4:00 p.m. *(extended until December 6, 2019 for Ecolab and Michael's Finer Meats, LLC)*

Responses Received:

 a. Informal Response of Ecolab

 b. Informal Response of Michael's Finer Meats, LLC

 c. Informal Response of Easton Town Center II, LLC

Related Documents:

 a. [Proposed] Order Sustaining Debtors' Second Omnibus Objection (Substantive) to Certain Claims (Reclassified, Reduced and/or Reclassified, and No Liability) [Filed: 11/15/19] (Docket No. 501, Exhibit A)

 b. Notice of Submission of Proofs of Claim in Connection with Debtors' Second Omnibus Objection (Substantive) to Certain Claims (Reclassified, Reduced and/or Reclassified, and No Liability [Filed: 12/3/19] (Docket No. 512)

 c. Certification of Counsel Regarding Debtors' Second Omnibus Objection (Substantive) to Certain Claims (Reclassified, Reduced and/or Reclassified, and No Liability) [Filed: TBD] (Docket No. TBD)

Status: The Debtors intend to file a revised proposed order under certification of counsel resolving the informal comments.

3. Debtors' Third Omnibus Objection (Substantive) to Claims That Have Already Been Satisfied By the Debtors [Filed: 11/15/19] (Docket No. 502)

Response Deadline: December 2, 2019, at 4:00 p.m. *(extended until December 6, 2019 for Ecolab and Constellation NewEnergy) (extended until December 10, 2019 for Aramark)*

Responses Received:

 a. Response By the Tennessee Department of Revenue to the Debtors' Third Omnibus Objection to Claims [Filed: 12/2/19] (Docket No. 511)

    b.    Informal Response of Aramark

Related Documents:

    a.    [Proposed] Order Sustaining Debtors' Third Omnibus Objection (Substantive) to Claims That Have Already Been Satisfied By the Debtors [Filed: 11/15/19] (Docket No. 502, Exhibit A)

    b.    Notice of Submission of Proofs of Claim in Connection with Debtors' Third Omnibus Objection (Substantive) to Claims That Have Already Been Satisfied By the Debtors [Filed: 12/3/19] (Docket No. 513)

    c.    Certification of Counsel Regarding Debtors' Third Omnibus Objection (Substantive) to Claims That Have Already Been Satisfied By the Debtors [Filed: TBD] (Docket No. TBD)

Status: The Debtors intend to file a revised proposed order under certification of counsel resolving the response filed by the Tennessee Department of Revenue and the informal comments.

## QUARTERLY FEE APPLICATIONS:

4.    Quarterly Fee Applications are scheduled to go forward at this hearing. Attached hereto as Exhibit A is a complete list of those quarterly fee applications scheduled to be heard. The items listed on Exhibit A hereto correspond to the order of the fee applications, and documents related thereto, that were in the binders previously submitted to the Court, pursuant to the Court's Chambers' Procedures.

Responses Received: None.

Related Documents:

    a.    Certification of Counsel Regarding Proposed Omnibus Order Approving Second Quarterly Fee Applications for the Period from July 1, 2019 Through September 30, 2019 [Filed: 12/13/19] (Docket No. 528)

        (i)    [Proposed] Omnibus Order Approving Second Quarterly Fee Applications for the Period from July 1, 2019 Through September 30, 2019 [Filed: 12/13/19] (Docket No. 528, Exhibit 1)

*[Remainder of Page Intentionally Left Blank]*

<u>Status:</u> This matter will go forward.

Dated: December 13, 2019

        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ James E. O'Neill*
        Jeremy V. Richards (CA Bar No. 102300)
        James E. O'Neill (DE Bar No. 4042)
        John W. Lucas (CA Bar No. 271038)
        Colin R. Robinson (DE Bar No. 5524)
        919 N. Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, DE  19899-8705 (Courier 19801)
        Telephone:  (302) 652-4100
        Facsimile: (302) 652-4400
        E-mail:  jrichards@pszjlaw.com
                joneill@pszjlaw.com
                jlucas@pszjlaw.com
                crobinson@pszjlaw.com

        *Attorneys for Debtors and Debtors in Possession*