IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KG Winddown, Inc.[1] | ) | Case No. 19-10953 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | **Re: Docket No. 486** |

## ORDER GRANTING FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED BY KEEN-SUMMIT CAPITAL PARTNERS LLC AS REAL ESTATE ADVISOR FOR THE DEBTORS

Keen-Summit Capital Partners LLC ("Keen"), as real estate advisor for the above captioned debtors and debtors in possession (the "Debtors"), filed its *First and Final Fee Application for Allowance of Compensation for Services Rendered By Keen-Summit Capital Partners LLC as Real Estate Advisor for the Debtors* (the "Application"). The Court has reviewed the Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application. Accordingly, it is hereby

ORDERED that the Application is GRANTED, on a final basis. To the extent not already paid, the Debtors shall pay to Keen the aggregate amount of (i) $465,751.00 as compensation for necessary professional services rendered, and (ii) $0.00 for actual and

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: KG Wind Down, Inc. (f/k/a Kona Grill, Inc.) (6690); KGRH Wind Down, Inc. (f/k/a Kona Restaurant Holdings, Inc.) (6703); KGS Wind Down, Inc. (f/k/a Kona Sushi, Inc.) (4253); KGM Wind Down, Inc. (f/k/a Kona Macadamia, Inc.) (2438); KGTR Wind Down, Inc. (f/k/a Kona Texas Restaurants, Inc.) (4089); KGIH Wind Down, Inc. (f/k/a Kona Grill International Holdings, Inc.) (1841); KGB Wind Down, Inc. (f/k/a Kona Baltimore, Inc.) (9163); KGI Wind Down, Inc. (f/k/a Kona Grill International, Inc.) (7911); and KGPR Wind Down, Inc. (f/k/a Kona Grill Puerto Rico, Inc.) (7641).

necessary expenses, for a total of $465,751.00 for services rendered and expenses incurred by Keen for the period April 30, 2019 Through November 26, 2019.

|  |  |
|---|---|
| **Dated: December 16th, 2019**<br>**Wilmington, Delaware** | **CHRISTOPHER S. SONTCHI**<br>**UNITED STATES BANKRUPTCY JUDGE** |

DOCS_DE:226760.1 50045/002