IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KG Winddown, Inc.[1] | ) | Case No. 19-10953 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | **Re: Docket No. 487** |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF PIPER JAFFRAY & CO. AS INVESTMENT BANKER AND EXCLUSIVE AGENT FOR THE DEBTORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 30, 2019 THROUGH OCTOBER 4, 2019**

Piper Jaffray & Co. ("Piper Jaffray"), as investment banker and exclusive agent for the above captioned debtors and debtors in possession (the "Debtors"), filed its *First and Final Fee Application of Piper Jaffray & Co. as Investment Banker and Exclusive Agent for the Debtors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period April 30, 2019 Through October 4, 2019* (the "Application"). The Court has reviewed the Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application. Accordingly, it is hereby

ORDERED that the Application is GRANTED, on a final basis. To the extent not already paid, the Debtors shall pay to Piper Jaffray the aggregate amount of (i) $1,300,000.00

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: KG Wind Down, Inc. (f/k/a Kona Grill, Inc.) (6690); KGRH Wind Down, Inc. (f/k/a Kona Restaurant Holdings, Inc.) (6703); KGS Wind Down, Inc. (f/k/a Kona Sushi, Inc.) (4253); KGM Wind Down, Inc. (f/k/a Kona Macadamia, Inc.) (2438); KGTR Wind Down, Inc. (f/k/a Kona Texas Restaurants, Inc.) (4089); KGIH Wind Down, Inc. (f/k/a Kona Grill International Holdings, Inc.) (1841); KGB Wind Down, Inc. (f/k/a Kona Baltimore, Inc.) (9163); KGI Wind Down, Inc. (f/k/a Kona Grill International, Inc.) (7911); and KGPR Wind Down, Inc. (f/k/a Kona Grill Puerto Rico, Inc.) (7641).

(comprising the net sale fee of $1,100,000.00 and $200,000.00 monthly advisory fees) as compensation for necessary professional services rendered, and (ii) $5,662.71 for actual and necessary expenses, for a total of $1,305,662.71 for services rendered and expenses incurred by Piper Jaffray for the period April 30, 2019 Through October 4, 2019.

**Dated: December 16th, 2019**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:226761.1 50045/002