# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re: KG Wind Down, Inc., et al.** | Case No.: | 19-10953 (CSS) |
| | Reporting Period: | 01.01.20-01.31.20 |
| | Federal Tax I.D. #: | 20-0216690 |

## Monthly Operating Report

| Required Documents | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| **Schedule of Cash Receipts and Disbursements** | MOR-1/MOR-1a | X | |
| Bank Account Information/Reconciliation | MOR-1b | X | Bank reconciliation statement |
| Schedule of Professional Fees Paid | MOR-1c | X | |
| Copies of Bank Statements | | N/A | X |
| Cash Disbursements Journals | | N/A | X |
| **Statement of Operations** | MOR-2 | X | Consolidating |
| **Balance Sheet** | MOR-3 | X | Consolidated |
| **Status of Post-Petition Taxes** | MOR-4 | X | Attestation |
| Copies of IRS Form 6123 or payment receipt | | N/A | |
| Copies of Tax Returns Filed During Reporting Period | | N/A | |
| **Summary of Unpaid Post-Petition Debts** | | N/A | |
| Listing of Aged Accounts Payable | MOR-5 | X | |
| **Accounts Receivable Reconciliation and Aging** | MOR-6 | X | |
| **Debtor Questionnaire** | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_____        2/12/2020
Signature of Authorized Individual[3]       Date

Christopher J. Wells                         Chief Restructuring Officer
Printed Name of Authorized Individual        Title of Authorized Individual

(1) The Debtors and the last four digits of their respective taxpayer identification numbers include: KG Wind Down, Inc. (6690); KGRH Wind Down, Inc. (6703); KGS Wind Down, Inc. (4253); KGM Wind Down Inc. (2438); KGTR Wind Down Inc. (4089); KGIH Wind Down, Inc. (1841); KGB Wind Down, Inc. (9163); KGI Wind Down, Inc. (7911); and KGPR Wind Down, Inc. (7641). The headquarters and service address for the above-captioned Debtors is 1 E. Washington St., Suite 1850, Phoenix, Arizona 85004.

(2) The Debtors formerly operated restaurants under the "Kona Grill" name.

(3) Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

| | | |
|---|---|---|
| **In re: KG Wind Down, Inc., et al.** | Form No.: | MOR-1 |
| **Figures in $** | Case No.: | 19-10953 (CSS) |
| | Reporting Period: | 01.01.20-01.31.20 |
| | Federal Tax I.D. #: | 20-0216690 |

| Consolidated Schedule of Cash Receipts and Disbursements (Period & Case to Date) | | |
|---|---:|---:|
| | **Period** [1] | **Case to Date** |
| **Total Cash Receipts from Operations** | $2,722 | $48,553,850 |
| F&B | - | 13,837,458 |
| Utilities | - | 1,012,794 |
| A/P Others | 16,964 | 3,061,216 |
| Wages / Bonus / PR Taxes | - | 17,527,935 |
| Rent | - | 5,918,796 |
| Sales Taxes | 29,121 | 4,447,066 |
| Insurance | 113,567 | 1,523,711 |
| Other/Misc | 13,979 | 216,671 |
| **Cash Disbursements from Operations** | **$173,631** | **$47,545,646** |
| **Operating Net Cash Flow** | **-$170,910** | **$1,008,204** |
| **Chapter 11 Related Cash Flows** | | |
| Accrued Ch.11 Professionals | 120,521 | 4,808,450 |
| Ch.11 Sec. Lender Professionals | 1,147 | 261,667 |
| Ch.11 UCC Professionals | - | 900,783 |
| Utility Deposits into Escrow | - | 124,953 |
| Court Filing Fee/ US Trustee Fees | 118,886 | 1,066,355 |
| KERP/Retention Bonus | - | - |
| Pre-petition Roll-Up Debt | - | 33,218,750 |
| DIP Fees / Interest / Principal | - | 19,720,695 |
| **Total Chapter 11 Impact** | **$240,554** | **$60,101,653** |
| **Sale Proceeds** | $0 | 26,024,734 |
| **Mgmt Agreement Activity** | | |
| TOG Receipts | 2,582,621 | 10,565,092 |
| TOG F&B Disbursements | (166,262) | (954,489) |
| TOG Transfers | (2,200,000) | (9,450,000) |
| **Total Mgmt Agreement Impact** | **$216,359** | **$160,603** |
| **Chapter 11: Net Cash Flows** | **$ (195,104)** | **$ (32,908,112)** |
| **Cash Balance:** | | |
| Beginning Bank Balance | **$4,420,422** | **$1,390,249** |
| Change in Cash, excluding DIP Paydown (book basis) | (195,104) | (30,408,112) |
| Non-Cash Disbursements | - | 33,218,750 |
| DIP Draws/(Paydowns), net | - | - |
| Timing adjustments (Float) | (242) | 24,188 |
| Ending Cash Bank Balance (MOR-1b, 9811/EW Accounts) [2] | **$4,225,075** | **$4,225,075** |
| **DIP Balance** | **$0** | **$0** |

**General Notes to MOR-1:**
MOR-1 is based on the form/format of cash flow projections provided for in the Debtors' Final Debtor-In-Possession ("DIP") financing budget (Docket #165) and initial monthly operating report (Docket #96). Cash receipts and disbursement amounts are derived based on information from the Debtors financial records on a consolidated book basis.

(1) Cash disbursements related to the roll-up of the pre-petition secured loan did not represent actual cash outflows from the Debtors' bank accounts but are included per US Trustee guidelines.

(2) Bank balance per 01/31/20 balance in *9811 account and East West Bank accounts

| | | | | | |
|---|---|---|---|---|---|
| In re: KG Wind Down, Inc., et al. | | | Form No.: | | MOR-1a |
| Figures in $ | | | Case No.: | | 19-10953 (CSS) |
| | | | Reporting Period: | | 01.01.20-01.31.20 |
| | | | Federal Tax I.D. #: | | 20-0216690 |

| Schedule of Cash Receipts and Disbursements by Legal Entity [1] | | | | | |
|---|---|---|---|---|---|
| Debtor | Case Number | Cash Receipts | Cash Disbursements | Intercompany [2] | Net Cash Flow [3] |
| KG Wind Down, Inc. | 19-10953 | - | (240,554) | 240,554 | (240,554) |
| KGRH Wind Down, Inc. [4] | 19-10954 | 2,585,342 | (2,539,893) | (240,554) | 45,450 |
| KGS Wind Down, Inc. | 19-10955 | - | - | - | - |
| KGM Wind Down, Inc. | 19-10956 | - | - | - | - |
| KGTR Wind Down, Inc. | 19-10957 | - | - | - | - |
| KGIH Wind Down, Inc. | 19-10958 | - | - | - | - |
| KGB Wind Down, Inc. | 19-10959 | - | - | - | - |
| KGI Wind Down Inc. | 19-10960 | - | - | - | - |
| KGPR Wind Down, Inc. | 19-10961 | - | - | - | - |
| Totals | | $ 2,585,342 | $ (2,780,447) | $ - | $ (195,104) |

Notes to MOR-1a:
Cash receipts and disbursement amounts are derived based on information from the Debtors bank statements. Cash receipts and disbursements between Debtors are included in this schedule.
Cash receipts related to the Debtor-In-Possession financing have been excluded unless otherwise noted.
(1) Receipts and disbursements were allocated to entities based on pro-rata activity within the P&L (MOR-2) and may not reflect actual activity by legal entity.
(2) All receipts and disbursements flow through bank accounts held in name of KGRH Wind Down, Inc. (19-10954); Debtor has excluded intercompany and attributed activity to each of the Debtors as if they maintained separate receipt and disbursement accounts.
(3) Excludes intercompany transfers.
(4) Includes all activity related to liqour license management agreements.

| | | |
|---|---|---|
| **In re: KG Wind Down, Inc., et al.** | **Form No.:** | **MOR-1b** |
| | **Case No.:** | **19-10953 (CSS)** |
| | **Reporting Period:** | **01.01.20-01.31.20** |
| | **Federal Tax I.D. #:** | **20-0216690** |

**Bank Reconciliations**

The above-captioned debtors (the "Debtors") hereby submit this attestation regarding bank account reconciliations in lieu of providing copies of bank statements.

The Debtors' standard practice is to ensure that each bank account is reconciled to bank statements at least once per fiscal quarter within 45 days after the month end. I attest that each of the Debtors' bank accounts is reconciled to bank statements in accordance with its practices.

_____                         __2/12/2020__
Signature of Authorized Individual                                 Date

Christopher J. Wells                                                         Chief Restructuring Officer
Printed Name of Authorized Individual                       Title of Authorized Individual

**In re: KG Wind Down, Inc., et al.**
**Figures in $**

Form No.: **MOR-1b**
Case No.: **19-10953 (CSS)**
Reporting Period: **01.01.20-01.31.20**

Federal Tax I.D. #: **20-0216690**

| Bank Account Information [1] | | | | | | |
|---|---|---|---|---|---|---|
| Legal Entity | Case Number | Bank Name / Address | Description | Acct # (Last 4 Digits) | Bank Balance | |
| Kona Restaurant Holdings, Inc. (a/k/a KGRH Wind Down, Inc.) | 19-10954 | Wells Fargo Bank, N.A. (182) PO Box 63020 San Francisco, CA 94163 | Operating | 9811 | $407,024 | (2) |
| Kona Restaurant Holdings, Inc. (a/k/a KGRH Wind Down, Inc.) | 19-10954 | East West Bank 135 N. Los Robles Ave., Suite 600 Pasadena, CA 91101 | Concentration | 3881 | $3,371,611 | |
| Kona Restaurant Holdings, Inc. (a/k/a KGRH Wind Down, Inc.) | 19-10954 | East West Bank 135 N. Los Robles Ave., Suite 600 Pasadena, CA 91101 | Disbursements | 3860 | $245,519 | |
| Kona Restaurant Holdings, Inc. (a/k/a KGRH Wind Down, Inc.) | 19-10954 | East West Bank 135 N. Los Robles Ave., Suite 600 Pasadena, CA 91101 | Restricted Account for Maricopa County per Sale Order (Docket #428) | 3902 | $65,840 | |
| Kona Restaurant Holdings, Inc. (a/k/a KGRH Wind Down, Inc.) | 19-10954 | East West Bank 135 N. Los Robles Ave., Suite 600 Pasadena, CA 91101 | Restricted Account for Texas Personal Property Taxes per Sale Order (Docket #428) | 3895 | $135,082 | |
| Kona Restaurant Holdings, Inc. (a/k/a KGRH Wind Down, Inc.) | 19-10954 | East West Bank 135 N. Los Robles Ave., Suite 600 Pasadena, CA 91101 | Adequate Assurance Utility Account | 3888 | $89,832 | (3) |
| Kona Restaurant Holdings, Inc. (a/k/a KGRH Wind Down, Inc.) | 19-10954 | Wells Fargo Bank, N.A. (182) PO Box 63020 San Francisco, CA 94163 | FINTECH/ Payables Account | 0072 | $0 | |
| Kona Grill Inc.(a/k/a KG Wind Down, Inc.) (Nevada Department of Taxation) | 19-10953 | Bank of America PO Box 619040 Dallas, TX 75261-9443 | Sales/Use Restricted Account | 8208 | $58,374 | (4) |
| | | | | TOTAL | $4,373,281 | |

Notes to MOR-1b:
All amounts listed above are the bank balances as of the fiscal period. Copies of bank statements and cash disbursement journals are not included in this MOR. These items will be made available upon request.

(1) Account listings and balances related to the 38 sub-accounts referenced in Cash Management Motion (Doc #8) are not provided as those accounts are zero-balance accounts swept to the concentration account (9811) daily.
(2) Accounts maintained to accomodate activity related specifically to Buyer's purchase and sale of liqour under Debtor's liqour licenses until buyer acquires new licenses under its own legal entity.
(3) Account set up with East West for adequate assurance per Utility Motion.
(4) Cash treated as "Investments" per Debtor books and records; Supports Sales/Use Taxes for Nevada. Balances updated quarterly.

**In re: KG Wind Down, Inc., et al.**
**Figures in $**

| | | Form No.: | MOR-1c |
|---|---|---|---|
| | | Case No.: | **19-10953 (CSS)** |
| | | Reporting Period: | **01.01.20-01.31.20** |
| | | Federal Tax I.D. #: | **20-0216690** |

### Schedule of Professional Fees and Expenses Paid

| Payee | Role in the Case | Period Covered | Amount Paid in Period Fees | Amount Paid in Period Expenses | Case to Date Fees | Case to Date Expenses |
|---|---|---|---|---|---|---|
| Alvarez & Marsal Inc. | CEO/CRO | 12/1/19 - 12/31/19 | $ 50,949 | $ 45 | $ 2,149,303 | $ 85,104 |
| Pachulski Stang Ziehl & Jones LLP | Debtor Counsel | 11/1/19 - 11/30/19 | $ 54,407 | $ 892 | $ 933,602 | $ 39,698 |
| Epiq Systems, Inc. | Claims/Noticing Agent | 12/1/19 - 12/31/19 | $ 11,253 | $ 2,974 | $ 170,454 | $ 124,626 |
| Kelley Drye & Warren LLP | UCC Counsel | | $ - | $ - | $ 417,198 | $ 9,090 |
| Province, Inc. | UCC Financial Advisor | | $ - | $ - | $ 350,840 | $ 2,330 |
| Bayard, P.A. | UCC Counsel (Local) | | $ - | $ - | $ 118,590 | $ 2,735 |
| Piper Jaffray | Investment Banker | | $ - | $ - | $ 1,300,000 | $ 5,663 |
| | | TOTAL | $ 116,609 | $ 3,912 | $ 5,439,988 | $ 269,245 |
| | | Period | | $ 120,521 | Case to Date | $ 5,709,233 |

**Notes to MOR-1b:**
Listing of payments only related to those professionals retained by the Debtor estate.

| | Form No.: | MOR-2 |
|---|---|---|
| In re: KG Wind Down, Inc., et al. | Case No.: | 19-10953 (CSS) |
| Figures in $ | Reporting Period: | 01.01.20-01.31.20 |
| | Federal Tax I.D. #: | 20-0216690 |

## Consolidating Statement of Operations (Unaudited) [1]

| Entity Name | KG Wind Down, Inc. | KGRH Wind Down, Inc. | KGS Wind Down, Inc. | KGM Wind Down, Inc. | KGTR Wind Down, Inc. | KGIH Wind Down, Inc. | KGB Wind Down, Inc. | KGI Wind Down Inc. | KGPR Wind Down, Inc. | Consolidated |
|---|---|---|---|---|---|---|---|---|---|---|
| Case # | 19-10953 | 19-10954 | 19-10955 | 19-10956 | 19-10957 | 19-10958 | 19-10959 | 19-10960 | 19-10961 | TOTAL |
| **Revenues:** | | | | | | | | | | |
| Restaurant sales, net | - | - | - | - | - | - | - | - | - | - |
| Franchise and other revenues | - | - | - | - | - | - | - | - | - | - |
| Total revenues | - | - | - | - | - | - | - | - | - | - |
| **Costs and expenses:** | | | | | | | | | | |
| Restaurant costs | | | | | | | | | | |
| Cost of sales | - | - | - | - | - | - | - | - | - | - |
| Compensation and benefits | - | - | - | - | - | - | - | - | - | - |
| Direct operating and occupancy expense | - | - | - | - | - | - | - | - | - | - |
| Total restaurant costs | - | - | - | - | - | - | - | - | - | - |
| General and administrative expense | - | 29,464 | - | - | - | - | - | - | - | 29,464 |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Loss/(gain) on sale of assets | - | - | - | - | - | - | - | - | - | - |
| Operating (loss) income | - | (29,464) | - | - | - | - | - | - | - | (29,464) |
| **Restructuring Costs** | 34,295 | - | - | - | - | - | - | - | - | 34,295 |
| **Other (income) expense:** | | | | | | | | | | |
| Interest expense, net | - | - | - | - | - | - | - | - | - | - |
| Other (income) expense, net | - | (2,537) | - | - | - | - | - | - | - | (2,537) |
| Total other expense, net | - | (2,537) | - | - | - | - | - | - | - | (2,537) |
| Loss before income tax provision | (34,295) | (26,927) | - | - | - | - | - | - | - | (61,222) |
| Income tax provision | - | - | - | - | - | - | - | - | - | - |
| Net Loss | (34,295) | (26,927) | - | - | - | - | - | - | - | (61,222) |

**Notes to the MOR-2:**
This Monthly Operating Report ("MOR") has been prepared solely for the purpose of complying with the monthly reporting requirements applicable in the bankruptcy cases and is in a format acceptable to the Office of the U.S. Trustee. The financial information contained herein is unaudited, preliminary, limited in scope, and as discussed below, may not comply with accounting principles generally accepted in the United States of America ("U.S. GAAP") in all material respects.

The unaudited consolidated financial statements have been derived from the books and records of KG Wind Down, Inc. and related Debtors ("Kona") on a consolidated or consolidating basis as applicable. The information furnished in this report includes primarily normal recurring adjustments, but not all of the adjustments that would typically be made for the quarterly and annual financial statements to be in accordance with U.S. GAAP. Furthermore, the financial information contained herein has not been subjected to the same level of accounting review and testing that Kona applies in the preparation of their quarterly and annual financial information in accordance with U.S. GAAP. Accordingly, upon the application of such procedures, Kona believes that the financial information may be subject to change, and that these changes could be material.

The results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the consolidated results of operations, financial position and schedule of receipts and disbursements of Kona in the future. Kona cautions readers not to place undue reliance upon the MOR. There can be no assurance that such information is complete and the MOR may be subject to revision.

Intercompany Transactions
Due to the cash management structure of Kona, intercompany activity is material among Debtor entities making an isolated entity breakout within MOR-1 and MOR-3 limited. Intercompany transactions between Debtors have been nearly eliminated in the financial statements contained herein.

Liabilities Subject to Compromise
As a result of the chapter 11 filing, the payment of pre-petition indebtedness is subject to compromise or other treatment under a plan of reorganization or liquidation. The determination of how liabilities will ultimately be settled and treated cannot be made until the bankruptcy court approves a chapter 11 plan. Accordingly, the ultimate amount of such liabilities is not determinable at this time. Kona has segregated pre-petition liabilities that are subject to compromise to be reported at the amounts expected to be allowed, even if they may be settled for lesser amounts. The amounts currently classified as liabilities subject to compromise are preliminary and may be subject to future adjustments depending on bankruptcy court actions, first day motions that allow certain pre-petition liabilities to be paid in the ordinary course, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, assumption or rejection of executory contracts, impact of an asset purchase agreement and liabilities being assumed by the buyer, and continued reconciliation and other events.

Restructuring Costs
Expenses and income directly associated with the chapter 11 filings have been reported separately in the income statement as restructuring expenses, except for interest and expenses associated with Kona's Debtor-in-Possession Financing (included in interest expense). Restructuring expenses include post-petition expenses and payments related to legal advisory and representation services, other professional consulting and advisory services including claims reconciliation, US Trustee fees, expenses associated with retention of Kona employees per court approval, changes in liabilities subject to compromise recognized as there are changes in amounts expected to be allowed claims, and all other items related to the chapter 11 process that are non-reoccurring.

363 Sale Transaction
On September 24, 2019, the Court entered that certain Order (I) Approving Asset Purchase Agreement ("APA") and Authorizing the Sale of Substantially all of the Debtors Assets Free and Clear of All Liens, claims and encumbrances, and other interests; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (IV) Granting Related Relief [D.I. 428], thereby approving the sale (the "Sale") of the Assets and the assumption and assignment of certain executory contracts and unexpired leases to Kona Acquisition, LLC, pursuant to the APA. The Sale closed at the end of the day on October 4, 2019. Per the APA the Purchaser is to provide to the Debtor an allocation of the purchase price proceeds among the assets included in the sale 60 days after the sale close date. Until such time the allocation is provided and approved by the Debtor, the proceeds will be allocated to KG Wind Down, Inc. and assume that book value approximates fair market value. The financial statements conained herein reflect the transfer of assets on October 5, 2019 - the first day of operations under the buyer despite proceeds being received on October 4, 2019.

| | | |
|---|---|---|
| **In re: KG Wind Down, Inc., et al.** | Form No.: | MOR-3 |
| **Figures in $** | Case No.: | 19-10953 (CSS) |
| | Reporting Period: | 01.01.20-01.31.20 |
| | Federal Tax I.D. #: | 20-0216690 |

**Consolidated Balance Sheet (Unaudited)**

| | | Period Ending |
|---|---|---:|
| **Assets** | | |
| Current assets: | | |
|   Cash and cash equivalents | $ | 4,314,907 |
|   Investments | | 58,374 |
|   Receivables | | 235,772 |
|   Inventories | | - |
|   Prepaids and other | | 918,675 |
| Total current assets | $ | 5,527,728 |
| | | |
| Other assets | | - |
| ROU Lease Asset | | - |
| Property and equipment | | - |
| Accumulated depreciation | | - |
| Construction in progress | | - |
| **Total assets** | $ | 5,527,728 |
| | | |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
|   Accounts Payable | $ | 143,722 |
|   Accrued Expenses | | 982,978 |
|   Accrued Restructuring Expenses | | 233,279 |
|   Current Portion of ROU lease liability | | - |
|   Current portion of notes payable | | - |
| Total current liabilities | $ | 1,359,979 |
| | | |
| Long term notes payable | | - |
| Deferred Revenue & Other Long-Term Liabilities | | - |
| Long term ROU lease liability | | - |
| Liabilities subject to compromise | | 39,616,487 (1) |
| **Total liabilities** | $ | 40,976,466 |
| | | |
| Stockholders' Equity: | | |
|   Common Stock | | 133,829 |
|   Treasury Stock | | (999,555) |
|   Additional paid-in capital | | 92,538,085 |
|   Accumulated deficit | | (127,059,875) |
|   Net income (loss) | | (61,222) |
| **Total members' equity** | $ | (35,448,738) |
| | | |
| **Total liabilities and stockholders' deficit** | $ | 5,527,728 |

| In re: KG Wind Down, Inc., et al. | Form No.: | MOR-3 |
|---|---|---|
| Figures in $ | Case No.: | 19-10953 (CSS) |
| | Reporting Period: | 01.01.20-01.31.20 |
| | Federal Tax I.D. #: | 20-0216690 |

## Consolidated Balance Sheet (Unaudited)

**Period Ending**

**Notes to the MOR-3:**

This Monthly Operating Report ("MOR") has been prepared solely for the purpose of complying with the monthly reporting requirements applicable in the bankruptcy cases and is in a format acceptable to the Office of the U.S. Trustee. The financial information contained herein is unaudited, preliminary, limited in scope, and as discussed below, may not comply with accounting principles generally accepted in the United States of America ("U.S. GAAP") in all material respects. All results are being presented on a consolidated basis due to the complexity of intercompany transactions among Debtor entities and system limitations that prevent isolating activity among distinct Debtors. As previously discussed, the October period reflects 4 less days to accommodate a close timing (October 4, 2019) just prior to the 363 transaction as discussed below.

The unaudited consolidated financial statements have been derived from the books and records of KG Wind Down, Inc. and related Debtors ("Kona") on a consolidated or consolidating basis as applicable. The information furnished in this report includes primarily normal recurring adjustments, but not all of the adjustments that would typically be made for the quarterly and annual financial statements to be in accordance with U.S. GAAP. Furthermore, the financial information contained herein has not been subjected to the same level of accounting review and testing that Kona applies in the preparation of their quarterly and annual financial information in accordance with U.S. GAAP. Accordingly, upon the application of such procedures, Kona believes that the financial information may be subject to change, and that these changes could be material.

The results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the consolidated results of operations, financial position and schedule of receipts and disbursements of Kona in the future. Kona cautions readers not to place undue reliance upon the MOR. There can be no assurance that such information is complete and the MOR may be subject to revision.

Intercompany Transactions

Due to the cash management structure of Kona, intercompany activity is material among Debtor entities making an isolated entity breakout within MOR-1 and MOR-3 limited. Those schedules are being presented on a consolidated basis. Intercompany transactions between Debtors are only booked for year end tax purposes. There are no Non-debtor affiliates.

Liabilities Subject to Compromise

As a result of the chapter 11 filing, the payment of pre-petition indebtedness is subject to compromise or other treatment under a plan of reorganization or liquidation. The determination of how liabilities will ultimately be settled and treated cannot be made until the bankruptcy court approves a chapter 11 plan. Accordingly, the ultimate amount of such liabilities is not determinable at this time. Kona has segregated pre-petition liabilities that are subject to compromise to be reported at the amounts expected to be allowed, even if they may be settled for lesser amounts. The amounts currently classified as liabilities subject to compromise are preliminary and may be subject to future adjustments depending on bankruptcy court actions, first day motions that allow certain pre-petition liabilities to be paid in the ordinary course, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, assumption or rejection of executory contracts, impact of an asset

Restructuring Costs

Expenses and income directly associated with the chapter 11 filings have been reported separately in the income statement as restructuring expenses, except for interest and expenses associated with Kona's Debtor-in-Possession Financing (included in interest expense). Restructuring expenses include post-petition expenses and payments related to legal advisory and representation services, other professional consulting and advisory services including claims reconciliation, US Trustee fees, expenses associated with retention of Kona employees per court approval, changes in liabilities subject to compromise recognized as there are changes in amounts expected to be allowed claims, and all other items related to the chapter 11 process that are non-reoccurring.

363 Sale Transaction

On September 24, 2019, the Court entered that certain Order (I) Approving Asset Purchase Agreement ("APA") and Authorizing the Sale of Substantially all of the Debtors Assets Free and Clear of All Liens, claims and encumbrances, and other interests; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (IV) Granting Related Relief [D.I. 428], thereby approving the sale (the "Sale") of the Assets and the assumption and assignment of certain executory contracts and unexpired leases to Kona Acquisition, LLC, pursuant to the APA. The Sale closed at the end of the day on October 4, 2019. Per the APA the Purchaser is to provide to the Debtor an allocation of the purchase price proceeds among the assets included in the sale 60 days after the sale close date. Until such time the allocation is provided and approved by the Debtor, the proceeds will be allocated to KG Wind Down, Inc. and assume that book value approximates fair market value. The financial statements conained herein reflect the transfer of assets on October 5, 2019 - the first day of operations under the buyer despite proceeds being received on October 4, 2019.

(1) Includes $16.4M of remaining roll-up prepetition debt.

| | | |
|---|---|---|
| **In re: KG Wind Down, Inc., et al.** | **Form No.:** | **MOR-1b** |
| | **Case No.:** | **19-10953 (CSS)** |
| | **Reporting Period:** | **01.01.20-01.31.20** |
| | **Federal Tax I.D. #:** | **20-0216690** |

## Status of Post-Petition Taxes

The above-captioned debtors (the "Debtors") hereby submit this attestation regarding post-petition taxes.

The Debtors' standard practice is to ensure that all taxes are submitted on a timely basis. I attest that each of the Debtors' have paid all due/owing post-petition taxes.

_[signature]_                                                                 __2/12/2020__
Signature of Authorized Individual                              Date

Christopher J. Wells                                                    Chief Restructuring Officer
Printed Name of Authorized Individual                     Title of Authorized Individual

**In re: KG Wind Down, Inc., et al.**    Form No.: MOR-5
**Figures in $**    Case No.: **19-10953 (CSS)**
    Reporting Period: **01.01.20-01.31.20**
    Federal Tax I.D. #: **20-0216690**

| Accounts Payable (Post-Petition) Balance (Unaudited) [1] | |
|---|---|
| **Accounts Payable Aging** | **Balance** |
| 0 - 30 days old | $ 143,722 (2) |
| 31 - 60 days old | - |
| 61 - 90 days old | - |
| 91+ days old | - |
| **Total Accounts Payable (Post-Petition)** | **$ 143,722** |

**Notes to MOR-5:**
(1) Excludes all accruals that have yet to be invoiced by vendor
(2) Majority of the balances relate to professional fees billed + holdbacks that are not due.

**In re: KG Wind Down, Inc., et al.**  |  Form No.: | MOR-6
Figures in $ | Case No.: | **19-10953 (CSS)**
 | Reporting Period: | **01.01.20-01.31.20**
 | Federal Tax I.D. #: | **20-0216690**

| Accounts Receivable (Post-Petition) Balance (Unaudited) | |
| --- | --- |
| **Accounts Receivable Reconciliation** | **Balance** |
| Total Accounts Receivable at the beginning of the reporting period | $212,110 |
| (+) Amounts billed during the period | $23,663 |
| (-) Amounts included in sale to Kona Grill Acquisition LLC | $0 |
| (-) Amounts collected during the period | $0 |
| (-) Credits and allowances used/applied during the period & Other Adjustments | $0 |
| **Total Gross Accounts Receivable at the end of the reporting period** | **$235,772** |

| Accounts Receivable Aging | Balance |
| --- | --- |
| 0 - 30 days old | $23,663 |
| 31 - 60 days old | $80,382 |
| 61 - 90 days old | $0 |
| 91+ days old | $131,727 |
| **Total Accounts Receivable (Post-Petition)** | **$235,772** |

*Accounts Receivable Reserves*

**Accounts Receivable, net** | $ | 235,772

**In re: KG Wind Down, Inc., et al.**

| | |
|---|---|
| Form No.: | MOR-7 |
| Case No.: | 19-10953 (CSS) |
| Reporting Period: | 01.01.20-01.31.20 |
| Federal Tax I.D. #: | 20-0216690 |

| | Debtor Questionnaire | Yes | No |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. | Have all post-petition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. | Are workers' compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | | X |
| 5. | Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

**Explanations**

4. On September 24, 2019, the Court entered that certain Order (I) Approving Asset Purchase Agreement ("APA") and Authorizing the Sale of Substantially all of the Debtors Assets Free and Clear of All Liens, claims and encumbrances, and other interests; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (IV) Granting Related Relief [D.I. 428], thereby approving the sale (the "Sale") of the Assets and the assumption and assignment of certain executory contracts and unexpired leases to Kona Acquisition, LLC, pursuant to the APA. The Sale closed at the end of the day on October 4, 2019. As of October 5, 2019, the Debtors have no employees, no longer own any restaurants, are not subject to any real estate leases, and per the Management Agreement attached to the APA, the buyer is responsible for all insurance coverages thereafter. As a result, all workers comp, general liability, property, and auto and related insurances were cancelled. The Debtors did bind a new three year D&O policy to cover all activities of the Debtors post-sale (Wind-Down D&O coverage).