# State of Louisiana
## Department of Revenue



JOHN BEL EDWARDS
Governor

KIMBERLY LEWIS ROBINSON
Secretary

January 7, 2020

```
Filed: USBC - District of Delaware
Kona Grill, Inc., et al., (COR)
19-10953(CSS)
KNG                    0000000013
```

**RECEIVED**

**JAN 13 2020**

**LEGAL SERVICES**

KG Wind Down, Inc. (f/k/a Kona Grill, Inc.)
Claims Processing Center
c/o Epiq Corporate Restructuring LLC
P. O. Box 4420
Beaverton, OR  97076-4420

Subject:  KG Wind Down, Inc. (f/k/a Kona Grill, Inc.)
          Chapter 11 Bankruptcy
          Bankruptcy Case Number: 19-10953

Gentlemen:

Enclosed is 1 (one) withdrawal of proof of claim to be filed in the KG Wind Down, Inc. (f/k/a Kona Grill, Inc.) and/or other jointly administered cases. Also enclosed is a copy of the withdrawal which should be returned to us with the date received. A return envelope is included for your convenience.

If I can be of further assistance, please contact me.

Sincerely,

*Danice Sims*

Danice Sims
Revenue Tax Specialist
Bankruptcy Section
Collection Division
Phone: (225) 219-2213

Enclosure


*Louisiana Department of Revenue*

January 7, 2020

U S BANKRUPTCY COURT
DISTRICT OF DELAWARE (DELAWARE)
824 N MARKET STREET, 3RD FLOOR
WILMINGTON, DE   19801

Subject:     Withdrawing Proof of Claim Filed
Taxpayer:  KG Wind Down, Inc. (f/k/a Kona Grill, Inc.)
Bankruptcy Case Number:  19-10953
Account Number:  6144315-001
Claim Number:  114
Claim Amount:  Un-Determined

Gentlemen:

The Louisiana Department of Revenue respectfully requests that the referenced proof of claim filed be withdrawn due to the fact that the liabilities reflected in this claim have been satisfied.

Thank you for your attention and cooperation in this matter.

Sincerely,

*Danice Sims*

Danice Sims
Revenue Tax Specialist
Bankruptcy Section
Collection Division
Phone: (225) 219-2013

R-20027 (7/04)

**LOUISIANA DEPARTMENT OF REVENUE**
PO BOX 201
BATON ROUGE LA 70821-0201



PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 70802 $ 000.38³
02 4W
0000369502 JAN 09 2020

**RECEIVED**

JAN 1 3 2020

**LEGAL SERVICES**

K G WIND DOWN, INC. (f/k/a KONA GRILL, INC.)
CLAIMS PROCESSING CENTER
c/o EPIQ CORPORATE RESTRUCTURING LLC
P O BOX 4420
BEAVERTON, OR    97076-4420



KBHDSSB  97076