# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>KG Winddown, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-10953 (CSS)<br>(Jointly Administered)<br><br>Re: D.I. 578 |

### CERTIFICATE OF NO OBJECTION REGARDING SEVENTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROVINCE, INC., AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to **Seventh Monthly Application for Compensation and Reimbursement of Expenses of Province, Inc., as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from December 1, 2019 Through December 31, 2019** [D.I. 578] (the "Application"), filed on January 27, 2020. The undersigned further certifies, after reviewing the Court's docket in these cases, that no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than February 18, 2020 at 4:00 p.m. (ET).

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 161], the Debtors are authorized to pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: KG Wind Down, Inc. (f/k/a Kona Grill, Inc.) (6690); KGRH Wind Down, Inc. (f/k/a Kona Restaurant Holdings, Inc.) (6703); KGS Wind Down, Inc. (f/k/a Kona Sushi, Inc.) (4253); KGM Wind Down, Inc. (f/k/a Kona Macadamia, Inc.) (2438); KGTR Wind Down, Inc. (f/k/a Kona Texas Restaurants, Inc.) (4089); KGIH Wind Down, Inc. (f/k/a Kona Grill International Holdings, Inc.) (1841); KGB Wind Down, Inc. (f/k/a Kona Baltimore, Inc.) (9163); KGI Wind Down, Inc. (f/k/a Kona Grill International, Inc.) (7911); and KGPR Wind Down, Inc. (f/k/a Kona Grill Puerto Rico, Inc.) (7641).

Application upon the filing of this Certificate of No Objection and without the need for entry of an order approving the Application.

Dated: February 19, 2020
Wilmington, Delaware

BAYARD, P.A.

*/s/ Gregory J. Flasser*
Justin R. Alberto (No. 5126)
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: jalberto@bayardlaw.com
   efay@bayardlaw.com
   gflasser@bayardlaw.com

-and-

KELLEY DRYE & WARREN LLP
James R. Carr
Jason R. Adams
101 Park Avenue, 27th Floor
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
Email: jcarr@kelleydrye.com
   jadams@kelleydrye.com

*Co-Counsel for the Official*
*Committee of Unsecured Creditors*