IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KG Winddown, Inc.[1] | ) | Case No. 19-10953 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 2, 2020 AT 11:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801[2]**

**THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**RESOLVED MATTERS:**

1. Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Claims (Amended and Late Filed) [Filed: 1/29/20] (Docket No. 582)

   Response Deadline: January 29, 2020, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Related Documents:

   a. [Proposed] Order Sustaining Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Claims (Amended and Late Filed) [Filed: 1/29/20] (Docket No. 582, Exhibit A)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: KG Wind Down, Inc. (f/k/a Kona Grill, Inc.) (6690); KGRH Wind Down, Inc. (f/k/a Kona Restaurant Holdings, Inc.) (6703); KGS Wind Down, Inc. (f/k/a Kona Sushi, Inc.) (4253); KGM Wind Down, Inc. (f/k/a Kona Macadamia, Inc.) (2438); KGTR Wind Down, Inc. (f/k/a Kona Texas Restaurants, Inc.) (4089); KGIH Wind Down, Inc. (f/k/a Kona Grill International Holdings, Inc.) (1841); KGB Wind Down, Inc. (f/k/a Kona Baltimore, Inc.) (9163); KGI Wind Down, Inc. (f/k/a Kona Grill International, Inc.) (7911); and KGPR Wind Down, Inc. (f/k/a Kona Grill Puerto Rico, Inc.) (7641).

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

b. Notice of Submission of Proofs of Claim in Connection with Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Claims (Amended and Late Filed) [Filed: 2/14/20] (Docket No. 601)

c. Certification of No Objection Regarding Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Claims (Amended and Late Filed) [Filed: 2/24/20] (Docket No. 609)

d. [Signed] Order Sustaining Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Claims (Amended and Late Filed) [Filed: 2/25/20] (Docket No. 612)

Status: The Court has entered an order on this matter.

2. Debtors' Fifth Omnibus Objection (Substantive) to Certain Claims That Have Already Been Satisfied By the Debtors [Filed: 1/29/20] (Docket No. 583)

Response Deadline: January 29, 2020, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a. [Proposed] Order Sustaining Debtors' Fifth Omnibus Objection (Substantive) to Certain Claims That Have Already Been Satisfied By the Debtors [Filed: 1/29/20] (Docket No. 583, Exhibit A)

b. Notice of Submission of Proofs of Claim in Connection with Debtors' Fifth Omnibus Objection (Substantive) to Certain Claims That Have Already Been Satisfied By the Debtors [Filed: 2/14/20] (Docket No. 602)

c. Certification of No Objection Regarding Debtors' Fifth Omnibus Objection (Substantive) to Certain Claims That Have Already Been Satisfied By the Debtors [Filed: 2/24/20] (Docket No. 610)

d. [Signed] Order Sustaining Debtors' Fifth Omnibus Objection (Substantive) to Certain Claims That Have Already Been Satisfied By the Debtors [Filed: 2/25/20] (Docket No. 613)

Status: The Court has entered an order on this matter.

3. Debtors' Motion for an Order Pursuant to Bankruptcy Code Sections 105 & 363 and Bankruptcy Rule 9019 for Order Approving Settlement Agreement and Mutual Release Between Kona Grill, Inc. and Blue Cross and Blue Shield of Arizona, Inc. Resolving Disputes Regarding Administration of Kona Grill, Inc.'s Self-Insured Employee Benefit Plan [Filed: 2/5/20] (Docket No. 590)

Response Deadline: February 19, 2020, at 4:00 p.m.

Inc. Resolving Disputes Regarding Administration of Kona Grill, Inc.'s Self-Insured Employee Benefit Plan [Filed: 2/5/20] (Docket No. 590, Exhibit A)

b. Certification of No Objection Regarding Debtors' Motion for an Order Pursuant to Bankruptcy Code Sections 105 & 363 and Bankruptcy Rule 9019 for Order Approving Settlement Agreement and Mutual Release Between Kona Grill, Inc. and Blue Cross and Blue Shield of Arizona, Inc. Resolving Disputes Regarding Administration of Kona Grill, Inc.'s Self-Insured Employee Benefit Plan [Filed: 2/24/20] (Docket No. 611)

c. [Signed] Order Pursuant to Bankruptcy Code Sections 105 & 363 and Bankruptcy Rule 9019 for Order Approving Settlement Agreement and Mutual Release Between Kona Grill, Inc. and Blue Cross and Blue Shield of Arizona, Inc. Resolving Disputes Regarding Administration of Kona Grill, Inc.'s Self-Insured Employee Benefit Plan [Filed: 2/25/20] (Docket No. 616)

Status: The Court has entered an order on this matter.

4. Debtors' Motion for Entry of an Order (I) Dismissing the Chapter 11 Cases; (II) Authorizing the Abandonment of Certain Property; (III) Authorizing the Rejection of Contracts and Leases; (IV) Authorizing the Dissolution of the Debtors; (V) Terminating Claims and Noticing Services; and (VI) Granting Related Relief [Filed: 2/7/20] (Docket No. 593)

Response Deadline: February 21, 2020, at 4:00 p.m.

Responses Received:

a. Informal comments from the Office of the United States Trustee.

b. Letter Response of Michelle A. Thompson Dated February 21, 2020 [Filed: 2/25/20] (Docket No. 614)

Related Documents:

a. [Proposed] Initial Order Granting Debtors' Motion for Entry of an Order: (I) Authorizing the Abandonment of Certain Property; (II) Authorizing the Rejection of Contracts and Leases; (III) Authorizing the Dissolution of the Debtors; (IV) Authorizing Debtors to Certify the Estates Have Been Fully Administered and May Be Dismissed; and (V) Granting Related Relief [Filed: 2/7/20] (Docket No. 593, Exhibit A)

b. Certification of Counsel Regarding Debtors' Motion for an Order Pursuant to Bankruptcy Code Sections 105 & 363 and Bankruptcy Rule 9019 for Order Approving Settlement Agreement and Mutual Release Between Kona Grill, Inc. and Blue Cross and Blue Shield of Arizona, Inc. Resolving Disputes Regarding Administration of Kona Grill, Inc.'s Self-Insured Employee Benefit Plan [Filed: 2/24/20] (Docket No. 608)

b. Certification of Counsel Regarding Debtors' Motion for an Order Pursuant to Bankruptcy Code Sections 105 & 363 and Bankruptcy Rule 9019 for Order Approving Settlement Agreement and Mutual Release Between Kona Grill, Inc. and Blue Cross and Blue Shield of Arizona, Inc. Resolving Disputes Regarding Administration of Kona Grill, Inc.'s Self-Insured Employee Benefit Plan [Filed: 2/24/20] (Docket No. 608)

c. [Signed] Initial Order Granting Debtors' Motion for Entry of an Order: (I) Authorizing the Abandonment of Certain Property; (II) Authorizing the Rejection of Contracts and Leases; (III) Authorizing the Dissolution of the Debtors; (IV) Authorizing Debtors to Certify the Estates Have Been Fully Administered and May Be Dismissed; and (V) Granting Related Relief [Filed: 2/25/20] (Docket No. 615)

Status: The Court has entered an initial order on this matter.

Dated: February 26, 2020

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Jeremy V. Richards (CA Bar No. 102300)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: jrichards@pszjlaw.com
joneill@pszjlaw.com
jlucas@pszjlaw.com
crobinson@pszjlaw.com

*Attorneys for Debtors and Debtors in Possession*