IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KG Winddown, Inc.[1] | ) | Case No. 19-10953 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**STAFFING REPORT OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR THE PERIOD FROM APRIL 1, 2020 THROUGH APRIL 30, 2020**

In accordance with the *Order Authorizing the Debtors, Pursuant to 11 U.S.C. §§ 105(a) and 363(b), to (I) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designate Christopher J. Wells as Chief Restructuring Officer and Jonathan M. Tibus and Chief Executive Officer for the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 160] (the "Retention Order") and pursuant to the terms of the engagement letter entered into on March 29, 2019 (the "Engagement Letter") Alvarez & Marsal North America, LLC (the "A&M") hereby submits its staffing report (the "Staffing Report") for the period of April 1, 2020 Through April 30, 2020 (the "Staffing Period") and in support of such report respectfully represents:

1. The Debtors appointed Jonathan M. Tibus to serve as the Chief Executive Officer and Christopher J. Wells to serve as Chief Restructuring Officer as set forth in the Engagement Letter. The Engagement Letter further states that A&M will provide additional A&M employees

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: KG Wind Down, Inc. (f/k/a Kona Grill, Inc.) (6690); KGRH Wind Down, Inc. (f/k/a Kona Restaurant Holdings, Inc.) (6703); KGS Wind Down, Inc. (f/k/a Kona Sushi, Inc.) (4253); KGM Wind Down, Inc. (f/k/a Kona Macadamia, Inc.) (2438); KGTR Wind Down, Inc. (f/k/a Kona Texas Restaurants, Inc.) (4089); KGIH Wind Down, Inc. (f/k/a Kona Grill International Holdings, Inc.) (1841); KGB Wind Down, Inc. (f/k/a Kona Baltimore, Inc.) (9163); KGI Wind Down, Inc. (f/k/a Kona Grill International, Inc.) (7911); and KGPR Wind Down, Inc. (f/k/a Kona Grill Puerto Rico, Inc.) (7641).

to assist Mr. Tibus and Mr. Wells with the restructuring efforts and other business of the Debtors (the "Additional Personnel") as set forth more fully in the Engagement Letter.

2. The Retention Order provides that A&M shall file with this Court a report of staffing on the engagement for the previous month and provide notice to the U.S. Trustee and the Creditors' Committee. Such report shall include the names and functions filled of the individuals assigned.

3. Attached hereto as Exhibit A is a list which includes the names of the A&M personnel serving the Debtors during this Staffing Period, along with their corresponding functions.

Dated: May 8, 2020

/s/ Jonathan M. Tibus
Jonathan M. Tibus, Managing Director
Alvarez & Marsal North America, LLC
Monarch Tower
3424 Peachtree Road NE
Suite 1500
Atlanta, GA 30326