# **EXHIBIT A**

# Exhibit A

## Alvarez & Marsal North America, LLC
## Staffing Report

### KG Winddown, Inc., *et al.*
### Case No. 19-10953 (CSS) – Jointly Administered
### April 1, 2020 Through April 30, 2020

| Name | Description of Function |
| --- | --- |
| Johnathan M. Tibus | Chief Executive Officer |
| Christopher J. Wells | Chief Restructuring Officer |