IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KG Winddown, Inc.[1] | ) | Case No. 19-10953 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Objection Deadline: August 11, 2020 at 4:00 p.m.
Hearing Date: To be scheduled if necessary

# TWELFTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM MAY 1, 2020 THROUGH MAY 31, 2020

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | *Nunc Pro Tunc* to April 30, 2019 by order signed May 23, 2019 |
| Period for which Compensation and Reimbursement is Sought: | May 1, 2020 through May 31, 2020[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $9,220.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 390.84 |

This is a: ☒ monthly ☐ interim ☐ final application.

The total time expended for fee application preparation is approximately 2.0 hours and the corresponding compensation requested is approximately $800.00.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: KG Wind Down, Inc. (f/k/a Kona Grill, Inc.) (6690); KGRH Wind Down, Inc. (f/k/a Kona Restaurant Holdings, Inc.) (6703); KGS Wind Down, Inc. (f/k/a Kona Sushi, Inc.) (4253); KGM Wind Down, Inc. (f/k/a Kona Macadamia, Inc.) (2438); KGTR Wind Down, Inc. (f/k/a Kona Texas Restaurants, Inc.) (4089); KGIH Wind Down, Inc. (f/k/a Kona Grill International Holdings, Inc.) (1841); KGB Wind Down, Inc. (f/k/a Kona Baltimore, Inc.) (9163); KGI Wind Down, Inc. (f/k/a Kona Grill International, Inc.) (7911); and KGPR Wind Down, Inc. (f/k/a Kona Grill Puerto Rico, Inc.) (7641).

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 07/10/19 | 04/30/19 – 05/31/19 | $264,642.25 | $29,564.25 | $264,642.25 | $29,564.25 |
| 07/19/19 | 06/01/19 – 06/30/19 | $ 78,470.00 | $ 1,694.98 | $ 78,470.00 | $ 1,694.98 |
| 08/19/19 | 07/01/19 – 07/31/19 | $213,241.75 | $ 5,625.97 | $213,241.75 | $ 5,625.97 |
| 09/16/19 | 08/01/19 – 08/31/19 | $152,077.00 | $ 1,220.36 | $121,661.60 | $ 1,220.36 |
| 10/23/19 | 09/01/19 – 09/30/19 | $115,969.50 | $ 1,889.22 | $115,969.50 | $ 1,889.22 |
| 11/13/19 | 10/01/19 – 10/31/19 | $ 66,131.50 | $ 700.26 | $ 66,131.50 | $ 700.26 |
| 12/17/19 | 11/01/19 – 11/30/19 | $ 68,009.00 | $ 891.79 | $ 68,009.00 | $ 891.79 |
| 01/17/19 | 12/01/19 – 12/31/19 | $ 38,356.00 | $ 2,857.90 | $ 38,356.00 | $ 2,857.90 |
| 03/18/20 | 01/01/20 – 02/29/20 | $ 99,146.00 | $ 53.09 | $ 99,146.00 | $ 53.09 |
| 04/28/20 | 03/01/20 – 03/31/20 | $ 7,462.50 | $ 53.09 | $ 7,462.50 | $ 53.09 |

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James E. O'Neill | Partner 2005; Member of DE Bar since 2001; Member of PA Bar since 1985 | $925.00 | 5.70 | $5,272.50 |
| John W. Luacas | Partner 2014; Member of NY Bar since 2005; Member of CA Bar since 2010 | $825.00 | 0.60 | $ 495.00 |
| Nina L. Hong | Partner 2006; Member of CA Bar since 1996 | $795.00 | 0.50 | $ 397.50 |
| Patricia E. Cuniff | Paralegal 2000 | $425.00 | 5.70 | $2,422.50 |
| Patricia J. Jeffries | Paralegal 1999 | $425.00 | 0.50 | $ 212.50 |
| Andrea R. Paul | Case Management Assistant 2001 | $350.00 | 1.20 | $ 420.00 |

**Grand Total:** $9,220.00
**Total Hours:** 14.20
**Blended Rate:** $649.30

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Bankruptcy Litigation | 5.70 | $3,482.50 |
| Case Administration | 0.50 | $ 397.50 |
| Claims Administration/ Objections | 1.40 | $1,075.00 |
| Compensation of Professionals | 3.70 | $2,022.50 |
| Compensation of Professionals/ Other | 2.10 | $1,642.50 |
| Financial Filings | 0.40 | $ 270.00 |
| Stay Litigation | 0.40 | $ 330.00 |
| **Totals** | **14.20** | **$9,220.00** |

## EXPENSE SUMMARY

| Expense Category | Service Provider[3] (if applicable) | Total Expenses |
|---|---|---|
| CourtLink | | $ 67.94 |
| Pacer - Court Research | Pacer | $274.00 |
| Reproduction Expense | | $ 0.10 |
| Reproduction/ Scan Copy | | $ 48.80 |
| **Total** | | **$390.84** |

---

[3] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KG Winddown, Inc.[1] | ) | Case No. 19-10953 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: August 11, 2020 at 4:00 p.m.**
**Hearing Date: To be scheduled if necessary**

# TWELFTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM MAY 1, 2020 THROUGH MAY 31, 2020

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, signed on May 28, 2019 (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), counsel for the debtors and debtors in possession ("Debtors"), hereby submits its *Twelfth Monthly Application for Compensation and for Reimbursement of Expenses for the Period from May 1, 2020 through May 31, 2020* (the "Application")[2].

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: KG Wind Down, Inc. (f/k/a Kona Grill, Inc.) (6690); KGRH Wind Down, Inc. (f/k/a Kona Restaurant Holdings, Inc.) (6703); KGS Wind Down, Inc. (f/k/a Kona Sushi, Inc.) (4253); KGM Wind Down, Inc. (f/k/a Kona Macadamia, Inc.) (2438); KGTR Wind Down, Inc. (f/k/a Kona Texas Restaurants, Inc.) (4089); KGIH Wind Down, Inc. (f/k/a Kona Grill International Holdings, Inc.) (1841); KGB Wind Down, Inc. (f/k/a Kona Baltimore, Inc.) (9163); KGI Wind Down, Inc. (f/k/a Kona Grill International, Inc.) (7911); and KGPR Wind Down, Inc. (f/k/a Kona Grill Puerto Rico, Inc.) (7641).

[2] This Application includes time from October 2019 that was inadvertently omitted from the October monthly fee statement previously filed on November 13, 2019 [Docket No. 494].

By this Application PSZ&J seeks a monthly interim allowance of compensation in the amount of $9,220.00 and actual and necessary expenses in the amount of $390.84 for a total allowance of $9,610.84 and payment of $7,376.00 (80% of the allowed fees) and reimbursement of $390.84 (100% of the allowed expenses) for a total payment of $7,766.84 for the period May 1, 2020 through May 31, 2020 (the "Interim Period"). In support of this Application, PSZ&J respectfully represents as follows:

**Background**

1. On April 30, 2019, the Debtors commenced their cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue in possession of their properties and continue to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. An official committee of unsecured creditors ("Committee") was appointed in these cases on May 16, 2019. No trustee or examiner has been appointed in any of the Debtors' chapter 11 cases.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On May 28, 2019, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit applications for interim compensation and reimbursement of expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within twenty-one (21) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and

one hundred percent (100%) of the requested expenses. Beginning with the period ending June 30, 2019, at three-month intervals or such other intervals convenient to the Court, each of the Professionals may file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

4. The retention of PSZ&J, as counsel for the Debtors, was approved effective as of April 30, 2019 by this Court's *Order Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date*, signed on or about May 23, 2019 (the "Retention Order"). The Retention Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## PSZ&J's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

5. All services for which PSZ&J requests compensation were performed for or on behalf of the Debtors.

6. PSZ&J has received no payment and no promises for payment from any source other than from the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the

sharing of compensation to be received for services rendered in this case. PSZ&J has received payments from the Debtors during the year prior to the Petition Date in the amount of $520,552.61, including the Debtors' filing fees for these cases, in connection with the preparation of initial documents and the prepetition representation of the Debtors. Upon final reconciliation of the amount actually expended prepetition, any balance remaining from the payments to PSZ&J was credited to the Debtors and utilized as PSZ&J's retainer to apply to postpetition fees and expenses in these Chapter 11 cases pursuant to the compensation procedures approved by this Court in accordance with the Bankruptcy Code.

### Fee Statements

7. The fee statements for the Interim Period are attached hereto as **Exhibit A**. These statements contain daily time logs describing the time spent by each attorney and paraprofessional during the Interim Period. To the best of PSZ&J's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Administrative Order. PSZ&J's time reports are initially handwritten by the attorney or paralegal performing the described services. The time reports are organized on a daily basis. PSZ&J is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of different matters for a particular client, separate time entries are set forth in the time reports. PSZ&J's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code. PSZ&J has reduced its charges related to any non-working "travel time"

to fifty percent (50%) of PSZ&J's standard hourly rate. To the extent it is feasible, PSZ&J professionals attempt to work during travel.

### Actual and Necessary Expenses

8. A summary of actual and necessary expenses incurred by PSZ&J for the Interim Period is attached hereto as part of **Exhibit A**. PSZ&J customarily charges $0.10 per page for photocopying expenses related to cases, such as these, arising in Delaware. PSZ&J's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier. PSZ&J summarizes each client's photocopying charges on a daily basis.

9. PSZ&J charges $0.25 per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes. The charge for outgoing facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services. PSZ&J does not charge the Debtors for the receipt of faxes in these cases.

10. With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZ&J charges the standard usage rates these providers charge for computerized legal research. PSZ&J bills its clients the actual amounts charged by such services, with no premium. Any volume discount received by PSZ&J is passed on to the client.

11. PSZ&J believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, PSZ&J believes that such charges are

in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## Summary of Services Rendered

12. The names of the partners and associates of PSZ&J who have rendered professional services in these cases during the Interim Period, and the paralegals and case management assistants of PSZ&J who provided services to these attorneys during the Interim Period, are set forth in the attached **Exhibit A**.

13. PSZ&J, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with the Debtors' bankruptcy cases, and performed all necessary professional services which are described and narrated in detail below. PSZ&J's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

## Summary of Services by Project

14. The services rendered by PSZ&J during the Interim Period can be grouped into the categories set forth below. PSZ&J attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached **Exhibit A**.

**Exhibit A** identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

A.  **Bankruptcy Litigation**

    15. During the Interim Period, the Firm, among other things, (i) drafted, reviewed and revised Notice of Agenda; (ii) prepared hearing binders; (iii) prepared for hearing; and (iv) reviewed and finalized agenda canceling hearing.

    Fees: $3,482.50;    Hours: 5.70

B.  **Case Administration**

    16. The Firm billed minimal time working on dissolution of the corporate entities.

    Fees: $397.50;    Hours: 0.50

C.  **Claims Administration/ Objections**

    17. The Firm billed minimal time working on issues in connection with insurance claims.

    Fees: $1,075.00;    Hours: 1.40

D.  **Compensation of Professionals**

    18. This category relates to work regarding the compensation of the Firm. During the Interim Period, the Firm, among other things, prepared its (i) Fourth interim fee applications; (ii) drafted April fee statement; (iii) reviewed and revised index for Third & Fourth Interim fee binder; and (iv) drafted Certification of No Objections to March Fee Application, Third and Fourth Interim Fee Applications..

Fees: $2,022.50; Hours: 3.70

E. **Compensation of Professionals/ Other**

19. This category relates to work regarding the compensation of professionals, other than the Firm. During the Interim Period, the Firm, among other things, assisted Alvarez & Marsal with the preparation and filing of its monthly staffing reports.

Fees: $1,642.50; Hours: 2.10

F. **Financial Filings**

20. During the Interim Period, the Firm assisted the Debtors with the preparation and filing of its monthly operating reports.

Fees: $270.00; Hours: 0.40

G. **Stay Litigation**

21. The Firm billed minimal time reviewing document request and following-up regarding bankruptcy and consensual resolution of request.

Fees: $330.00; Hours: 0.40

**Valuation of Services**

22. Attorneys and paraprofessionals of PSZ&J expended a total 14.20 hours in connection with their representation of the Debtors during the Interim Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James E. O'Neill | Partner 2005; Member of DE Bar since 2001; Member of PA Bar since 1985 | $925.00 | 5.70 | $5,272.50 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John W. Luacas | Partner 2014; Member of NY Bar since 2005; Member of CA Bar since 2010 | $825.00 | 0.60 | $ 495.00 |
| Nina L. Hong | Partner 2006; Member of CA Bar since 1996 | $795.00 | 0.50 | $ 397.50 |
| Patricia E. Cuniff | Paralegal 2000 | $425.00 | 5.70 | $2,422.50 |
| Patricia J. Jeffries | Paralegal 1999 | $425.00 | 0.50 | $ 212.50 |
| Andrea R. Paul | Case Management Assistant 2001 | $350.00 | 1.20 | $ 420.00 |

**Grand Total:** $9,220.00
**Total Hours:** 14.20
**Blended Rate:** $649.30

23. The nature of work performed by these persons is fully set forth in **Exhibit A** attached hereto. These are PSZ&J's normal hourly rates for work of this character. The reasonable value of the services rendered by PSZ&J for the Debtors during the Interim Period is $9,220.00.

24. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that, for the period May 1, 2020 through May 31, 2020, an interim allowance be made to PSZ&J for compensation in the amount

of $9,220.00 and actual and necessary expenses in the amount of $390.84 for a total allowance of $9,610.84 and payment of $7,376.00 (80% of the allowed fees) and reimbursement of $390.84 (100% of the allowed expenses) be authorized for a total payment of $7,766.84, and for such other and further relief as this Court may deem just and proper.

Dated: July 21, 2020　　　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Jeremy V. Richards (CA Bar No. 102300)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No. 271038)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:　jrichards@pszjlaw.com
　　　　　joneill@pszjlaw.com
　　　　　jlucas@pszjlaw.com

Counsel for Debtors and Debtors in Possession

# DECLARATION

STATE OF DELAWARE    :
                     :
COUNTY OF NEW CASTLE :

James E. O'Neill, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

b) I am familiar with many of the legal services rendered by Pachulski Stang Ziehl & Jones LLP, as counsel for the Debtors, and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of PSZ&J.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about May 28, 2019, and submit that the Application substantially complies with such Rule and Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ *James E. O'Neill*
James E. O'Neill