# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KG Winddown, Inc., et al.[1] | ) | Case No. 19-10953 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref Docket No. 740** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                         ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with an office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 24, 2021, I caused to be served the "Order Granting Debtors' Motion for Entry of an Order (I) Dismissing the Chapter 11 Cases; (II) Terminating Epiq as Notice and Claims Agent; and (III) Granting Related Relief," dated May 22, 2021, [Docket No. 740],

by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: KG Wind Down, Inc. (f/k/a Kona Grill, Inc.) (6690); KGRH Wind Down, Inc. (f/k/a Kona Restaurant Holdings, Inc.) (6703); KGS Wind Down, Inc. (f/k/a Kona Sushi, Inc.) (4253); KGM Wind Down, Inc. (f/k/a Kona Macadamia, Inc.) (2438); KGTR Wind Down, Inc. (f/k/a Kona Texas Restaurants, Inc.) (4089); KGIH Wind Down, Inc. (f/k/a Kona Grill International Holdings, Inc.) (1841); KGB Wind Down, Inc. (f/k/a Kona Baltimore, Inc.) (9163); KGI Wind Down, Inc. (f/k/a Kona Grill International, Inc.) (7911); and KGPR Wind Down, Inc. (f/k/a Kona Grill Puerto Rico, Inc.) (7641).

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
25th day of May, 2021
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

**Exhibit A**

| Claim Name | Address Information |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC. | C/O BECKET & LEE LLP PO BOX 3001 MALVERN PA 19355-0701 |
| BALLESTER HERMANOS, INC. | PO BOX 364548 SAN JUAN PR 00936-4548 |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL FOR KEY BANK NATIONAL ASSOCIATION) ATTN: MARY CALOWAY, ESQ. 919 NORTH MARKET STREET, SUITE 990 WILMINGTON DE 19801 |
| EDWARD DON & COMPANY | ATTN: JOHN FAHEY 9801 ADAM DON PARKWAY WOODRIDGE IL 60517 |
| GE CAPITAL FRANCHISE FINANCE CORPORATION | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| GE CAPITAL FRANCHISE FINANCE CORPORATION | 17207 N PERIMETER DR SCOTTSDALE AZ 85255 |
| GE CAPITAL FRANCHISE FINANCE CORPORATION | 8377 E HARTFORD DR STE 200 SCOTTSDALE AZ 85255 |
| GE CAPITAL FRANCHISE FINANCE CORPORATION | C/O DILIGENZ, INC. 6500 HARBOR HEIGHTS PKWY STE 400 MOKILTRO WA 98275 |
| JFC INTERNATIONAL, INC. | ATTN: MR. HIDETAKA IINUMA LOS ANGELES CA 90040 |
| STATE OF OHIO | ATTN: DAVE YOST OHIO ATTORNEY GENERAL COLLECTIONS ENFORCEMENT, TOLEDO REGIONAL OFFICE ONE GOVERNMENT CENTER, SUITE 1240 TOLEDO OH 43604-2261 |
| TRACY FORTMAN | C/O ROBERT R. HOPPER & ASSOCIATES, LLC ATTN: JASON JURAN 333 S. 7TH STREET, SUITE 2450, MINNEAPOLIS MN 55402 |
| TRUE WORLDS FOODS, LLC, | ATTN: DANIEL GRAY 24 LINK DRIVE ROCKLEIGH NJ 07647 |
| WASHINGTON PRIME GROUP, INC. | ATTN: STEPHEN E. IFEDUBA 180 WEST BROAD STREET COLUMBUS OH 43215 |

**Total Creditor count  13**

# Exhibit B

**KG WIND DOWN, INC. (F/K/A KONA GRILL, INC.)**
Case # 19-10953 – Electronic Mail Service List

| NAME | EMAIL |
|---|---|
| | |
| **CORE PARTIES** | |
| OFFICE OF THE UNITED STATES TRUSTEE | LINDA.CASEY@USDOJ.GOV |
| BUCHANAN INGERSOLL & ROONEY PC | MARY.CALOWAY@BIPC.COM |
| ZIONS FIRST NATIONAL BANK | MYRON.ANDERSON@ZIONSBANCORP.COM |
| CBL & ASSOCIATES MANAGEMENT, INC. | RYAN.NESPECA@CBLPROPERTIES.COM; ALEX.STALKFLEET@CBLPROPERTIES.COM |
| COOLSPRINGS MALL, LLC | RYAN.NESPECA@CBLPROPERTIES.COM; ALEX.STALKFLEET@CBLPROPERTIES.COM |
| EDWARD DON & COMPANY | CUSTOMERSERVICE@DON.COM |
| KEYBANK NATIONAL ASSOCIATION | MICHAEL_AXEL@KEYBANK.COM; |
| KEYBANK NATIONAL ASSOCIATION | MICHAEL_AXEL@KEYBANK.COM; |
| WELLS FARGO | ANGELA.M.LAWRENCE@WELLSFARGO.COM |
| PACHULSKI STANG ZIEHL & JONES LLC (COUNSEL TO THE DEBTORS) - | JO'NEILL@PSZJLAW.COM |
| | |
| **LIST 2002 (NOA)** | |
| | |
| BROOKFIELD PROPERTY REIT INC - ATTN: KRISTEN N. PATE | BK@BROOKFIELDPROPERTIESRETAIL.COM |
| TAUBMAN LANDLORDS - ATTN: ANDREW S. CONWAY | ACONWAY@TAUBMAN.COM |
| FROST BROWN TODD, LLC - ATTN: RONALD E. GOLD, A.J. WEBB | RGOLD@FBTLAW.COM; AWEBB@FBTLAW.COM |
| BEXAR COUNTY (LINEBARGER GOGGAN BLAIR & SAMPSON, LLP) - ATTN: DON STECKER | SANANTONIO.BANKRUPTCY@PUBLICANS.COM |
| TAUBMAN LANDLORDS - ATTN: SUSAN E. KAUFMAN | SKAUFMAN@SKAUFMANLAW.COM |
| LINNEBARGER GOGGAN BLAIR & SAMPSON, LLP (COUNSEL FOR TARRANT COUNTY AND DALLAS COUNTY) | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| SIMON PROPERTY GROUP, LP - ATTN: RONALD M. TUCKER | RTUCKER@SIMON.COM |
| MONZACK MERSKY McLAUGHLIN AND BROWDER PA (COUNSEL FOR INTERNATIONAL ENVIRONMENTAL AND WASTE MANAGMENT) ATTN: BRIAN j MCLAUGHLIN ESQ | BMCLAUGHLIN@MONLAW.COM |
| CONNOLLY GALLAGHER LLP, ATTN: KAREN C. BIFFERATO, ESQ AND KELLY M. CONLAN, ESQ | KBIFFERATO@CONNOLLYGALLAGHER.COM; KCONLAN@CONNOLLYGALLAGHER.COM |
| LINNEBARGER GOGGAN BLAIR & SAMPSON, LLP (COUNSEL FOR MONTGOMERY COUNTY AND HARRIS COUNTY) | HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| POLSINELLI PC (COUNSEL FOR GORDON FOOD SERVICE) ATTN: CHRISTOPHER A WARD | CWARD@POLSINELLI.COM |
| ICE MILLER LLP (COUNSEL FOR GORDON FOOD SERVICE) ATTN: JASON M. TORF | JASON.TORF@ICEMILLER.COM |
| SINGER & LEVICK, P.C. (COUNSEL FOR RED DEVELOPMENT, LLC) ATTN: MICHELLE E. SHRIRO, ESQ | MSHRIRO@SINGERLEVICK.COM |
| BALLARAD SPAHR LLP (COUNSEL FOR THE LANDLORD CREDITORS)LESLIE C HEILMAN,ESQ., LAUREL D. ROGLEN, ESQ.; DUSTIN P. BRANCH ESQP | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM, BRANCHD@BALLARDSPAHR.COM |
| BEWLEY, LASSLEBEN & MILLER LLP (COUNSEL FOR THE IRVINE COMPANY LLP) ATTN: ERNIE ZACHARY PARK | ERNIE.PARK@BEWLEYLAW.COM |
| MISSOURI DEPARTMENT OF REVENUE -ATTN: STEVEN A. GINTHER | DEECF@DOR.MO.GOV |
| AUSTRIA LEGAL, LLC (COUNSEL FOR WILLISTON HOLDING CO) ATTN: MATTHEW P. AUSTIRA | MAUSTRIA@AUSTRIALLC.COM |
| GRAY PLANT MOOTY ( COUNSEL FOR WILLISTON HOLDING CO) ATTN: PHILLIP W.BOHL | PHILLIP.BOHL@GPMLAW.COM |
| BERDON, YOUNG & MARGOLIX, P.C. (COUNSEL FOR KONA MACADAMIA INC.) ATTN: STUART A. MARGOLIS, ESQ. | STUART.MARGOLIS@BYMLAW.COM |
| ATTN: DAVID M. POSNER, ESQ., KELLY MOYNIHAND, ESQ. | DPOSNER@KILPATRICKTOWNSEND.COM; KMOYNIHAN@KILPATRICKTOWNSEND.COM |
| BUCHALTER (COUNSEL FOR WILLIE ITULE PRODUCE, INC.) ATTN: NANCY K. SWIFT | NSWIFT@BUCHALTER.COM |
| JASON A. STARKS, ASSISTANT COUNTY ATTORNEY (COUNSEL FOR TRAVIS COUNTY) | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| BAYARD, P.A. (COUNSEL TO UCC) ATTN: , ERIN R. FAY, GREGORY J. FLASSER | EFAY@BAYARDLAW.COM; GFLASSER@BAYARDLAW.COM |
| KELLEY DRYE & WARREN LLP (COUNSEL TO UCC)  ATTN: JAMES S. CARR, JASON R. ADAMS, LAUREN S. SCHLUSSEL | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; JCARR@KELLEYDRYE.COM; JADAMS@KELLEYDRYE.COM; |
| ARTURO GONZALEZ MARTIN, ESQ.  (COUNSEL FOR BALLESTER HERMANOS, INC.) | AGM017@YAHOO.COM |
| MARICOPA COUNTY ATTORNEY'S OFFICE CIVIL SERVICES DIVISION, (MARICOPA COUNTY TREASURER) ATTN:  PETER MUTHIG | MUTHIGK@MCAO.MARICOPA.GOV |
| SPECTOR & JOHNSON, PLLC (COUNSEL FOR 3 WATERWAY HOLDINGS, LLC), ATTN: HOWWARD MARC SPECTOR | HSPECTOR@SPECTORJOHNSON.COM |
| K. KEITH MCALLISTER ATTORNEY AT LAW (COUNSEL FOR JFC INTERNATIONAL INC.) ATTN:  K. KEITH MCALLISTER, ESQ. | KKMECFACTIVITY@GMAIL.COM |
| COLE SCHOTZ P.C. (COUNSE FOR JFC INTERNATIONAL INC.) ATTN: PATRICK. J REILLY ESQ | PREILLEY@COLESCHOTZ.COM |
| POLSINELLI PC (COUNSEL FOR NORTHAPRK PARTNERS, LCP) ATTN: BRENNA A. DOLPHIN, ESQ/ JAMES H. BILLINGSLEY, ESQ | BDOLPHIN@POLSINELLI.COM; JBILLINGSLEY@POLSINELLI.COM |

**KG WIND DOWN, INC. (F/K/A KONA GRILL, INC.)**
Case # 19-10953 – Electronic Mail Service List

| | |
|---|---|
| KOHNER, MANN, KAILAS, S.C. (COUNSEL FOR ECOLAB INC.) ATTN: SAMUEL C. WISOTZKEY | SWISOTZKEY@KMKSC.COM |
| TN DEPARTMENT OR REVNUE | AGBANKDELAWARE@AG.TN.GOV |
| PEPPER HAMILTON (COUNSEL FOR KGA) ATTN: EVELYN J. MELTZER | MELTZERE@PEPPERLAW.COM |
| FOLEY HOAG LLP (COUNSEL FOR KGA) ATTN: WILLIAM F. GRAY JR, ALISON D. BAUER | ABAUER@FOLEYHOAG.COM; WGRAY@FOLEYHOAG.COM |
| CLEAR CREEK INDEPENDENT SCHOOL DISTRICT, CITY OF HOUSTON, THE WOODLANDS METRO CENTER MUNICIPAL UTILITY DISTRICT AND THE WOODLANDS ROAD UTILITY DISTRICT | OSONIK@PBFCM.COM |
| ABERNATHY, ROEDER, BOYD & HULLETT, P.C. (COUNSEL FOR COLLIN COUNTY TAX ASSESSOR/COLLECTOR) | CTIMMONS@ABERNATHY-LAW.COM; BANKRUPTCY@ABERNATHY-LAW.COM; EHAHN@ABERNATHY-LAW.COM |