# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KG Winddown, Inc., et al.[1] | ) | Case No. 19-10953 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref Docket No. 739** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                      ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with an office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 21, 2021, I caused to be served the "Certification of Counsel Regarding Order Granting Debtors' Motion for Entry of an Order (I) Dismissing the Chapter 11 Cases; (II) Terminating Epiq as Notice and Claims Agent; and (III) Granting Related Relief," dated May 21, 2021, [Docket No. 739],

    by causing true and correct copies to be:

        a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

        b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: KG Wind Down, Inc. (f/k/a Kona Grill, Inc.) (6690); KGRH Wind Down, Inc. (f/k/a Kona Restaurant Holdings, Inc.) (6703); KGS Wind Down, Inc. (f/k/a Kona Sushi, Inc.) (4253); KGM Wind Down, Inc. (f/k/a Kona Macadamia, Inc.) (2438); KGTR Wind Down, Inc. (f/k/a Kona Texas Restaurants, Inc.) (4089); KGIH Wind Down, Inc. (f/k/a Kona Grill International Holdings, Inc.) (1841); KGB Wind Down, Inc. (f/k/a Kona Baltimore, Inc.) (9163); KGI Wind Down, Inc. (f/k/a Kona Grill International, Inc.) (7911); and KGPR Wind Down, Inc. (f/k/a Kona Grill Puerto Rico, Inc.) (7641).

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
24th day of May, 2021
/s/ *Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# Exhibit A

| Claim Name | Address Information |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC. | C/O BECKET & LEE LLP PO BOX 3001 MALVERN PA 19355-0701 |
| BALLESTER HERMANOS, INC. | PO BOX 364548 SAN JUAN PR 00936-4548 |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL FOR KEY BANK NATIONAL ASSOCIATION) ATTN: MARY CALOWAY, ESQ. 919 NORTH MARKET STREET, SUITE 990 WILMINGTON DE 19801 |
| EDWARD DON & COMPANY | ATTN: JOHN FAHEY 9801 ADAM DON PARKWAY WOODRIDGE IL 60517 |
| GE CAPITAL FRANCHISE FINANCE CORPORATION | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| GE CAPITAL FRANCHISE FINANCE CORPORATION | 17207 N PERIMETER DR SCOTTSDALE AZ 85255 |
| GE CAPITAL FRANCHISE FINANCE CORPORATION | 8377 E HARTFORD DR STE 200 SCOTTSDALE AZ 85255 |
| GE CAPITAL FRANCHISE FINANCE CORPORATION | C/O DILIGENZ, INC. 6500 HARBOR HEIGHTS PKWY STE 400 MOKILTRO WA 98275 |
| JFC INTERNATIONAL, INC. | ATTN: MR. HIDETAKA IINUMA LOS ANGELES CA 90040 |
| STATE OF OHIO | ATTN: DAVE YOST OHIO ATTORNEY GENERAL COLLECTIONS ENFORCEMENT, TOLEDO REGIONAL OFFICE ONE GOVERNMENT CENTER, SUITE 1240 TOLEDO OH 43604-2261 |
| TRACY FORTMAN | C/O ROBERT R. HOPPER & ASSOCIATES, LLC ATTN: JASON JURAN 333 S. 7TH STREET, SUITE 2450, MINNEAPOLIS MN 55402 |
| TRUE WORLDS FOODS, LLC, | ATTN: DANIEL GRAY 24 LINK DRIVE ROCKLEIGH NJ 07647 |
| WASHINGTON PRIME GROUP, INC. | ATTN: STEPHEN E. IFEDUBA 180 WEST BROAD STREET COLUMBUS OH 43215 |

**Total Creditor count  13**

# Exhibit B

KG WIND DOWN, INC. (F/K/A KONA GRILL, INC.)
Case # 19-10953 – Electronic Mail Service List

| NAME | EMAIL |
|---|---|
| **CORE PARTIES** | |
| OFFICE OF THE UNITED STATES TRUSTEE | LINDA.CASEY@USDOJ.GOV |
| BUCHANAN INGERSOLL & ROONEY PC | MARY.CALOWAY@BIPC.COM |
| ZIONS FIRST NATIONAL BANK | MYRON.ANDERSON@ZIONSBANCORP.COM |
| CBL & ASSOCIATES MANAGEMENT, INC. | RYAN.NESPECA@CBLPROPERTIES.COM; ALEX.STALKFLEET@CBLPROPERTIES.COM |
| COOLSPRINGS MALL, LLC | RYAN.NESPECA@CBLPROPERTIES.COM; ALEX.STALKFLEET@CBLPROPERTIES.COM |
| EDWARD DON & COMPANY | CUSTOMERSERVICE@DON.COM |
| KEYBANK NATIONAL ASSOCIATION | MICHAEL_AXEL@KEYBANK.COM; |
| KEYBANK NATIONAL ASSOCIATION | MICHAEL_AXEL@KEYBANK.COM; |
| WELLS FARGO | ANGELA.M.LAWRENCE@WELLSFARGO.COM |
| PACHULSKI STANG ZIEHL & JONES LLC (COUNSEL TO THE DEBTORS) - ATTN: | JO'NEILL@PSZJLAW.COM |
| **LIST 2002 (NOA)** | |
| BROOKFIELD PROPERTY REIT INC - ATTN: KRISTEN N. PATE | BK@BROOKFIELDPROPERTIESRETAIL.COM |
| TAUBMAN LANDLORDS - ATTN: ANDREW S. CONWAY | ACONWAY@TAUBMAN.COM |
| FROST BROWN TODD, LLC - ATTN: RONALD E. GOLD, A.J. WEBB | RGOLD@FBTLAW.COM; AWEBB@FBTLAW.COM |
| BEXAR COUNTY (LINEBARGER GOGGAN BLAIR & SAMPSON, LLP) - ATTN: DON STECKER | SANANTONIO.BANKRUPTCY@PUBLICANS.COM |
| TAUBMAN LANDLORDS - ATTN: SUSAN E. KAUFMAN | SKAUFMAN@SKAUFMANLAW.COM |
| LINNEBARGER GOGGAN BLAIR & SAMPSON, LLP (COUNSEL FOR TARRANT COUNTY AND DALLAS COUNTY) | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| SIMON PROPERTY GROUP, LP - ATTN: RONALD M. TUCKER | RTUCKER@SIMON.COM |
| MONZACK MERSKY McLAUGHLIN AND BROWDER PA (COUNSEL FOR INTERNATIONAL ENVIRONMENTAL AND WASTE MANAGMENT) ATTN: BRIAN j MCLAUGHLIN ESQ | BMCLAUGHLIN@MONLAW.COM |
| CONNOLLY GALLAGHER LLP, ATTN: KAREN C. BIFFERATO, ESQ AND KELLY M. CONLAN, ESQ | KBIFFERATO@CONNOLLYGALLAGHER.COM; KCONLAN@CONNOLLYGALLAGHER.COM |
| LINNEBARGER GOGGAN BLAIR & SAMPSON, LLP (COUNSEL FOR MONTGOMERY COUNTY AND HARRIS COUNTY) | HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| POLSINELLI PC (COUNSEL FOR GORDON FOOD SERVICE) ATTN: CHRISTOPHER A WARD | CWARD@POLSINELLI.COM |
| ICE MILLER LLP (COUNSEL FOR GORDON FOOD SERVICE) ATTN: JASON M. TORF | JASON.TORF@ICEMILLER.COM |
| SINGER & LEVICK, P.C. (COUNSEL FOR RED DEVELOPMENT, LLC) ATTN: MICHELLE E. SHRIRO, ESQ | MSHRIRO@SINGERLEVICK.COM |
| BALLARAD SPAHR LLP (COUNSEL FOR THE LANDLORD CREDITORS)LESLIE C HEILMAN,ESQ., LAUREL D. ROGLEN, ESQ.; DUSTIN P. BRANCH ESQP | HEILMANL@BALLARDSPAHR.COM;ROGLENL@BALLARDSPAHR.COM, BRANCHD@BALLARDSPAHR.COM |
| BEWLEY, LASSLEBEN & MILLER LLP (COUNSEL FOR THE IRVINE COMPANY LLP) ATTN: ERNIE ZACHARY PARK | ERNIE.PARK@BEWLEYLAW.COM |
| MISSOURI DEPARTMENT OF REVENUE -ATTN: STEVEN A. GINTHER | DEECF@DOR.MO.GOV |
| AUSTRIA LEGAL, LLC (COUNSEL FOR WILLISTON HOLDING CO ATTN: MATTHEW P. AUSTIRA | MAUSTRIA@AUSTRIALLC.COM |
| GRAY PLANT MOOTY ( COUNSEL FOR WILLISTON HOLDING CO) ATTN: PHILLIP W.BOHL | PHILLIP.BOHL@GPMLAW.COM |
| BERDON, YOUNG & MARGOLIX, P.C. (COUNSEL FOR KONA MACADAMIA INC.) ATTN: STUART A. MARGOLIS, ESQ. | STUART.MARGOLIS@BYMLAW.COM |
| ATTN: DAVID M. POSNER, ESQ., KELLY MOYNIHAND, ESQ. | DPOSNER@KILPATRICKTOWNSEND.COM; KMOYNIHAN@KILPATRICKTOWNSEND.COM |
| BUCHALTER (COUNSEL FOR WILLIE ITULE PRODUCE, INC.) ATTN: NANCY K. SWIFT | NSWIFT@BUCHALTER.COM |
| JASON A. STARKS, ASSISTANT COUNTY ATTORNEY (COUNSEL FOR TRAVIS COUNTY) | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| BAYARD, P.A. (COUNSEL TO UCC) ATTN: , ERIN R. FAY, GREGORY J. FLASSER | EFAY@BAYARDLAW.COM;GFLASSER@BAYARDLAW.COM |
| KELLEY DRYE & WARREN LLP (COUNSEL TO UCC) ATTN: JAMES S. CARR, JASON R. ADAMS, LAUREN S. SCHLUSSEL | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; JCARR@KELLEYDRYE.COM; JADAMS@KELLEYDRYE.COM; LSCHLUSSEL@KELLEYDRYE.COM |

**KG WIND DOWN, INC. (F/K/A KONA GRILL, INC.)**
Case # 19-10953 – Electronic Mail Service List

| | |
|---|---|
| ARTURO GONZALEZ MARTIN, ESQ.  (COUNSEL FOR BALLESTER HERMANOS, INC.) | AGM017@YAHOO.COM |
| MARICOPA COUNTY ATTORNEY'S OFFICE CIVIL SERVICES DIVISION, (MARICOPA COUNTY TREASURER) ATTN:  PETER MUTHIG | MUTHIGK@MCAO.MARICOPA.GOV |
| SPECTOR & JOHNSON, PLLC (COUNSEL FOR 3 WATERWAY HOLDINGS, LLC), ATTN: HOWWARD MARC SPECTOR | HSPECTOR@SPECTORJOHNSON.COM |
| K. KEITH MCALLISTER ATTORNEY AT LAW (COUNSEL FOR JFC INTERNATIONAL INC.) ATTN:  K. KEITH MCALLISTER, ESQ. | KKMECFACTIVITY@GMAIL.COM |
| COLE SCHOTZ P.C. (COUNSE FOR JFC INTERNATIONAL INC.) ATTN: PATRICK. J REILLY ESQ | PREILLEY@COLESCHOTZ.COM |
| POLSINELLI PC (COUNSEL FOR NORTHAPRK PARTNERS, LCP) ATTN: BRENNA A. DOLPHIN, ESQ/ JAMES H. BILLINGSLEY, ESQ | BDOLPHIN@POLSINELLI.COM; JBILLINGSLEY@POLSINELLI.COM |
| KOHNER, MANN, KAILAS, S.C. (COUNSEL FOR ECOLAB INC.) ATTN: SAMUEL C. WISOTZKEY | SWISOTZKEY@KMKSC.COM |
| TN DEPARTMENT OR REVNUE | AGBANKDELAWARE@AG.TN.GOV |
| PEPPER HAMILTON (COUNSEL FOR  KGA) ATTN: EVELYN J. MELTZER | MELTZERE@PEPPERLAW.COM |
| FOLEY HOAG LLP (COUNSEL FOR KGA) ATTN: WILLIAM F. GRAY JR, ALISON D. BAUER | ABAUER@FOLEYHOAG.COM;WGRAY@FOLEYHOAG.COM |
| CLEAR CREEK INDEPENDENT SCHOOL DISTRICT, CITY OF HOUSTON, THE WOODLANDS METRO CENTER MUNICIPAL UTILITY DISTRICT AND THE WOODLANDS ROAD UTILITY DISTRICT | OSONIK@PBFCM.COM |
| ABERNATHY, ROEDER, BOYD & HULLETT, P.C. (COUNSEL FOR COLLIN COUNTY TAX ASSESSOR/COLLECTOR) | CTIMMONS@ABERNATHY-LAW.COM; BANKRUPTCY@ABERNATHY-LAW.COM; EHAHN@ABERNATHY-LAW.COM |
| COUNT: | 63 |